# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

October 16, 2014

**By the Court:**

| | |
|---|---|
| ARIE S. FRIEDMAN and ILLINOIS STATE RIFLE ASSOCIATION, | ] Appeal from the United ] States District Court for |
|     Plaintiffs-Appellants, | ] the Northern District of ] Illinois, Eastern Division. |
| No. 14-3091                          v. | ] ] No. 1:13-cv-09073 |
| CITY OF HIGHLAND PARK, | ] |
|     Defendant-Appellee. | ] John W. Darrah, Judge. |

### O R D E R

    The court, on its own motion, orders attorney James B. Vogts to show cause for his failure to respond to the court's order of October 8, 2014. Attorney Vogts shall file his response on or before October 22, 2014.

    Counsel is advised that failure to respond may result in monetary or disciplinary sanctions.