**Case No. 14-3091**

**IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**

_____

**ARIE S. FRIEDMAN, M.D. and
the Illinois State Rifle Association
Plaintiffs-Appellants,**

v.

**CITY OF HIGHLAND PARK,
Defendant-Appellee.**

On Appeal from the United States District Court for the Northern District of
Illinois, Eastern Division
Case No. 1:13-cv-09073
The Honorable John W. Darrah, Judge Presiding

**DOCKETING STATEMENT (REVISED)**

James B. Vogts
Swanson, Martin & Bell, LLP
330 N. Wabash
Suite 3300
Chicago, IL 60611
Telephone:  (312) 321-9100
Facsimile:   (312) 321-0990

**Attorney for Plaintiffs-Appellants**

Plaintiffs-Appellants, Arie S. Friedman, M.D. and the Illinois State Rifle Association, hereby file their Docketing Statement (Revised) pursuant to Circuit Rule 3(c):

**District Court Jurisdiction:** The United States District Court for the Northern District of Illinois had jurisdiction over this case under 28 U.C.S. §1331 based on the existence of a federal question. Plaintiffs seek declaratory and injunctive relief under 42 U.S.C. §1983 barring enforcement of Highland Park City Code section 136.001 *et seq*. as unconstitutional under the Second Amendment to the United States Constitution.

**Appellate Court Jurisdiction:** The United States Court of Appeals for the Seventh Circuit has jurisdiction over this case under 28 U.S.C. §1291. Plaintiffs appeal from a final judgment entered on September 18, 2014 by the United States District Court for the Northern District of Illinois. Plaintiffs' Notice of Appeal was filed on September 23, 2014.

Respectfully submitted,

/s/ James B. Vogts
James B. Vogts
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, Illinois 60611
(312) 222-8517
jvogts@smbtrials.com

**Attorneys for Plaintiffs-Appellants**

# **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the appellate CM/ECF system on the 16th day of October, 2014.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system are the following:

>Christopher J. Murdoch
>Holland & Knight, LLP
>131 South Dearborn Street
>30th Floor
>Chicago, IL 60603
>(312) 263-3600
>Email: chris.murdoch@hklaw.com

Participants in the case who are not registered appellate CM/ECF users will be served by U.S. mail are the following:

>Christopher B. Wilson
>Perkins & Coie LLP
>131 S. Dearborn Street
>Suite 1700
>Chicago, IL 60603
>(312) 324- 8400
>Email:  cwilson@perkinscoie.com

>Hart M. Passman
>Holland and Knight, LLP
>131 South Dearborn
>30th Floor
>Chicago, IL 60603
>(312) 578-6634
>Email: hart.passman@hklaw.com

>Steven M. Elrod
>Holland & Knight, LLP
>131 South Dearborn Street
>30th Floor

Chicago, IL 60603
(312) 263-3600
Email: steven.elrod@hklaw.com


          /s/ *James B. Vogts*
          **Attorney for Appellee**