**Case No. 14-3091**

**IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**
_____

**ARIE S. FRIEDMAN, M.D. and
the Illinois State Rifle Association
Plaintiffs-Appellants,**

**v.**

**CITY OF HIGHLAND PARK,
Defendant-Appellee.**

On Appeal from the United States District Court for the Northern District of
Illinois, Eastern Division
Case No. 1:13-cv-09073
The Honorable John W. Darrah, Judge Presiding

**REPRESENTATION STATEMENT**

James B. Vogts
Andrew A. Lothson
Swanson, Martin & Bell, LLP
330 N. Wabash
Suite 3300
Chicago, IL 60611
Telephone:  (312) 321-9100
Facsimile:   (312) 321-0990

**Attorneys for Plaintiffs-Appellants**

The undersigned, James B. Vogts, states that he represents Plaintiffs-Appellants, Arie S. Friedman, M.D. and the Illinois State Rifle Association, in the above-captioned Appeal.

Respectfully submitted,

/s/ James B. Vogts
James B. Vogts
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, Illinois 60611
(312) 222-8517
jvogts@smbtrials.com

**Attorneys for Plaintiffs-Appellants**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the appellate CM/ECF system on the 3rd day of November, 2014.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system are the following:

Christopher J. Murdoch
Holland & Knight, LLP
131 South Dearborn Street
30th Floor
Chicago, IL 60603
(312) 263-3600
Email: chris.murdoch@hklaw.com

Participants in the case who are not registered appellate CM/ECF users will be served by U.S. mail are the following:

Christopher B. Wilson

Perkins & Coie LLP
131 S. Dearborn Street
Suite 1700
Chicago, IL 60603
(312) 324- 8400
Email:  cwilson@perkinscoie.com

Hart M. Passman
Holland and Knight, LLP
131 South Dearborn
30th Floor
Chicago, IL 60603
(312) 578-6634
Email: hart.passman@hklaw.com

Steven M. Elrod
Holland & Knight, LLP
131 South Dearborn Street
30th Floor
Chicago, IL 60603
(312) 263-3600
Email: steven.elrod@hklaw.com


/s/ *James B. Vogts*
**Attorney for Appellants**