# Exhibit B



EXHIBIT

B

A. 115













# Exhibit 8

# (Part 2 of 4)







