BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
Ballistics Superiority
Shotgun (slug) and rifle/carbines are always ballistically superior to other choices
Handguns and subguns have similar ballistics
Shoulder weapons are tactically superior
Use of shoulder weapons will increase hit probability

BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
Threat to Innocent Parties
Approximately 80% of rounds fired in Law Enforcement shootings miss the intended target according to FBI static's
All missed shots will eventually hit something
It is believed that the use of a shoulder weapon will increase hit probability
What happens next will depend on the projectile and what it hits

How far will a projectile travel before it falls 60 inches to the earth?
This calculation is based on the assumption that an average person would fire a weapon from a height of 60 inches, Center mass to a target at the same height.
– 870 Shotgun - 12ga. Slug 200 yards
– MP5 - 9mm 200 yards
– M-4 - .223cal. 500 yards
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

FBI Bare Gelatin Test
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
9 mm
.40 S&W
.223 62gr. Bonded
.223 55gr. SP
12"
18"
12.5"
13.25"
15.25"
19"
16"
17"
11"
13.5"

# Exhibit 8

## (Part 3 of 4)

A. 131

BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
Penetration Tests
⇨ FBI penetration test
⇨ San Diego penetration test
⇨ DEA penetration test

BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
FBI Penetration Test
⇨ Consisted of firing through a variety of different material barriers into ballistic gelatin
⇨ Barrier Materials
– Steel car door
– Automobile glass
– Plywood
– Drywall
– etc.

Combined Penetration
Averages Through Medium
Into Gelatin
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
12"
18"
9 mm
7.5"
15.45"
25.25"
.40 S&W
12"
18.6"
26.25"
.223 62gr. Bonded
11.75"
14.89"
17.25"
.223 55gr. SP
1.75"
8.35"
12.5"

Average Penetration
Through
Auto Glass and Steel
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
12"
18"
9 mm
9.40"
16.75"
.40 S&W
13.65"
21.05"
.223 62gr. Bonded
13.45"
14.55"
.223 55gr. SP
3.50"
9.55"

BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
San Diego Wall Penetration Test
⇨ Consisted of firing rounds through 4 walls approximately 5 yards apart. The walls were constructed of various materials to include:
– 1/2" Wood Siding
– Stucco material
– Insulation
– 1/2" Gypsum
– Cinder block

Combined Wall
Penetration
Averages
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
Wall 1
Wall 2
Wall 3
Wall 4
9 mm 147gr. HS
.40cal. 165gr. HS
223 55gr. Tact.
3
3.5
3

BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
DEA Wall Penetration
Test #1
Consisted of firing rounds through 3 walls approximately 2 yards apart.
Wall #1 was constructed of:
– 1 sheet of 1/16" plastic siding
– 2 sheets of 7/16" plywood
– 1 sheet of 9/16" hard insulation
– 2" of soft insulation
– 1 sheet of 1/2" drywall
Walls # 2 and #3 were constructed of:
– 2 sheets of 7/16" plywood
– 2 sheets of 1/2" drywall
– 2" of soft insulation

# Exhibit 8

## (Part 4 of 4)

BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
Combined Wall
Penetration Averages
Wall 1
Wall 2
Wall 3
9 mm 147gr. HS
.40cal. 165gr. HS
223 55gr. Tact.
2.5
1.5

BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
DEA Wall Penetration
Test #2
⇨ Consisted of firing rounds through 9 walls approximately 4 yards apart.
⇨ Walls #1 - #8 were constructed of:
– 2 sheets of 1/2" drywall, this simulates the construction of an interior wall of a residence
⇨ Wall # 9 was constructed of:
– 1 sheet of 1/2" drywall
– 1 sheet of 7/16" plywood
– 3" soft insulation
– 9/16" hard insulation
– 1/16" plastic siding, this simulates the construction of an exterior wall of a residence

Wall Penetration Test
9mm & 40cal.
VS
.223cal. 55 & 62gr.
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
Wall 1
Wall 2
Wall 3
Wall 4
Wall 5
Wall 6
Wall 7
Wall 8
Wall 9
9 mm 147gr. HS
.40cal. 165gr. HS
M-16- 55gr.
M-16- 62gr.
M-4- 55gr.
M-4- 62gr.
G36-12.5- 55gr.
G36-12.5- 62gr.

BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
Wall Penetration
Test Continued
Wall 1
Wall 2
Wall 3
Wall 4
Wall 5
Wall 6
Wall 7
Wall 8
Wall 9
9 mm 147gr. HS
.40cal. 165gr. HS
HK53-55gr.
HK53- 62gr.
G36-9- 55gr.
G36-9- 62gr.

BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
Results of Data
for
ATF's Mission
Weapon of choice
Colt M4