**Appendix: Synopses of Mass Shootings, 1994-2013**
(More than six victims killed or wounded in a single incident)
Revised April 25, 2014

**Mass Shootings in 1994**

- The *Washington Post*: "5 Arrested in Shooting at Market; NE Men Charged with First Degree Murder," April 11, 1994
- Date: March 31, 1994
  Location: Washington, D.C.
- Number of Shooters: 5 (Frank N. Lowe, Anthony D. Gladden, William H. Napper, Karlos V. Mayhew, Garcia Hill)
- Number of Guns in Shooter's Immediate Possession: Not Reported
- Types of Guns Used: Tec-9 semi-automatic (found but no confirmation it was used during the shooting)
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: 30+
- Did Offender Reload: Not Reported
- Time from Start to End: Not Reported
- How Gun was Acquired: Not Reported
- Number Killed: 1
- Number Wounded: 9


- The *New York Times*: "Gunman Kills 2 and Hurts 19 on Air Force Base," June 21, 1994 New York Times "An Airman's Revenge: 5 Minutes of Terror," June 22, 1994; Seattle Times "Man Bent on Revenge Kills 4, Hurts 23," June 21, 1994; Air Force report dated 20 Oct 94.
  Date: June 20, 1994
  Location: Fairchild Air Force Base, Washington
  Number of Shooters: 1 (Dean Allen Mellberg)
- Number of Guns in Shooter's Immediate Possession: 2 (1 fired, another possessed but unused)
- Type of Gun Used: MAK-90 rifle, another "unspecified 'single shot' weapon" (unused)
- Number of Detachable Magazines: 4
- Maximum Capacity of Largest Magazine: 75
- Number of Shots Fired: 43-56
- Did Offender Reload: No
- Time From Start to End: "less than 10 minutes"
- How Gun Was Acquired: Legally purchased from licensed dealer
- Number Killed: 5 (6 including gunman)
- Number Wounded: 22


- The *Washington Post*: "Gunman Kills 2, Wounds 5 in Attack on Abortion Clinics,"

December 31, 1994
Date: December 31, 1994
Location: Brookline, MA
- Number of Shooters: 1 (John Salvi)
- Number of Guns in Shooter's Immediate Possession:: 2 (only 1 fired; a second gun was found at the scene but unused)
- Type of Gun Used: semi-automatic .22 caliber rifle, unused "handgun "
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Time from Start to End: Not Reported
- How Guns were Acquired: Not Reported
- Number Killed: 2
- Number Wounded: 5

**Mass Shootings in 1995** - none

**Mass Shootings in 1996** - none

**Mass Shootings in 1997**

- *CNN*: "Gunman Shoots 7, Kills Self at Empire State Building," February 24, 1997.
- Date: February 23, 1997
  Location: New York, NY
- Number of Shooters: 1 (Ali Hassan Abu Kamal)
- Number of Guns in Shooter's Immediate Possession: 1
- Type of Gun Used: .380 caliber Beretta
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Did Offender Reload: Not Reported
- Time from Start to End: Not Reported
- How Gun was Acquired: Purchased in Florida (Legality Not Reported)
- Number Killed: 1 (2 including gunman)
- Number Wounded: 6


*Police* Magazine: "5 Gunfights That Changed Law Enforcement," May 4, 2011.
Date: February 28, 1997
Number of Shooters: 2 (Larry Philips, Jr. & Emil Matasareanu)
Number of Guns in Shooter's Immediate Possession: At least 4
Types of Guns Used: Fully automatic AIM AK-47, Norinco Type 56 S-1, semi-automatic HK-91, and a Bushmaster XM15 E2S (modified)
Number of Detachable Magazines: Multiple, Number Not Reported
Maximum Capacity of Largest Magazine: Not Reported (at least 3,300 rounds in box and

drum magazines)
Number of Shots Fired: 1,101
Did Offenders Reload: Yes
Time from Start to End: 44 minutes
How Guns were Acquired: Not Reported
Number Killed: 0 (2 including gunmen)
Number Wounded: 18


- *Associated Press*: "Man to be Executed Friday for Plant Shootings," October 30, 2005
- Date: September 15, 1997
   Location: Aiken, SC
- Number of Shooters: 1 (Hastings Wise)
- Number of Guns in Shooter's Immediate Possession: 1
- Type of Gun Used: semi-automatic pistol
- Number of Detachable Magazines: 4-8
- Maximum Capacity of Largest Magazine: 8 rounds
- Number of Shots Fired: Not Reported
- Did Offender Reload: Yes
- Time from Start to End: 2.5 hours
- How Gun was Acquired: Legally purchased from licensed gun dealer
- Number Killed: 4
- Number Wounded: 3



- *Reuters News*: "Six Charged in Mississippi High School Shooting," October 7, 1997
- Date: October 1, 1997
- Number of Shooters: 1 (Luke Woodham)
- Number of Guns in Shooter's Immediate Possession: 1
- Type of Gun Used: Rifle
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Did Offender Reload: Not Reported
- Time from Start to End: Not Reported
- How Gun was Acquired: Not Reported (possibly from parents)
- Number Killed: 2 (3 if mother included in separate killing, no gun used)
- Number Wounded: 7


- *New York Times*: "Gunfire Inside a School Kills 3 and Wounds 5," December 2, 1997; *The Kentucky Post* "Carneal's Defense" Insanity" October 5, 1998.
- Date: December 1, 1997
   Location: Paducah, KY
- Number of Shooters: 1 (Michael Adam Carneal)
- Number of Guns in Shooter's Immediate Possession: 5 (fired 1, also had 4 other guns)

26

A. 201

- Type of Guns Used: .22 caliber handgun (shooter also had two rifles and two shotguns)
- Number of Detachable Magazines: More than 1
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: 8-12
- Did Offender Reload: No
- Time from Start to End: 5 seconds
- How Guns were Acquired: Stolen
- Number Killed: 3
- Number Wounded: 5


- *New York Times* "Dismissed Worker Kills 4 and Then Is Slain," December 20, 1997;
  *Los Angeles Times* "Aftermath of Killer's Fury," December 20, 1997
- Date: December 18, 1997
  Location: Orange, CA
- Number of Shooters: 1 (Arturo Reyes Torres)
- Number of Guns in Shooter's Immediate Possession: 3
- Type of Gun Used: AK-47-type 7.62 mm semi-automatic rifle, shotgun, and handgun
- Number of Detachable Magazines: 5
- Maximum Capacity of Largest Magazine(s): 30
- Number of Shots Fired: 70
- Did Offender Reload: Not Reported
- Time from Start to End: Not Reported
- How Gun was Acquired: Legally purchased
- Number Killed: 4 (5 including gunman)
- Number Wounded: 3


**Mass Shootings in 1998**

- *New York Times*: "From Wild Talk and Friendship to Five Deaths in a Schoolyard,"
  March 29, 1998
- Date: March 24, 1998
  Location: Jonesboro, AK
- Number of Shooters: 2 (Mitchell Johnson, Andrew Golden)
- Number of Guns in Shooter's Immediate Possession: At least 4 fired, shooters possessed 13
  guns and a crossbow)
- Type of Guns Used: Remington 742 .30-06 hunting rifle; Ruger .44 Magnum rifle;
  Universal M-1 .30 caliber carbine; FIE 380 .380 caliber semi-automatic pistol; Star .380
  caliber semi-automatic pistol; Charter Arms .38 caliber revolver; Smith & Wesson .38
  caliber revolver; Ruger Security Six .357 caliber revolver; Double Deuce Buddie .22
  caliber two-shot derringer, Davis Industries .38 caliber two-shot derringer, 3 others
- Number of Detachable Magazines: 3 .30 caliber magazines (19 .44 caliber shells, 41 .357
  shells, 49 .380 shells, 16 .30 special shells, 26 .357 magnum shells, 6 .30 caliber shells)
- Maximum Capacity of Largest Magazine(s): 30 rounds
- Number of Shots Fired: At least 26

A. 202

- Did Offenders Reload: Not Reported
- Time from Start to End: Not Reported
- How Guns were Acquired: Stolen From Parents
- Number Killed: 5
- Number Wounded: 11 (15 hit)•


- *New York Times*: "Sorrowful Town Honors Teen-Ager Killed in School Shooting,"
    May 26, 1998; PBS' Frontline
    (http://www.pbs.org/wgbh/pages/frontline/shows/kinkel/kip/cron.html)
- Date: May 21, 1998
    Location: Springfield, Oregon
- Number of Shooters: 1 (Kip Kinkel)
- Number of Guns in Shooter's Immediate Possession: 3
- Type of Guns Used: Ruger .22 caliber semi-automatic rifle, 9 mm Glock semi-automatic
    pistol, Ruger .22 caliber semi-automatic pistol
- Number of Detachable Magazines: At least 3
- Maximum Capacity of Largest Magazine: 50
- Number of Shots Fired: 51
- Did Offender Reload: Attempted to do so, **tackled by bystanders**
- Time from Start to End: Not Reported
- How Guns were Acquired: From Parents
- Number Killed: 2 (4 including the parents who were killed the night before)
- Number Wounded: 25

**Mass Shootings in 1999**

- *New York Times*: "3 are Killed and 5 Hurt in Shootout in Utah City," April 16, 1999
- Date: April 15, 1999
    Location: Salt Lake City, Utah
- Number of Shooters: 1 (Sergei Babarin)
- Number of Guns in Shooter's Immediate Possession: 1
- Type of Gun Used: .22 caliber semi-automatic pistol
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Did Offender Reload: Not Reported
- Time from Start to End: 1-2 hours
- How Gun Was Acquired: Not Reported
- Number Killed: 2
- Number Wounded: 5


- *CNN* Special: Using a copy of the Jefferson County Website with details about the

Columbine Massacre.
(http://www.cnn.com/SPECIALS/2000/columbine.cd/Pages/EQUIPMENT_TEXT.htm)
- Date: April 20, 1999
  Location: Jefferson County, CO
- Number of Shooters: 2 (Dylan Klebold and Eric Harris)
- Number of Guns in Shooter's Immediate Possession: 4
- Types of Guns Used: Intratec TEC-DC-9 9-mm semi-automatic handgun, Hi-Point 995
  9 mm carbine rifle, Savage-Springfield 67H 12 gauge pump action shot gun, Stevens
  311D double barreled shot gun.
- Number of Detachable Magazines: 16
- Maximum Capacity of Largest Magazine: 52 rounds
- Number of Shots Fired: 188
- Did Offenders Reload: Yes
- Time from Start to End: 49 minutes
- How Guns were Acquired: From friends
- Number Killed: 13 (15 including shooters)
- Number Wounded: 21

- *New York Times*: "Shootings in Atlanta: The Overview; Gunman in Atlanta Slays 9,
  then Himself," July 30, 1999
- Date: July 29, 1999
  Location: Atlanta, GA
- Number of Shooters: 1 (Mark O. Barton)
- Number of Guns in Shooter's Immediate Possession: 4
- Types of Guns Used: Glock 17 9mm semi-automatic pistol; Colt 1911-A1 .45 caliber
  semi-automatic pistol; Raven Arms MP-25 .25 caliber semi-automatic pistol; Harrington
  & Richardson .22 caliber revolver
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Did Offender Reload: Not Reported
- Time from Start to End: 5.5 hours
- How Guns were Acquired: Glock purchased from dealer, others Not Reported
- Number Killed: 9 (13 including family, but they were not shot, 14 including gunman who
  shot himself)
- Number Wounded: 13

- *Time* Magazine: "Terror In The Sanctuary," September 20, 1999; Houston Press "Faith's
  Fusillade" November 4, 1999
- Date: September 15, 1999
  Location: Fort Worth, Texas
- Number of Shooters: 1 (Larry Gene Ashbrook)
- Number of Guns in Shooter's Immediate Possession: 2
- Types of Guns Used: Ruger P85 9-mm semi-automatic pistol; .380 caliber semi-automatic

A. 204

pistol
- Number of Detachable Magazines: 3-10
- Maximum Capacity of Largest Magazine: 15
- Number of Shots Fired: >100
- Did Offender Reload: Yes
- Time from Start to End: 10 minutes
- How Guns were Acquired: Legally purchased
- Number Killed: 7 (8 including the gunman)
- Number Wounded: 7


- *New York Times*: "Man Opens Fire in Xerox Office, Killing 7," November 3, 1999.
  Location: Honolulu, HA
- Date: November 2, 1999
- Number of Shooters: 1 (Byran Uyesugi)
- Number of Guns in Shooter's Immediate Possession: 1
- Types of Gun Used: Glock 17 9 mm semi-automatic pistol
- Number of Detachable Magazines: 3
- Maximum Capacity of Largest Magazine: 17
- Number of Shots Fired: 10
- Did Offender Reload: Not Reported
- Time from Start to End: Less than 30 minutes
- How Guns were Acquired: Legally Purchased and Registered
- Number Killed: 7
- Number Wounded: 0


- *New York Times*: "Gunman Kills 5 in Rampage Starting at Florida Hotel," December 31,
  1999
- Date: December 30, 1999
  Location: Tampa, FL
- Number of Shooters: 1 (Silvio Izquierdo-Leyva)
- Number of Guns in Shooter's Immediate Possession: 2
- Types of Guns Used: 9 mm semi-automatic pistol, .38 caliber revolver
- Number of Detachable Magazines: > 1
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Did Offender Reload: Yes
- Time from Start to End: Not Reported
- How Guns Were Acquired: Legally purchased at a flea market and a local store
- Number Killed: 5
- Number Wounded: 3

**Mass Shootings in 2000**
- *The Baltimore Sun* "Police Arrest Teen Suspect in National Zoo Shooting," April 26,
  2000

A. 205

- Date: April 24, 2000
- Location: Washington, D.C.
- Number of Shooters: 1 (Antoine Bernard Jones)
- Number of Guns in Shooter's Immediate Possession: 1
- Types of Guns Used: 9 mm (Gun was never recovered, but 9mm shells were found on the scene along with a holster)
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: According to a witness 6-8 (See video here: http://www.c-spanvideo.org/program/156805-1)
- Did Offender Reload: Not Reported but unlikely
- Time from Start to End: Not Reported
- How Gun was Acquired: Not Reported (Since the shooter was a minor it was likely illegally obtained)
- Number Killed: 0
- Number Wounded: 7


- *CNN* "Two Suspects in Wendy's Shootings Arrested," May 26, 2000
- Date: May 24, 2000
- Location: Queens, New York City, NY
- Number of Shooters: 2 (John Taylor, Craig Godineaux)
- Number of Guns in Shooter's Immediate Possession: 1
- Types of Guns Used: Bryco-Jennings .380 caliber semi-automatic pistol
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported (Each victim was shot once in the head so likely 5)
- Did Offender Reload: Not Reported but unlikely
- Time from Start to End: Less than 1.5 hours
- How Gun was Acquired: Not Reported
- Number Killed: 5
- Number Wounded: 2


- *Washington Post* "Gay Shooting Said Linked to Jokes," September 27, 2000; *Roanoke Times* "Grand Jury Indicts Suspect in Bar Shootings," October 3, 2000
- Date: September 22, 2000
- Location: Roanoke, VA
- Number of Shooters: 1 (Ronald Gay)
- Number of Guns in Shooter's Immediate Possession: 1
- Types of Guns Used: 9mm Ruger semi-automatic handgun
- Number of Detachable Magazines: 1
- Maximum Capacity of Largest Magazine: Not Reported but more than 9
- Number of Shots Fired: 9+ (Victims suffered wounds from at least 9 shots)

A. 206

- Did Offender Reload: No
- Time from Start to End: Less than 10 minutes
- How Gun was Acquired: Not Reported
- Number Killed: 1
- Number Wounded: 6
- 

- *New York Times* "A Deadly Turn to a Normal Work Day," December 28, 2000, *Boston Herald* "Wakefield Massacre; Accused Shooter Amassed Arsenal at His Home, Work," December 28, 2000; *Los Angeles Times* "Tech Worker Charged in 7 Deaths at Mass. Firm," February 16. 2001.
- Date: December 26, 2000
- Location: Wakefield, MA
- Number of Shooters: 1 (Michael McDermott)
- Number of Guns in Shooter's Immediate Possession: 3
- Types of Guns Used: AK-47 style rifle, a Winchester 12 gauge pump-action shotgun and a .32 caliber semi-automatic pistol
- Number of Detachable Magazines: 4+
- Maximum Capacity of Largest Magazine: 60
- Number of Shots Fired: 55
- Did Offender Reload: Yes
- Time from Start to End: 5-8 minutes
- How Guns were Acquired: Not Reported
- Number Killed: 7
- Number Wounded: 0

**Mass Shootings in 2001**
- *ABC News* "Ex-Employee Kills 4, Self in Rampage," February 6, 2001, *Chicago Tribune* "Navistar Gunman Got Past Cracks in Gun Law," February 7, 2001, *Chicago Tribune* "Weapon Used at Navistar Traced to Shorewood Man," March 1, 2001
- Date: February 5, 2001
- Location: Dupage County, IL
- Number of Shooters: 1 (William Baker)
- Number of Guns in Shooter's Immediate Possession: 4 (fired 1, carried 3 others)
- Types of Guns Used: SKS semi-automatic rifle, Remington shotgun, .30 caliber hunting rifle, .38 caliber revolver
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: 25-30
- Did Offender Reload: Not Reported
- Time from Start to End: 8-15 minutes
- How Guns were Acquired: The Remington shotgun and .30 caliber hunting rifle were purchased legally in 1993 from a dealer. The SKS rifle was transferred illegally.
- Number Killed: 4 (5 including shooter)

- Number Wounded: 4

- *ABC News* "Exclusive: Santana School Shooter," October 10, 2001
- Date: March 5, 2001
- Location: Santee, CA
- Number of Shooters: 1 (Charles Andrew Williams)
- Number of Guns in Shooter's Immediate Possession: 1
- Types of Guns Used: .22 caliber revolver
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: N/A
- Number of Shots Fired: ~24
- Did Offender Reload: Yes (3 times)
- Time from Start to End: 6 minutes
- How Guns were Acquired: Stolen from shooter's father
- Number Killed: 2
- Number Wounded: 13


  *Chicago Tribune* "Police Detail Shooting Inside Elgin Tavern," April 25, 2001
  Date: April 14, 2001
- Location: Elgin, IL
- Number of Shooters: 1 (Luther Casteel)
- Number of Guns in Shooter's Immediate Possession: 2+
- Types of Guns Used: shotgun, revolver, possibly others
- Number of Detachable Magazines: c. 3? "several ammunition magazines" were found
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: "More than 200"
- Did Offender Reload?: **No – shooter was** tackled **as he paused to reload**
- Time from Start to End of Firing: Not Reported
- How Guns were Acquired: Not Reported
- Number Killed: 2
- Number Wounded: 16


*New York Times* "Factory Feud is Cited in Shooting in Indiana," December 8, 2001; *Goshen News* "Argument Leads to Fatal Shooting" February 7, 2001.
- Date: December 6, 2001
- Location: Goshen, IN
- Number of Shooters: 1 (Robert L. Wissman)
- Number of Guns in Shooter's Immediate Possession: 1
- Types of Guns Used: 12-gauge pump shotgun
- Number of Detachable Magazines: 0
- Maximum Capacity of Largest Magazine: Not Reported; not LCM (shotgun used)
- Number of Shots Fired: 7+

- Did Offender Reload?: Not Reported
- Time from Start to End of Firing: Not Reported
- How Guns were Acquired: Not Reported
- Number Killed: 1
- Number Wounded: 6

**Mass Shootings in 2002** – none

**Mass Shootings in 2003**
- *New York Times* "Man Kills 5 Co-Workers at Plant and Himself," July 9, 2003, *The Clarion-Ledger* "Meridian Rampage: Investigation Winds Down," November 17, 2003
- Date: July 8, 2003
- Location: Meridian, MS
- Number of Shooters: 1 (Douglas Williams)
- Number of Guns in Shooter's Immediate Possession: 3 (Fired 1, possessed 2 others; had another 3 in his car)
- Types of Guns Used: Fired Winchester 1300 12 gauge pump-action shotgun; (did not fire but had a Mini-14 .223 semi-automatic; in the car he had a .22 Magnum derringer, a .45 caliber Ruger, and a .22 rifle)
- Number of Detachable Magazines: Not Reported (He wore a bandolier to store ammunition)
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Did Offender Reload: Yes
- Time from Start to End: ~10 minutes
- How Guns were Acquired: Purchased from individual, Not Reported whether legal
- Number Killed: 6 (7 including the shooter)
- Number Wounded: 8

**Mass Shootings in 2004**
- *Associated Press* "Suspect Says Hunters Shot at Him First," November 23, 2004, *Duluth News Tribune* "Timeline of Sunday's Shootings," November 23, 2004, *The Associated Press* "Murder Trial of Hmong Immigrant Accused of Killing Six Hunters Opens in U.S.," September 10, 2005, *Herald-Times (Bloomington), IN)* "Trespassing led to Wisconsin deer hunt slayings" 12-5-04.
- Date: November 21, 2004
- Location: Northern WI
- Number of Shooters: 1 (Chai Vang)
- Number of Guns in Shooter's Immediate Possession: 1
- Types of Guns Used: SKS 7.62mm semi-automatic rifle
- Number of Detachable Magazines: 1-2
- Maximum Capacity of Largest Magazine: 10 rounds
- Number of Shots Fired: 20+

- Did Offender Reload: Yes
- Time from Start to End: Not Reported (Captured four hours after the shooting)
- How Guns were Acquired: Not Reported
- Number Killed: 6
- Number Wounded: 2
  Notes: Some accounts claim that the shooter had a 20 round magazine. However, the AP report states that prosecutors displayed a 10 round magazine in court and stated that he shot at least 20 rounds.


**Mass Shootings in 2005**
- *New York Times* "Police Search for Answers in Wisconsin Shooting," March 13, 2005, *New York Times* "After Shootings in Wisconsin, a Community Asks 'Why,'" March 14, 2005
- Date: March 12, 2005
- Location: Brookfield, WI
- Number of Shooters: 1 (Terry Ratzmann)
- Number of Guns in Shooter's Immediate Possession: 1
- Types of Guns Used: Beretta 9mm semi-automatic handgun
- Number of Detachable Magazines: 2
- Maximum Capacity of Largest Magazine: Not Reported (Based on shots fired, they must have been 11+)
- Number of Shots Fired: 22
- Did Offender Reload: Yes
- Time from Start to End: Less than a minute
- How Guns were Acquired: Purchased from Wisconsin gun dealer
- Number Killed: 7 (8 including shooter)
- Number Wounded: 4


- *CNN Anderson Cooper 360 Degrees*, Aired March 22, 2005; *CBS News* "Red Lake Massacre Took 3 Minutes," February 11, 2009
- Date: March 21, 2005
- Location: Red Lake, MN
- Number of Shooters: 1 (Jeffrey Weise)
- Number of Guns in Shooter's Immediate Possession: 3
- Types of Guns Used: Ruger .22 caliber semi-automatic handgun, Glock 23 .40 caliber semi-automatic handgun, Remington 870 12 gauge shotgun
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: 45 (13 more were used to kill his grandfather and his friend)
- Did Offender Reload: Not Reported
- Time from Start to End: 9 minutes (This is for the school shooting. He killed his grandfather and his grandfather's friend that morning as well)
- How Guns were Acquired: Stolen from grandfather

- Number Killed: 7 (9 including grandfather and grandfather's friend, 10 including shooter)
- Number Wounded: 5
- 

**Mass Shootings in 2006**

[ A Goleta, CA incident on 1-30-06 involved only 6 victims at main location, not including shooter.  One other killing was committed at a separate location.]

*Panel          Report          on          the          Shooting*          (See
http://seattletimes.nwsource.com/ABPub/2006/07/17/2003133196.pdf)
- Date: March 25, 2006
- Location: Seattle, WA
- Number of Shooters: 1 (Kyle Aaron Huff)
- Number of Guns in Shooter's Immediate Possession: 2 (Others found in his car)
- Types of Guns Used: Winchester Defender 12 gauge pump-action shotgun; Ruger P-94 .40 caliber semi-automatic pistol (He had an AR-15 and another pistol in his car)
- Number of Detachable Magazines: 2 bandoliers containing 15 rounds of 00 buckshot shotgun and 3 total magazines for the Ruger (Shotgun was reloaded twice with 8 rounds and the handgun was reloaded once)
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: 9+ from the shotgun (one to kill himself) 8+ from the Ruger
- Did Offender Reload: Yes
- Time from Start to End: ~5 minutes
- How Guns were Acquired: Purchased legally
- Number Killed: 7
- Number Wounded: 2
Notes:  The magazines seemed to hold less than 15 rounds given the number fired and when they were reloaded. Most of the damage was done with the shotgun, but the shooter did use both guns on victims who didn't die.


*New York Times* "Man Suspected in Killings of 7 Turns Self In" June 4, 2006.
- Date: June 3, 2006
- Location: Indianapolis, IN
- Number of Shooters: 2 (Desmond Turner, James Stewart)
- Number of Guns in Shooter's Immediate Possession: 2+
- Types of Guns Used: Not Reported
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: 7+
- Did Offender Reload?: Not Reported
- Time from Start to End of Firing: Not Reported
- How Guns were Acquired: Not Reported
- Number Killed: 7
- Number Wounded: 0

A. 211

- *Washington Post* "Pa. Killer had Prepared for 'Long Siege,'" October 4, 2006, *Fox News* "Gunman Reportedly Bent on 'Revenge' Kills Girls, Self at Amish School," October 3, 2006, *Vancouver Sun* "Man Takes Own Life at End of Killing Spree," October 3, 2006
- Date: October 2, 2006
- Location: Lancaster County, PA
- Number of Shooters: 1 (Charles Roberts)
- Number of Guns in Shooter's Immediate Possession: 2 (3 reported by some accounts)
- Types of Guns Used: 9mm semi-automatic pistol, 12 gauge shotgun (*Vancouver Sun* and Wikipedia reported 3 guns and listed them as a Springfield semi-automatic pistol, a Ruger .30-06 bolt-action rifle and a Browning 12 gauge pump action shotgun)
- Number of Detachable Magazines: Not Reported (Shooter had a bag with over 600 rounds)
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: 17-18 rounds (One coroner report lists at least 24 shots in one child, which differs from the police reports)
- Did Offender Reload: Not Reported
- Time from Start to End: c. 2 minutes
- How Guns were Acquired: 9mm purchased legally, others Not Reported
- Number Killed: 5 (shooter killed himself, bringing the total to 6)
- Number Wounded: 5

**Mass Shootings in 2007**
- *New York Times* "After a Rampage, Trying to Grasp What Led a Son to Kill," February 20, 2007, *The Associated Press* "Agents Say Pistol had Changed Hands Many Times," March 29, 2007, *Desert Morning News* "Gun Dealer to Plead in Trolley Square Gun Case," November 20, 2007, *The Associated Press* "Man Pleads Guilty to Selling Handgun to Mall Shooter," October 25, 2007
- Date: February 12, 2007
- Location: Salt Lake, Utah
- Number of Shooters: 1 (Sulejman Talov)
- Number of Guns in Shooter's Immediate Possession: 2
- Types of Guns Used: Mossberg Maverick 88 12 gauge shotgun; Smith and Wesson M36 .38 caliber revolver
- Number of Detachable Magazines: 0 (Shooter had "backpack full of ammunition" and "bandolier of shotgun shells")
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Did Offender Reload: Not Reported but unlikely
- Time from Start to End: 6 minutes
- How Guns were Acquired: Shotgun purchased legally, handgun stolen from a man's father to trade for drugs and eventually sold to shooter(Sources differ on the shotgun's legality. The shotgun had a pistol grip and the shooter was 18 thus making it illegal. If that is the case, both guns were illegally possessed by the shooter)

37

- Number Killed: 5 (6 including shooter)
- Number Wounded: 4
○ Notes: An off-duty police officer fired at shooter and stopped him from killing others until the SWAT team showed up and killed the shooter.

- *Virginia Tech Review Panel* (See http://www.governor.virginia.gov/TempContent/techPanelReport.cfm)
- Date: April 16, 2007
- Location: Blacksburg, VA
- Number of Shooters: 1 (Seung-Hui Cho)
- Number of Guns in Shooter's Immediate Possession: 2
- Types of Guns Used: Glock 19 9mm semi-automatic pistol, Walther P22 .22 caliber pistol
- Number of Detachable Magazines: 19
- Maximum Capacity of Largest Magazine: 15 rounds
- Number of Shots Fired: ~174
- Did Offender Reload: Yes
- Time from Start to End: 2 hours 36 minutes
- How Guns were Acquired: Legally purchased; Walther P22 was purchased online and picked up at a pawn shop, Glock 19 was purchased at a gun shop.
- Number Killed: 32 (33 including shooter)
- Number Wounded: 23 (17 by gunfire)
○ Notes:  The official panel review stated that if Cho had only used 10 round magazines, it was unlikely that the outcome would have been different.


*(Superior WI)  Daily Telegram* "Off-duty deputy kills six in Crandon" October 7, 2007; "Attorney General's Statement Tuesday, Oct. 9" October 9, 2007; *(Madison WI) Capitol Times* "Crandon Shooter Was Calm But Sorry" October 9, 2007
Date: October 7, 2007
Location: Crandon, Wisconsin
Number of Shooters: 1 (Tyler Peterson)
Number of Guns in Shooter's Immediate Possession: 2-4
Types of Guns Used: AR-15 semi-automatic rifle; Glock .40 caliber semi-automatic
          pistol; possibly "two other long guns"
Number of Detachable Magazines: Not Reported
Maximum Capacity of Largest Magazine: Not Reported
Number of Shots Fired: 30
Did          Offender          Reload:          Not          Reported
Time from Start to End: c. 1 minute
How Guns were Acquired: Pistol – legally, as shooter's duty weapon as a deputy: Others
          - Not Reported
Number Killed: 6
Number Wounded: 1

A. 213

*Denver Post* "Denver Shooter Pleads Guilty"
- Date: November 4, 2007
- Location: Denver, CO
- Number of Shooters: 1 (Anthony Chavez)
- Number of Guns in Shooter's Immediate Possession: Not Reported
- Types of Guns Used: Not Reported
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Did Offender Reload?: Not Reported
- Time from Start to End of Firing: Not Reported
- How Guns were Acquired: Not Reported
- Number Killed: 1
- Number Wounded: 6


- *CNN* "Computers May Yield Clues About Mall Shooter," December 7, 2007, *The New York Times* "Details of Omaha Shooting Emerge," December 6, 2007
- Date: December 5, 2007
- Location: Westroads Mall, Omaha, NE
- Number of Shooters: 1 (Robert Hawkins)
- Number of Guns in Shooter's Immediate Possession: 1
- Types of Guns Used: Century Arms WASR-10 AK-47-style semi-automatic rifle
- Number of Detachable Magazines: 2 (Some reports indicate that the magazines were taped together "jungle style")
- Maximum Capacity of Largest Magazine: 30 rounds
- Number of Shots Fired: ~30
- Did Offender Reload: Not Reported but likely (Police report that the shooter likely shot more than 30 rounds)
- Time from Start to End: ~6 minutes
- How Guns were Acquired: Stolen from father
- Number Killed: 8 (9 including shooter)
- Number Wounded: 5


[A shooting on December 10, 2007 was a spree killing not a mass shooting. Shootings took place over a 12-hour period, and were in two different locations about 75 miles apart. Shooter took time to post threats online between shootings.]


**Mass Shootings in 2008**
- *St. Louis Dispatch* "Thornton Used Stolen Gun in Kirkwood Killings," February 28, 2008, *The Los Angeles Times* "Killer of Five Left Note: 'Truth will win' The Gunman had a Long-Running Feud with City Officials," February 9, 2008

A. 214

- Date: February 7, 2008
- Location: Kirkwood, MO
- Number of Shooters: 1 (Charles Thornton)
- Number of Guns in Shooter's Immediate Possession: 2
- Types of Guns Used: .44 caliber revolver (article claims gun's make and model cannot be identified), Smith and Wesson .40 caliber semi-automatic pistol
- Number of Detachable Magazines: 1 (Based on the fact that shooter stole the gun from police officer)
- Maximum Capacity of Largest Magazine: Not Reported (15 would be likely)
- Number of Shots Fired: 15+
- Did Offender Reload: Not reported but unlikely
- Time from Start to End: Not Reported
- How Guns were Acquired: .44 caliber revolver was stolen over ten years before the shooting (shooter may not have known it was stolen), the .40 caliber handgun was stolen from a police officer the shooter shot
- Number Killed: 6 (7 including shooter)
- Number Wounded: 1
- Notes: The shooter used all six rounds in his gun, shooting a police officer and taking his gun. It was not reported exactly how many shots he fired from it, but he shot at least 15 total.

<br>

- *U.S Fire Administration/Technical Report Series* (See here http://www.usfa.fema.gov/downloads/pdf/publications/tr_167.pdf) *Report of the February 14, 2008 Shootings at Northern Illinois University* (See http://www.niu.edu/feb14report/Feb14report.pdf)
- Date: February 14, 2008
- Location: Dekalb, IL (Northern Illinois University)
- Number of Shooters: 1 (Steven Kazmierczak)
- Number of Guns in Shooter's Immediate Possession: 4 (Reports indicate that he had 4 but only used two, the Remington and the Glock)
- Types of Guns Used: Sig Sauer P232 9mm semi-automatic pistol; HiPoint CF380 .380 caliber semi-automatic pistol; Glock 19 9mm semi-automatic pistol; Remington Sportsman 48 12 gauge shotgun
- Number of Detachable Magazines: At least 6
- Maximum Capacity of Largest Magazine: 33 (Shooter had 2 15 round magazines and 2 33 round magazines for the Glock)
- Number of Shots Fired: 56 (6 rounds from the shotgun, 50 rounds from the Glock)
- Did Offender Reload: Yes
- Time from Start to End: 5 minutes
- How Guns were Acquired: Legally purchased from Illinois gun store and online
- Number Killed: 5 (6 including shooter)
- Number Wounded: 21
- Notes: Two fully loaded .380 magazines were found on the floor.

A. 215

[An incident occurring on September 2, 2008 was a spree killing, not a mass shooting.]


*NBC News.com* "Police: Killer Targeted Church for Liberal Views" July 28, 2008 at
http://www.nbcnews.com/id/25872864#.UqID0NK1ySo; *Knoxville News Sentinel*
"Takedown of Alleged Shooter Recounted" July 29, 2008; *Huffington Post.com* "Jim D.
Adkisson Charged in Tennessee Church Shooting the Killed 2," July 28, 2008.
Date: July 27, 2008
Location: Knoxville, TN
Number of Shooters: 1 (Jim David Adkisson)
Number of Guns in Shooter's Immediate Possession: 1
Types of Guns Used: Remington Model 48 12-guage semi-automatic shotgun with
        sawed-off barrel (holds 3 rounds)
Number of Detachable Magazines: 0 detachable – only the shotgun's built-in magazine
Maximum Capacity of Largest Magazine: 3
Number of Shots Fired: 3 (multiple victims were injured by each shot)
Did the Offender Reload: **No - shooter was tackled by 3 or 4 bystanders while trying
        to reload.**
Time from Start to End: Not Reported
How Gun Was Acquired: Legally purchased from a pawn shop a month before
Number Killed: 2
Number Wounded: 7


- *Associated Press* "Santa Gunman Had Lost Job, Wife Before Gory Attack," December
  27, 2008; letter from Covina Police Department dated January 6, 2014.
- Date: December 24, 2008
- Location: Covina, CA
- Number of Shooters: 1 (Bruce Pardo)
- Number of Guns in Shooter's Immediate Possession: 5
- Types of Guns Used: semi-automatic handguns
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: 19
- Number of Shots Fired: Not Reported (One news account stated that all four guns were
  emptied)
- Did Offender Reload: Not Reported but unlikely
- Time from Start to End: Not Reported
- How Guns were Acquired: Purchased (Not Reported if legal or not)
- Number Killed: 9 (10 including shooter)
- Number Wounded: 2


**Mass Shootings in 2009**
    *NBCNews.com* "Gunman in Portland, Ore., Shooting Spree Dies" January 27, 2009.
- Date: January 24, 2009

41

A. 216

- Location: Portland, OR
- Number of Shooters: 1 (Eric S. Ayala)
- Number of Guns in Shooter's Immediate Possession:
- Types of Guns Used: 9 mm handgun
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Did Offender Reload?: Not Reported
- Time from Start to End of Firing: Not Reported
- How Guns were Acquired: Legally purchased
- Number Killed: 2
- Number Wounded: 7


*Associated Press State & Local Wire* "Argument at Md Bar Leads to Multiple Shooting" March 1, 2009.
- Date: March 1, 2009
- Location: Largo, MD
- Number of Shooters: Not Reported (identity Not Reported)
- Number of Guns in Shooter's Immediate Possession: Not Reported
- Types of Guns Used: Not Reported
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Did Offender Reload?: Not Reported
- Time from Start to End of Firing: Not Reported
- How Guns were Acquired:
- Number Killed: 1
- Number Wounded: 6


*New York Times*, March 10, 2009
Date: March 10, 2009
Location: Geneva County, AL
Number of Shooters: 1 (Michael Kenneth McLendon)
Number of Guns in Shooter's Immediate Possession: 4
Types of Guns Used: Bushmaster AR-15, SKS rifle, shotgun, and .38 caliber pistol
Number of Detachable Magazines: Not Reported
Maximum Capacity of Largest Magazine: Not Reported
Number of Shots Fired: Not Reported
Did Offender Reload: Not Reported
Time from Start to End: Not Reported
How Guns Were Acquired: Not Reported
Number Killed: 10
Number Wounded: 0

A. 217

*Fayetteville Observer,* *"*Carthage Killings: A Key Eyewitness Speaks," March 31, 2009
Location: Carthage, NC
Date: March 29, 2009
Number of Shooters: 1 (Robert Stewart)
Number of Guns in Shooter's Immediate Possession: 2
Types of Guns Used: Winchester 1300 pump-action shotgun; .357 magnum revolver
- Number Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Did Offender Reload: Not Reported
- Time from Start to End: 15 minutes?
- How Guns were Acquired: One legally purchased from local sporting goods store, one purchased from individual, legality Not Reported
- Number Killed: 8
- Number Wounded: 3


- *New York Times* "Shooting in Binghamton, N.Y.," April 3, 2009; *Bloomberg* "Binghamton Killer Fired 99 Shots from Two Handguns, Police Say," April 8, 2009
- Date: April 3, 2009
- Location: Binghamton, NY
- Number of Shooters: 1 (Jiverly Wong)
- Number of Guns in Shooter's Immediate Possession: 2
- Types of Guns Used: Springfield .45 caliber semi-automatic pistol, Beretta 9 mm semi-automatic pistol
- Number of Detachable Magazines: 3+
- Maximum Capacity of Largest Magazine: 30
- Number of Shots Fired: 99
- Did Offender Reload: Yes
- Time from Start to End: Minutes (It took police hours to secure the building)
- How Guns were Acquired: Legally purchased (Shooter had a license for the two guns)
- Number Killed: 13 (14 including shooter)
- Number Wounded: 4
- Notes: The number of detachable magazines is not exact, but at least two 30 round magazines were discovered for the 9mm and only 11 shots were fired from the .45.

*Associated Press State & Local Wire* "Police Search for Gunmen in Block Party Shooting." April 27, 2009.
- Date: April 27, 2009
- Location: Jacksonville, FL
- Number of Shooters: 2+ (identity Not Reported)
- Number of Guns in Shooter's Immediate Possession: 2+
- Types of Guns Used: Not Reported
- Number of Detachable Magazines: Not Reported

- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Did Offender Reload?: Not Reported
- Time from Start to End of Firing: Not Reported
- How Guns were Acquired: Not Reported
- Number Killed: 1
- Number Wounded: 8

*Associated Press State & Local Wire* "Police: Philly Bar Shooting Kills 1, Injures 6" June 21, 2009.
- Date: June 21, 2009
- Location: Philadelphia, PA
- Number of Shooters: Not Reported
- Number of Guns in Shooter's Immediate Possession: Not Reported
- Types of Guns Used: Not Reported
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Did Offender Reload?: Not Reported
- Time from Start to End of Firing: Not Reported
- How Guns were Acquired: Not Reported
- Number Killed: 1
- Number Wounded: 6

*Miami Herald* "July 6 Mass Shooting at Overton Party was Retaliation, Warrant Shows" August 20, 2009.
- Date: July 6, 2009
- Location: Miami, FL
- Number of Shooters: 4 (identity Not Reported)
- Number of Guns in Shooter's Immediate Possession: 4+
- Types of Guns Used: Not Reported
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Did Offender Reload?: Not Reported
- Time from Start to End of Firing: Not Reported
- How Guns were Acquired: Not Reported
- Number Killed: 2
- Number Wounded: 10
- *Pittsburgh Tribune-Review*, "Gunman Kills 3, Wounds 9 Before Killing Himself at Collier Fitness Center," August 5, 2009
  Location: Collier, PA
  Date: August 4, 2009

Number of Shooters: 1 (George Sodini)
Number of Guns in Shooter's Immediate Possession: 4
Types of Guns Used: 2 x 9 mm pistols, .45 caliber pistol, .32 caliber pistol
Number of Detachable Magazines: 2+
Maximum Capacity of Largest Magazine: 30
Did Offender Reload: Not Reported
Number of shots fired: 50
Time from start to end: Not Reported
How Guns Were Acquired: Not Reported
Number Killed: 3
Number Wounded: 9


- *ABC News* "Alleged Fort Hood Shooter Nidal Malik Hasan was 'Calm,' Methodical During Massacre," November 6, 2009, *The Dallas Morning News* "Investigators Detail Ammo Found at Fort Hood Shooting Scene," October 21, 2010 (Updated November 26, 2010)
- Date: November 5, 2009
- Location: Fort Hood, Texas
- Number of Shooters: 1 (Nidal Malik Hasan)
- Number of Guns in Shooter's Immediate Possession: 2 (1 fired, 1 possessed but not fired)
- Type of Gun Used: FN Herstal 5.7 tactical pistol (Smith and Wesson .357 magnum was used in the shooting)
- Number of Detachable Magazines: 15 (6 loaded with 177 rounds, 6 empty with 146 spent casings, 3 empty with 68 casings)
- Maximum Capacity of Largest Magazine: 20-30
- Number of Shots Fired: 214
- Did Offender Reload: Yes
- Time from Start to End: Minutes (It took police hours to secure the building)
- How Guns were Acquired: Legally purchased
- Number Killed: 13
- Number Wounded: 38

**Mass Shootings in 2010**

*St. Louis Post-Dispatch*, "Why the Rampage?  Police Plan to Interview Family of Gunman, Co-workers at ABB Plant," January 9, 2010
Date: January 7, 2010
Location: St. Louis, MO
Number of Shooters: 1 (Timothy Hendon)
Number of Guns in Shooter's Immediate Possession: 3 or 4
Type of Guns Used: Romarm AK-47-style rifle, Tristar 12 gauge shotgun, Hi-Point .40 caliber pistol, possibly one other pistol
Number of Detachable Magazines: 2
Maximum Capacity of Largest Magazine: "Banana-style" magazines – probably LCMs
Did offender reload? Not Reported

Number of shots fired: "Over 100"
Time from Start to End: Not Reported
How Guns Were Acquired: Not Reported
Number Killed: 3
Number Wounded: 5


*Lynchburg News &* Advance, "Law Officers Maintained Dark Vigil to Wait Out
        Appomattox Shooting Suspect."
Date: January 19, 2010
Location: Appomattox, VA
Number of Shooters: 1 (Christopher Bryan Speight)
Number of Guns in Shooter's Immediate Possession: Not Reported
Types of Guns Used: "High-powered rifle"
Number of Detachable Magazines: Not Reported
Maximum Capacity of Largest Magazine: Not Reported
Number of Shots Fired: Not Reported
Time from Start to End: Not Reported
How Guns Were Acquired: Not Reported
Number Killed: 8
Number Wounded: 0


*Washington Times*: Three are Arrested in Drive-by Shooting," April 1, 2010
Date: March 30, 2010
Number of Shooters: 5 (Orlando Carter, Jeffrey Best, Robert Bost, Lamar Williams, &
        Sanquan Carter)
Number of Guns in Shooter's Immediate Possession: 3
Types of Guns Used: AK-47 "assault rifle," 9 mm semiautomatic pistol, .45 caliber
        semiautomatic pistol
Number of Detachable Magazines: Not Reported
Maximum Capacity of Largest Magazine: Not Reported
Did Offender Reload: Not Reported
Number of Shots Fired: Not Reported
Time from Start to End: Not Reported
How Guns Were Acquired: Not Reported
Number Killed: 4
Number Wounded: 5
*Montgomery Advertiser* "Teen Killed at Graduation Party in Tuscaloosa Called Friend of
        Accused" May 19, 2010
- Date: May 16, 2010
- Location: Tuscaloosa, AL
- Number of Shooters: 1 (Akeem Antwan Prewitt)
- Number of Guns in Shooter's Immediate Possession: 1
- Types of Guns Used: 9 mm handgun
- Number of Detachable Magazines: Not Reported

A. 221

- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Did Offender Reload?: Not Reported
- Time from Start to End of Firing: Not Reported
- How Guns were Acquired: Not Reported
- Number Killed: 1
- Number Wounded: 8

*Miami Herald* "Massacre in Hialeah Captured by Cameras," June 9, 2010.
- Date: June 6, 2010
- Location: Hialeah, FL)
- Number of Shooters: 1 (Gerardo Regalado)
- Number of Guns in Shooter's Immediate Possession: 1
- Types of Guns Used: .45 caliber semi-automatic handgun
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Did Offender Reload: Not Reported
- Time from Start to End: Not Reported
- How Guns were Acquired: Not Reported
- Number Killed: 4
- Number Wounded: 3

- *Associated Press* "Police Report: No Racism Before Conn. Shootings," May 12, 2011, *Hartford Courant* "Shooter had a Plan, Police: Mass Murderer hinted at His Intentions to Kill Co-Workers," May 13, 2011, *Associated Press* "Cops: Conn. Gunman May Have Targeted Some Victims," August 4, 2010
- Date: August 3, 2010
- Location: Manchester, CT
- Number of Shooters: 1 (Omar Thornton)
- Number of Guns in Shooter's Immediate Possession: 2 (Shooter also had an unused shotgun in his car)
- Type of Gun Used: 2 x Ruger SR9 9mm semi-automatic pistols
- Number of Detachable Magazines: 3-4 (Uncle stated that he saw 4 17-round magazines the night before the shooting but some reports say there was only 1 extra magazine)
- Maximum Capacity of Largest Magazine: 17 rounds
- Number of Shots Fired: 19
- Did Offender Reload: Not Reported (Reports seem to indicate that he only used one of the guns. If so, he reloaded)
- Time from Start to End: 3 minutes
- How Guns were Acquired: Legally purchased from gun dealer and registered
- Number Killed: 8 (9 including shooter)

A. 222

- Number Wounded: 2
- Notes: Eyewitness accounts state that he used one gun while carrying his lunchbox which held the other gun, magazines and extra ammo.

*Buffalo News* "Two more sought in shootings," August 20, 2010
Buffalo, NY
Date: August 14, 2010
Location: Buffalo, NY
Number of Shooters: 1 (Omar Thorton)
Number of Guns in Shooter's Immediate Possession: Not Reported
Type of Guns Used: Not Reported
Number of Detachable Magazines: Not Reported
Maximum Capacity of Largest Magazine: Not Reported
Number of Shots Fired: Not Reported
Did Offender Reload? Not Reported
Time from Start to End: Not Reported
How Guns Were Acquired: Not Reported
Number Killed: 4
Number Wounded: 4

*WFMZ-TV* "Jose Bonilla-Ortiz Convicted of Murder in Shooting that Killed 1, Injured 6 Others in Reading"; *Reading Eagle* "Witness IDs Defendant as Gunman in City Speakeasy Slaying"
- Date: November 8, 2010
- Location: Reading, PA
- Number of Shooters: 3 (Jose Bonilla-Ortiz and 2 others)
- Number of Guns in Shooter's Immediate Possession:
- Types of Guns Used: 9 mm handgun, .38-caliber handgun
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Did Offender Reload?: Not Reported
- Time from Start to End of Firing: Not Reported
- How Guns were Acquired: Not Reported
- Number Killed: 1
- Number Wounded: 6

**Mass Shootings in 2011**
- *NBC News* "Tucson Shooting with High-Capacity Magazines Reignites Gun Debate," January 9, 2011, *Reuters* "TIMELINE: Tucson Shooting Rampage as it Unfolded," January 14, 2011; *New York Times* January 10, 2011, p. A1
- Date: January 8, 2011

48

A. 223

- Location: Tucson, AZ
- Number of Shooters: 1 (Jared Lee Loughner)
- Number of Guns in Shooter's Immediate Possession: 1
- Types of Guns Used: Glock 19 9mm semi-automatic pistol
- Number of Detachable Magazines: 4
- Maximum Capacity of Largest Magazine: 33 (2 x 33-round, 2 x 15-round)
- Number of Shots Fired: Not Reported
- Did Offender Reload: Not successfully. After emptying first magazine, spring failed in second magazine. **Bystanders then tackled shooter**, though it is unclear whether they did this while shooter was trying to reload a functioning magazine or the nonfunctioning one with the broken spring.
- Time from Start to End: 15 seconds
- How Guns were Acquired: Legally purchased at Arizona sporting goods store
- Number Killed: 6
- Number Wounded: 13
- Notes: This incident started as an attempt to assassinate Congresswoman Gabrielle Giffords.

[An incident on July 7, 2011 in Grand Rapids, MI was a spree shooting in which the shooter shot 4 people in one location, then 3 in a second location, then 2 in a third location.]

*Boston Globe* "Gunman Kills Self, 5 Others at Texas Rink"  July 25, 2011.
- Date: July 23, 2011
- Location: Grand Prairie, TX
- Number of Shooters: 1 (Tan Do)
- Number of Guns in Shooter's Immediate Possession: Not Reported
- Types of Guns Used: Not Reported
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Did Offender Reload?: Not Reported
- Time from Start to End of Firing: Not Reported
- How Guns were Acquired: Not Reported
- Number Killed: 5
- Number Wounded: 4

*Associated Press* "Ohio Woman: I Tried to Hide Boy, 11, from Gunman," August 27, 2011.
- Date: August 7, 2011
- Location: Copley Township (near Akron), OH
- Number of Shooters: 1 (Michael Hance)
- Number of Guns in Shooter's Immediate Possession: 2
- Types of Guns Used: .357 handgun, .45-caliber pistol

A. 224

- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: >20
- Did Offender Reload?: Not Reported
- Time from Start to End of Firing: Not Reported
- How Guns were Acquired: Legally purchased at pawnshop
- Number Killed: 6
- Number Wounded: 1

*Florida Times-Union* "No Suspects Identified in Mass Jacksonville Shooting that Wounded 11, Killed Unborn" August 30, 2011.
- Date: August 28, 2011
- Location: Jacksonville, FL
- Number of Shooters: 2+ (identity Not Reported)
- Number of Guns in Shooter's Immediate Possession: 2+
- Types of Guns Used: Handgun
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Did Offender Reload?: Not Reported
- Time from Start to End of Firing: Not Reported
- How Guns were Acquired: Not Reported
- Number Killed: 0
- Number Wounded: 10

- *CNN* "Gunman Kills 3, Wounds Other at Nevada IHOP," September 7, 2011
- September 6, 2011, *RGJ* "IHOP Shooting One Year Later: 85 Seconds that Changed Carson City," September 12, 2012
- Date: September 6, 2011
- Location: Carson City, NV
- Number of Shooters: 1 (Eduardo Sencion)
- Number of Guns in Shooter's Immediate Possession: 3
- Types of Guns Used: Norinco MAK 90 AK-47 variant semi-automatic rifle, illegally modified to be fully automatic; Romarm Cugir AK-47 variant semi-automatic rifle; Colt .38-caliber revolver
- Number of Detachable Magazines: 3
- Maximum Capacity of Largest Magazine: 2 x 30, 1 x Not Reported (likely 30)
- Number of Shots Fired: 60+
- Did Offender Reload: Yes
- Time from Start to End: 1 minute 25 seconds
- How Guns were Acquired: Purchased from individual, legality Not Reported
- Number Killed: 4 (5 including shooter)
- Number Wounded: 14

*Associated Press* "2 Killed, 10 Injured in Nightclub Shootings" September 10, 2011.
- Date: September 8, 2011
- Location: Broward County, FL
- Number of Shooters: 2 (Vishna Beepot, unnamed security guard)
- Number of Guns in Shooter's Immediate Possession: 2
- Types of Guns Used: Not Reported
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Did Offender Reload?: Not Reported
- Time from Start to End of Firing: Not Reported
- How Guns were Acquired: Not Reported
- Number Killed: 2
- Number Wounded: 10

*Associated Press* "2 Dead, 22 Wounded in Manatee Co. Shooting" September 10, 2011.
- Date: September 10, 2011
- Location: Palmetto, FL
- Number of Shooters: 2+ (identity Not Reported)
- Number of Guns in Shooter's Immediate Possession: 2+
- Types of Guns Used: Not Reported
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Did Offender Reload?: Not Reported
- Time from Start to End of Firing: Not Reported
- How Guns were Acquired: Not Reported
- Number Killed: 2
- Number Wounded: 22

*Associated Press State & Local Wire,* "Shooting at Nightclub Leaves 1 Dead, 6 Injured" September 18, 2011.
- Date: September 18, 2011.
- Location: Miami, FL
- Number of Shooters: Not Reported (identity Not Reported)
- Number of Guns in Shooter's Immediate Possession: Not Reported
- Types of Guns Used: Not Reported
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Did Offender Reload?: Not Reported

A. 226

- Time from Start to End of Firing: Not Reported
- How Guns were Acquired: Not Reported
- Number Killed: 1
- Number Wounded: 6


*Cupertino Courier* "Cupertino: One Year After the Lehigh Cement Shootings" October 4, 2012.
- Date: October 5, 2011
- Location: Cupertino, CA
- Number of Shooters: 1 (Shareef Allman)
- Number of Guns in Shooter's Immediate Possession: 2
- Types of Guns Used: Rifle, handgun
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Did Offender Reload?: Not Reported
- Time from Start to End of Firing: Not Reported
- How Guns were Acquired: Not Reported
- Number Killed: 3
- Number Wounded: 6


*Fort Worth Star-Telegram* "8 Wounded in Rival-Gang Confrontation at Dallas Rap Competition" October 9, 2011
- Date: October 8, 2011
- Location: Dallas, TX
- Number of Shooters: 2 (identity Not Reported)
- Number of Guns in Shooter's Immediate Possession: 2+
- Types of Guns Used: Handgun
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Did Offender Reload?: Not Reported
- Time from Start to End of Firing: Not Reported
- How Guns were Acquired: Not Reported
- Number Killed: 0
- Number Wounded: 8


- *Los Angeles Times* "Prosecutors Seek Death Penalty in Salon Shooting Case," October 15, 2011, *The Press Telegram* "DA to Seek Death Penalty for Alleged Seal Beach Shooter," October 14, 2011
- Date: October 14, 2011
- Location: Seal Beach, CA
- Number of Shooters: 1 (Scott Dekraai)

- Number of Guns in Shooter's Immediate Possession: 3
- Types of Guns Used: Springfield 9mm semi-automatic pistol, Heckler and Koch .45 caliber handgun, Smith and Wesson .44 Magnum revolver
- Number of Detachable Magazines: 5+ (Reports say he had "extra magazines")
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Did Offender Reload: Yes
- Time from Start to End: 2 minutes
- How Guns were Acquired: Legally purchased and registered
- Number Killed: 8
- Number Wounded: 1


*Chicago Sun-Times* "Charges in Deadly Church's Shooting" December 31, 2011.
- Date: December 27, 2011
- Location: Chicago, IL
- Number of Shooters: 1 (Arthur Chaney)
- Number of Guns in Shooter's Immediate Possession: Not Reported
- Types of Guns Used: Not Reported
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Did Offender Reload?: Not Reported
- Time from Start to End of Firing: Not Reported
- How Guns were Acquired: Not Reported
- Number Killed: 2
- Number Wounded: 5


**Mass Shootings in 2012**
*Associated Press* "Police Seek Witnesses in Tenn. Nightclub Shooting" February 27, 2012; *Jackson Sun* "Jury Finds Travis Steed Guilty of Second-degree Murder in Shooting at Karma Lounge" August 23, 2013.
- Date: February 26, 2012
- Location: Jackson, TN
- Number of Shooters: 3+ (Travis Steed, 2+ others)
- Number of Guns in Shooter's Immediate Possession: 3+
- Types of Guns Used: Handguns
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Did Offender Reload?: Not Reported
- Time from Start to End of Firing: Not Reported
- How Guns were Acquired: Not Reported

- Number Killed: 1
- Number Wounded: 19

*Mailonline (Daily Mail)* "Death at a Funeral Home: Two Shot Dead and 12 More Gunned Down in 'Horrific' Drive-by Gang Shooting" March 31, 2012.
- Date: March 30, 2012
- Location: Miami, FL
- Number of Shooters: 2+ (identity Not Reported)
- Number of Guns in Shooter's Immediate Possession: 2+
- Types of Guns Used: Not Reported
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Did Offender Reload?: Not Reported
- Time from Start to End of Firing: Not Reported
- How Guns were Acquired: Not Reported
- Number Killed: 2
- Number Wounded: 12

*Reuters* "Accused Gunman in Oakland Shooting Unfit for Trial: Judge," January 7, 2013, *The San Jose Mercury News* "California's Tough Gun Laws Could Not Prevent East Oakland Tragedy," April 5, 2012
- Date: April 2, 2012
- Location: Oakland, CA
- Number of Shooters: 1 (One Goh)
- Number of Guns in Shooter's Immediate Possession: 1
- Types of Guns Used: .45 caliber semi-automatic pistol
- Number of Detachable Magazines: 4
- Maximum Capacity of Largest Magazine: 8
- Number of Shots Fired: Not Reported
- Did Offender Reload: Yes
- Time from Start to End: Minutes
- How Guns were Acquired: Legally purchased
- Number Killed: 7
- Number Wounded: 3

Notes: The *San Jose Mercury News* stated that the magazines were 8 round magazines.

Associate Press State Wire: Alabama, 7-17-12; CBS-5 WKRG (Mobile, AL) 7-20-12; *Huntsville (Alabama) Times* "Shooting Victim Discusses Gunman's Tuscaloosa Spree" July 20, 2012
Date: July 17, 2012
Location: Tuscaloosa, AL

Number of Shooters: 1 (Nathan Van Wilkins)
Number of Guns in Shooter's Immediate Possession: 1
Types of Guns Used: "AK-47"
Number of Detachable Magazines: Not Reported
Maximum Capacity of Largest Magazine: Not Reported
Number of Shots Fired: Not Reported
Did Offender Reload: Not Reported
Time from Start to End: Not Reported
How Guns Were Acquired: Not Reported
Number Killed: 0
Number Wounded: 11 (by gunfire; 6 others injured by flying debris, etc.)
Notes: Shooter targeted a specific person, and fired all shots from 2 positions
outside a bar. He had also wounded another person in a separate incident earlier.

- *Denver Post* "12 Shot Dead, 58 Wounded in Aurora Movie Theater During Batman
  Premier," July 21, 2012, *ABC Channel 7 News* "Aurora, Colo Theater Shooting Timeline,
  Facts," July 26, 2012
- Date: July 20, 2012
- Location: Aurora, CO
- Number of Shooters: 1 (James Holmes)
- Number of Guns in Shooter's Immediate Possession: 4
- Types of Guns Used: Remington 870 pump-action 12 gauge shotgun; Smith and Wesson
  M&P .223 caliber semi-automatic rifle, 2 Glock .40 caliber semi-automatic pistols
- Number of Detachable Magazines: At least 4
- Maximum Capacity of Largest Magazine: 1 x 100 round magazine, which jammed;
  others unclear
- Number of Shots Fired: Not Reported
- Did Offender Reload: Yes
- Time from Start to End: ~6 minutes
- How Guns were Acquired: Purchased legally
- Numbers Killed: 12
- Number Wounded: 58
Notes: While the shooter had purchased 6,295 rounds (2,600 for the Glocks, 375 for the
Remington, and 3,370 for the Smith and Wesson) it was not reported how many were with
the shooter at the time, how many magazines were with him, and how many shots were fired.

- *Los Angeles Times* "Sikh Temple Shooting: Gun Shop Owner Says Wade Page Seemed
  Normal," August 8, 2012; "7 Shot Dead at Sikh Temple," August 6, 2012.
- Date: August 5, 2012
- Location: Oak Creek, WI
- Number of Shooters: 1 (Wade Michael Page)
- Number of Guns in Shooter's Immediate Possession: 1
- Type of Gun Used: Springfield Armory XDM 9mm semi-automatic pistol
- Number of Detachable Magazines: 3

- Maximum Capacity of Largest Magazine: 19
- Number of Shots Fired: 19+ (50-60 according to one witness)
- Did Offender Reload: Yes
- Time from Start to End: Not Reported
- How Guns were Acquired: Purchased legally
- Numbers Killed: 6 (7 including shooter)
- Number Wounded: 3

*Associated Press, Minnesota state wire 9-29-12*
Date:  September 27, 2012
Location: Minneapolis, MN
Number of Shooters: 1 (Andrew Engeldinger)
Number of Guns in Shooter's Immediate Possession: 1
Types of Guns Used: Glock 9 mm semiautomatic pistol
Number of Detachable Magazines: Not Reported
Maximum Capacity of Largest Magazine: Not Reported
Number of shots fired: At least 46
Did Offender Reload: Yes
Time from Start to End:  Not Reported
How gun was acquired: Legally purchased at gun store a year earlier
Number killed: 6
Number wounded: 2

*Milwaukee Journal-Sentinel* "Brief: Spa Shooter's Wife Died of Multiple Gunshots, Report
Says," October 23, 2012.
- Date: October 21, 2012
- Location: Brookfield, WI
- Number of Shooters: 1 (Radcliffe Franklin Haughton)
- Number of Guns in Shooter's Immediate Possession: 1
- Types of Guns Used: .40-caliber semi-automatic pistol
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Did Offender Reload?: Not Reported
- Time from Start to End of Firing: Not Reported
- How Guns were Acquired: Not Reported
- Number Killed: 3
- Number Wounded: 4

- *New York Times* "Children Were All Shot Multiple Times with a Semiautomatic,
  Officials Say," December 15, 2012; *CNN* "Newton Shooting Details Revealed in Newly
  Released Documents," March 29, 2013; Office of the State's Attorney, Judicial District o
  Danbury, *Report of the State's Attorney for the Judicial District of Danbury on the
  Shootings at Sandy Hook Elementary School and 36 Yogananda Street. Newtown,*

A. 231

*Connecticut on December 14, 2012,* available online at
http://www.thecrimereport.org/news/inside-criminal-justice/2013-11-report-newtown-massacre-was-over-in-minutes
- Date: December 14, 2012
- Location: Newtown, CT
- Number of Shooters: 1 (Adam Lanza)
- Number of Guns in Shooter's Immediate Possession: 3
- Types of Guns Used: Bushmaster XM15-E2S.223 caliber semi-automatic rifle, Glock 20 10mm semi-automatic pistol, Sig Sauer P226 9mm semi-automatic pistol (not used in shootings); Izhmash Saiga-12 12-gauge semiautomatic shotgun (not used in shootings)
- Number of Detachable Magazines: 12+
- Maximum Capacity of Largest Magazine: 30 (10 x 30 round, 2+ others of Not Reported capacity)
- Number of Shots Fired: 154+
- Did Offender Reload: Yes
- Time from Start to End: c. 4 Minutes
- How Guns were Acquired: Stolen from mother
- Numbers Killed: 26 (27 including shooter's mother, 28 including shooter)
- Number Wounded: 2
- Notes: The shooter seemed to have used mostly the Bushmaster, and 154 casings for it were found. That is the minimum number of shots fired. Of the 30 round magazines, 3 were found completely full, three were completely empty, and the others had 10, 11 or 13 rounds left in them.

**Mass Shootings in 2013**

[A Santa Monica shooting on 6-7-13 was a spree shooting, not a mass shooting – killer shot 9 people in 3 different locations.]

*Washington Post* "What Happened Inside Building 197?" September 25, 2013.
- Date: September 16, 2013
- Location: Washington, D.C.
- Number of Shooters: 1 (Aaron Alexis)
- Number of Guns in Shooter's Immediate Possession: 2
- Types of Guns Used: Remington 870 Express Tactical 12-gauge shotgun; Beretta 9-mm semi-automatic pistol stolen from security officer
- Number of Detachable Magazines: Not Reported
- Maximum Capacity of Largest Magazine: Not Reported
- Number of Shots Fired: Not Reported
- Did Offender Reload?: Yes
- Time from Start to End of Firing: 41 minutes
- How Guns were Acquired: Shotgun legally purchased; pistol stolen from security officer
- Number Killed: 12
- Number Wounded: 3

Sources:
1. Search of Newsbank database for "mass shooting," "massacre," "mass murder," "shooting spree" for period January 1, 1994 through December 31, 2013.
2. "US Mass Shootings, 1982-2012: Data from Mother Jones' Investigation" Mother Jones magazine, available online at http://www.motherjones.com/politics/2012/12/mass-shootings-mother-jones-full-data. Only covers incidents in public places with 4 or more dead, misses those with many victims shot but three or fewer of them died.  Also includes some spree shootings in which only a few victims were shot in any one location.
3. Violence Policy Center, "Mass Shootings in the United States Involving High-Capacity Ammunition Magazines." Fact sheet dated January 8, 2011.     Available online at http://www.vpc.org/fact_sht/VPCshootinglist.pdf.  Only covers incidents known to involve magazines with a capacity of 10 or more rounds.
4. Mayors Against Illegal Guns, "Analysis of Recent Mass Shootings," (September, 2013). Available online at http://www.demandaction.org/detail/2013-09-updated-analysis-of-recent-mass-shootings.  Covers incidents only for January 2009-September 2013, and only those with four or more dead victims (excluding those with many victims shot, but three or fewer shot fatally).
5. Bjelopera, J.P., E. Bagalman, S. W. Caldwell, K.M. Finklea, G. McCallion et al. (March 18, 2013). *Public Mass Shootings in the United States: Selected Implications for Federal Public Health and Safety Policy.* Washington DC: Congressional Research Service.   Only covers incidents with four or more deaths (excluding cases with many victims shot but three or fewer fatally), and only those that occurred in public places.
6.  Citizens Crime Commission of New York City.  "Mass Shooting Incidents in America (1984-2012), at http://www.nycrimecommission.org/mass-shooting-incidents-america.php, accessed 1-15-14.  Covers shootings with four or more persons dead, with a magazine capable of holding more than 10 rounds.  Excludes cases with no known use of large-capacity magazines, and incidents with many victims shot but three or fewer fatally.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on

June  13      , 2014.

Gary Kleck

# Exhibit A

CURRICULUM VITAE
GARY KLECK
(Updated April 15, 2013)

PERSONAL
Address:                    College of Criminology and Criminal Justice
                            306 Hecht House
                            The Florida State University
                            Tallahassee, Florida 32306-1127
Telephone Numbers:          Office:      (850) 644-7651
                            Office FAX:  (850) 644-9614
e-mail Address:             gkleck@fsu.edu

CURRENT POSITION
David J. Bordua Professor of Criminology, Florida State University

COURTESY APPOINTMENT
Professor, College of Law, Florida State University

PROFESSIONAL MEMBERSHIPS
American Society of Criminology
Academy of Criminal Justice Sciences

EDUCATION
A.B.      1973 - University of Illinois, with High Honors and with
                 Distinction in Sociology
A.M.      1975 - University of Illinois at Urbana, in Sociology
Ph.D.     1979 - University of Illinois at Urbana, in Sociology

ACADEMIC HONORS
National Merit Scholar, 1969

Freshman James Scholar, University of Illinois, 1969

Graduated from University of Illinois with High Honors and with Distinction in
       Sociology, 1973

University of Illinois Foundation Fellowship in Sociology, 1975-76

1993 Winner of the Michael J. Hindelang Award of the American Society of
       Criminology, for the book that made "the most outstanding contribution
       to criminology" (for Point Blank: Guns and Violence in America).

TEACHING POSITIONS

Fall, 1991 to present. Professor, College of Criminology and Criminal Justice,
       Florida State University

Fall, 1984 to Spring, 1991. Associate Professor, School of Criminology, Florida State University.

Fall, 1979 to Spring, 1984,. Assistant Professor, School of Criminology, Florida State University.

Fall, 1978 to Spring, 1979. Instructor, School of Criminology, Florida State University.

COURSES TAUGHT

Criminology, Applied Statistics, Regression, Introduction to Research Methods, Law Enforcement, Research Methods in Criminology, Guns and Violence, Violence Theory Seminar, Crime Control, Assessing Evidence, Survey Research, Research Design and Causal Inference.

DISSERTATION

Homicide, Capital Punishment, and Gun Ownership: An Aggregate Analysis of U.S. Homicide Trends from 1947 to 1976. Department of Sociology, University of Illinois, Urbana. 1979.

PUBLICATIONS (sole author unless otherwise noted)

BOOKS

1991, 2005 Point Blank: Guns and Violence in America. Hawthorne, N.Y.: Aldine de Gruyter. Winner of the 1993 Michael J. Hindelang award of the American Society of Criminology. Republished in 2005 in paperback by Transaction Publishers. Reviewed in Contemporary Sociology, American Journal of Sociology, Social Forces, Journal of Criminal Law and Criminology, The Criminologist, The Public Interest, Criminal Law Forum, Social Science Review, Criminal Justice Abstracts, Crime, Criminal Justice and Law Enforcement, Newsletter of Public Policy Currents, Commonweal, Choice, and others.

1997 Targeting Guns: Firearms and their Control. Hawthorne, N.Y.: Aldine de Gruyter.

1997 The Great American Gun Debate: Essays on Firearms and Violence (with Don B. Kates, Jr.). San Francisco: Pacific Research Institute for Public Policy.

2001 (with Don B. Kates) Armed: New Perspectives on Gun Control. N.Y.: Prometheus Books. Selected to Choice: Current Reviews for Academic Libraries' 39th annual "Outstanding Academic Title List," awarded for "excellence in scholarship and presentation, the significance of their

A. 237

contribution to their field, and their value as an important treatment of their topic." Awarded to less than one percent of books.

## RESEARCH MONOGRAPH

1979   Bordua, David J., Alan J. Lizotte, and Gary Kleck. <u>Patterns of Firearms Ownership, Use and Regulation in Illinois</u>. A Report to the Illinois Law Enforcement Commission, Springfield, Illinois.

## ARTICLES IN PEER-REVIEWED JOURNALS

1979   "Capital punishment, gun ownership, and homicide." <u>American Journal of Sociology</u> 84(4):882-910.

1981   "Racial discrimination in criminal sentencing: A critical evaluation of the evidence with additional evidence on the death penalty." <u>American Sociological Review</u> 46(6):783-804.

1982   "On the use of self-report data to determine the class distribution of criminal behavior." <u>American Sociological Review</u> 47(3):427-33.

1983   (with David Bordua) "The factual foundation for certain key assumptions of gun control." <u>Law and Policy Quarterly</u> 5(3):271-298.

1985   "Life support for ailing hypotheses: modes of summarizing the evidence on racial discrimination in criminal sentencing." <u>Law and Human Behavior</u> 9(3):271-285.

1985   "Policy lessons from recent gun control research." <u>Law and Contemporary Problems</u> 49(1):35-62.

1986   "Evidence that 'Saturday Night Specials' not very important for crime." <u>Sociology and Social Research</u> 70(4):303-307.

1987   "Americans' foreign wars and the legitimation of domestic violence." <u>Sociological Inquiry</u> 57(3):237-250.

1988   "Crime control through the private use of armed force." <u>Social Problems</u> 35(1):1-21.

1988   "Miscounting suicides." <u>Suicide and Life-Threatening Behavior</u> 18(3):219-236.

1990   (with Susan Sayles) "Rape and resistance." <u>Social Problems</u> 37(2):149-162.

1991   (with Karen McElrath) "The effects of weaponry on human violence." Social Forces 69(3):669-92.

1993   (with Miriam DeLone) "Victim resistance and offender weapon effects in robbery." Journal of Quantitative Criminology 9(1):55-82.

1993   (with E. Britt Patterson) "The impact of gun control and gun ownership levels on violence rates." Journal of Quantitative Criminology 9(3):249-287.

1993   "Bad data and the 'Evil Empire': interpreting poll data on gun control." Violence and Victims 8(4):367-376.

1995   "Guns and violence: an interpretive review of the field." Social Pathology 1(1):12-47.

1995   "Using speculation to meet evidence." Journal of Quantitative Criminology 11(4):411-424.

1995   (with Marc Gertz) "Armed resistance to crime: the prevalence and nature of self-defense with a gun."     Journal of Criminal Law & Criminology 86(1):150-187.

1996   "Crime, culture conflict and sources of support for gun control: a multi-level application of the General Social Surveys." American Behavioral Scientist 39(4):387-404.

1996   (with Chester Britt III and David J. Bordua) "A reassessment of the D.C. gun law: some cautionary notes on the use of interrupted time series designs for policy impact assessment." Law & Society Review 30(2):361-380.

1996   (with Chester Britt III and David J. Bordua) "Avoidance and misunderstanding." Law & Society Review 30(2):393-397.

1996   (with Tomislav Kovandzic and Marc Gertz) "Defensive gun use: vengeful vigilante imagery vs. reality: results from the National Self-Defense Survey." Journal of Criminal Justice 26(3):251-258.

1997   (with Marc Gertz) "The illegitimacy of one-sided speculation: getting the defensive gun use estimate down." Journal of Criminal Law and Criminology 87(4):1446-1461.

1998   (with Marc Gertz) "Carrying guns for protection: results from the National Self-Defense Survey." Journal of Research in Crime and Delinquency 35(2):193-224.

1998    "What are the risks and benefits of keeping a gun in the home?" <u>Journal of the American Medical Association</u> 280(5):473-475.

1998    (with Charles Crawford and Ted Chiricos) "Race, racial threat, and sentencing of habitual offenders." <u>Criminology</u> 36(3):481-511.

1999    (with Michael Hogan) "A national case-control study of homicide offending and gun ownership." <u>Social Problems</u> 46(2):275-293.

1999    "BATF gun trace data and the role of organized gun trafficking in supplying guns to criminals."    <u>St. Louis University Public Law Review</u> 18(1):23-45.

2001    "Can owning a gun really triple the owner's chances of being murdered?" <u>Homicide Studies</u> 5:64-77.

2001    (with Theodore Chiricos) "Unemployment and property crime: a target-specific assessment of opportunity and motivation as mediating factors." <u>Criminology</u> 40(3):649-680.

2004    "Measures of gun ownership levels for macro-level crime and violence research." <u>Journal of Research in Crime and Delinquency</u> 41(1):3-36.

2004    (with Jongyeon Tark) "Resisting crime: the effects of victim action on the outcomes of crimes." <u>Criminology</u> 42(4):861-909.

2005    (with Brion Sever, Spencer Li, and Marc Gertz) "The missing link in general deterrence research." <u>Criminology</u> 43(3):623-660.

2006    (with Jongyeon Tark and Jon J. Bellows) "What methods are most frequently used in research in criminology and criminal justice?" <u>Journal of Criminal Justice</u> 34(2):147-152.

2007    "Are police officers more likely to kill African-American suspects?" <u>Psychological Reports</u> 100(1):31-34.

2007    (with Shun-Yung Wang and Jongyeon Tark) "Article productivity among the faculty of criminology and criminal justice doctoral programs, 2000-2005." <u>Journal of Criminal Justice Education</u> 18(3):385-405.

2008    (with Jongyeon Tark, Laura Bedard, and Dominique Roe-Sepowitz) "Crime victimization and divorce." <u>International Review of Victimology</u> 15(1):1-17.

2009    "The worst possible case for gun control: mass shootings in schools." <u>American Behavioral Scientist</u> 52(10):1447-1464.

2009   (with Shun-Yung Wang) "The myth of big-time gun trafficking and the
       overinterpretation of gun tracing data." <u>UCLA Law Review</u> 56(5):1233-
       1294.

2009   (with Tomislav Kovandzic) "City-level characteristics and individual
       handgun  ownership: effects of collective security and homicide." <u>Journal
       of Contemporary Criminal Justice</u> 25(1):45-66.

2009   (with Marc Gertz and Jason Bratton) "Why do people support gun
       control?" <u>Journal of Criminal Justice</u> 37(5):496-504.

2011   (with James C. Barnes) "Article productivity among the faculty of
       criminology and criminal justice doctoral programs, 2005-2009." <u>Journal
       of Criminal Justice Education</u> 22(1):43-66.

2011   (with Tomislav Kovandzic, Mark Saber, and Will Hauser). "The effect of
       perceived risk and victimization on plans to purchase a gun for self-
       protection." <u>Journal of Criminal Justice</u> 39(4):312-319.

2013   (with Will Hauser) "Guns and fear: a one-way street?" <u>Crime and
       Delinquency</u> 59:271-291.

2013   "Gun control after Heller and McDonald: what cannot be done and what
       ought to be done." <u>Fordham Urban Law Journal</u> 39(5):1383-1420.

2013   (with James C. Barnes) "Deterrence and macro-level perceptions of
       punishment risks: is there a "collective wisdom?" <u>Crime and Delinquency</u>
       59(2): (forthcoming, c. September 2013).

2013   (with Tomislav Kovandzic and Mark Schaffer) "Estimating the causal
       effect of gun prevalence on homicide rates: A local average treatment
       effect approach." <u>Journal of Quantitative Criminology</u> 28(4): (forthcoming
       c. September 2013).

2014   (with Jongyeon Tark) "Resisting rape: the effects of victim self-protection
       on rape completion and injury." <u>Violence Against Women</u> 23(3):
       (forthcoming March 2014).

2014   (with James C. Barnes) "Do more police generate more crime deterrence?"
       <u>Crime and Delinquency</u> 59(4): (forthcoming c. January 2014).


OTHER PUBLISHED ARTICLES

1992   "Assault weapons aren't the problem." <u>New York Times</u> September 1,
       1992, p. A15. Invited Op-Ed page article.

1993  "The incidence of violence among young people." The Public Perspective
4:3-6. Invited article.

1994  "Guns and self-protection." Journal of the Medical Association of Georgia
83:42. Invited editorial.

1996  "Using speculation to meet evidence: reply to Alba and Messner." Journal
on Firearms and Public Policy 9:13-49.

1998  "Has the gun deterrence hypothesis been discredited?" Journal on
Firearms and Public Policy 10:65-75.

1999  "There are no lessons to be learned from Littleton." Criminal Justice
Ethics 18(1):2, 61-63. Invited commentary.

1999  "Risks and benefits of gun ownership - reply." Journal of the American
Medical Association 282(2):136-136.

1999  "The misfire that wounded Colt's." New York Times October 23, 1999.
Invited  Op-Ed page article.

1999  "Degrading scientific standards to get the defensive gun use estimate
down." Journal on Firearms and Public Policy 11:77-137.

2000  "Guns aren't ready to be smart." New York Times March 11, 2000.
Invited Op-Ed page article.

2000  (with Chester Britt III and David J. Bordua) "The emperor has no clothes:
Using interrupted time series designs to evaluate social policy impact."
Journal on Firearms and Public Policy 12:197-247.

2001  "School lesson: armed self-defense works." Wall Street Journal March 27,
2001. Invited opinion article.

2001  "Impossible policy evaluations and impossible conclusions: a comment on
Koper and Roth." Journal of Quantitative Criminology 17(1):75-80.

2001  "Absolutist politics in a moderate package: prohibitionist intentions of
the gun control movement." Journal on Firearms and Public Policy 13:1-
43.

2002  "Research agenda on guns, violence, and gun control." Journal on
Firearms and Public Policy 14:51-72.

2006  "Off target." New York Sun January 5, 2006. Invited opinion article.

2009  "How not to study the effect of gun levels on violence rates." Journal on
Firearms and Public Policy 21:65-93.

A. 242

2011  "Mass killings aren't the real gun problem --- how to tailor gun-control measures to common crimes, not aberrant catastrophes." <u>Wall Street Journal</u>  January 15, 2011. Invited opinion article.

2011  "The myth of big-time gun trafficking." <u>Wall Street Journal</u> May 21, 2011. Invited opinion article.


BOOK CHAPTERS

1984  (with David Bordua) "The assumptions of gun control." Pp. 23-48 in Don B. Kates, Jr. (ed.) <u>Firearms and Violence: Issues of Regulation</u>. Cambridge, Mass.: Ballinger. (Also appeared in <u>Federal Regulation of Firearms</u>, report prepared by the Congressional Research Service, Library of Congress, for the Committee on the Judiciary, United States Senate, 198-2).

1984  "The relationship between gun ownership levels and rates of violence in the U.S." Pp. 99-135 in Kates, above.

1984  "Handgun-only gun control: a policy disaster in the making." Pp. 167-199 in Kates, above.

1996  "Racial discrimination in criminal sentencing." Pp. 339-344 in <u>Crime and Society</u>, Volume III – Readings: Criminal Justice, edited by George Bridges, Robert D. Crutchfield, and Joseph G. Weis. Thousand Oaks, Calif.: Pine Forge Press.

1996  "Gun buy-back programs: nothing succeeds like failure." Pp. 29-53 in <u>Under Fire: Gun Buy-Backs, Exchanges and Amnesty Programs</u>, edited by Martha R. Plotkin. Washington, D.C.: Police Executive Research Forum.

2000  "Firearms and crime." Pp. 230-234 in the <u>Encyclopedia of Criminology and Deviant Behavior</u>, edited by Clifton D. Bryant. Philadelphia: Taylor & Francis, Inc.

2001  (with Leroy Gould and Marc Gertz) "Crime as social interaction." Pp. 101-114 in <u>What is Crime?: Controversy over the Nature of Crime and What to Do About It</u>, edited by Stuart Henry and Mark M. Lanier. Lanham, Md.: Rowman and Littlefield.

2003  "Constricted rationality and the limits of general deterrence." Chapter 13 in <u>Punishment and Social Control: Enlarged Second Edition</u>, edited by Thomas G. Blomberg. New York: Aldine de Gruyter.

2003  "The great American gun debate: what research has to say." Pp. 470-487

in The Criminal Justice System: Politics and Policies, 9th edition, edited by George F. Cole, Marc Gertz, and Amy Bunger. Belmont, CA: Wadsworth-Thomson.

2008    "Gun control." Article in The Encyclopedia of Social Problems, edited by Vincent N. Parrillo. Thousand Oaks, CA: Sage.

2009    "Guns and crime." Invited chapter. Pp. 85-92 in 21st Century Criminology: A Reference Handbook, edited by J. Mitchell Miller. Thousand Oaks, CA: Sage.

2012    Kovandzic, Tomislav, Mark E. Schaffer, and Gary Kleck. "Gun prevalence, homicide rates and causality: A GMM approach to endogeneity bias." Chapter  6, pp. 76-92 in The Sage Handbook of Criminological Research Methods, edited by David Gadd, Susanne Karstedt, and Steven F. Messner. Thousand Oaks, CA: Sage.

2012    (with Kelly Roberts) "What survey modes are most effective in eliciting self-reports of criminal or delinquent behavior?" Chapter in Handbook of Survey Methodology, edited by Lior Gideon. NY: Springer.

2013    "Deterrence: actual vs. perceived risk of punishment. Article in Encyclopedia of Criminology and Criminal Justice. Berlin: Springer Verlag.

2013    "An overview of gun control policy in the United States." Pp. 562-579 in The Criminal Justice System, 10th edition, Edited by George F. Cole and Marc G. Gertz. Wadsworth.

## BOOK REVIEWS

1978    Review of Murder in Space City: A Cultural Analysis of Houston Homicide Patterns, by Henry Lundsgaarde. Contemporary Sociology 7:291-293.

1984    Review of Under the Gun, by James Wright et al. Contemporary Sociology 13:294-296.

1984    Review of Social Control, ed. by Jack Gibbs. Social Forces 63: 579-581.

1987    Review of Armed and Considered Dangerous, by James Wright and Peter Rossi, Social Forces 66:1139-1140.

1987    Review of Sociological Justice, by Donald Black, Contemporary Sociology 19:261-3.

1988 Review of The Citizen's Guide to Gun Control, by Franklin Zimring and
    Gordon Hawkins, Contemporary Sociology 17:363-364.

1991 Review of Equal Justice and the Death Penalty, by David C. Baldus,
    George G. Woodworth, and Charles A. Pulaski, Jr. Contemporary
    Sociology 20:598-9.

1999 Review of Crime is Not the Problem, by Franklin E. Zimring and Gordon
    Hawkins. American Journal of Sociology 104(5):1543-1544.

2001    Review of Gun Violence: the Real Costs, by Philip   J. Cook and Jens
    Ludwig. Criminal Law Bulletin 37(5):544-547.

2010    Review of Homicide and Gun Control: The Brady Handgun Violence
    Prevention Act and Homicide Rates, by J. D. Monroe. Criminal Justice
    Review 35(1):118-120.


## LETTERS PUBLISHED IN SCHOLARLY JOURNALS

1987   "Accidental firearm fatalities." American Journal of Public Health
    77:513.

1991 "Suicide in the home in relation to gun ownership." The New England
    Journal of Medicine 327:1878.

1991 "Gun ownership and crime." Canadian Medical Association Journal
    149:1773-1774.

1999 "Risks and benefits of gun ownership." Journal of the American Medical
    Association 282:136.

1999 (with Thomas Marvell) "Impact of the Brady Act on homicide and suicide
    rates." Journal of the American Medical Association 284:2718-2719.

2001   "Violence, drugs, guns (and Switzerland)." Scientific American 284(2):12.

2002   "Doubts about undercounts of gun accident deaths." Injury Prevention
    Online (September 19, 2002). Published online at
    http://ip.bmjjournals.com/cgi/eletters /8/3/252.

2005   "Firearms, violence, and self-protection." Science 309:1674. September 9,
    2005.


## UNPUBLISHED REPORT

1987  <u>Violence, Fear, and Guns at Florida State University: A Report to the President's Committee on Student Safety and Welfare</u>. Reports results of campus crime victimization survey and review of campus police statistics on gun violence (32 pages).

## RESEARCH FUNDING

1991  "The Impact of Drug Enforcement on Urban Drug Use Levels and Crime Rates." $9,500 awarded by the U.S. Sentencing Commission.

1996  "Testing a Fundamental Assumption of Deterrence-Based Crime Control Policy." $80,590 awarded by the Charles E. Culpeper Foundation to study the link between actual and perceived punishment levels.

## PRESENTED PAPERS

1976  "Firearms, homicide, and the death penalty: a simultaneous equations analysis." Presented at the annual meetings of the Illinois Sociological Association, Chicago.

1979  "The assumptions of gun control." Presented at the Annual Meetings of the American Sociological Association, New York City.

1980  "Handgun-only gun control: A policy disaster in the making." Presented at the Annual Meetings of the American Society of Criminology, Washington, D.C.

1980  "Life support for ailing hypotheses: Modes of summarizing the evidence on racial discrimination." Presented at the Annual Meetings of the American Society of Criminology, Toronto.

1984  "Policy lessons from recent gun control research." Presented at the Duke University Law School Conference on Gun Control.

1985  "Policy lessons from recent gun control research." Presented at the Annual Meetings of the American Society of Criminology, San Diego.

1986  "Miscounting suicides." Presented at the Annual Meetings of the American Sociological Association, Chicago.

1987  (with Theodore G. Chiricos, Michael Hays, and Laura Myers) "Unemployment and crime: a comparison of motivation and opportunity effects." Annual meetings of the American Society of Criminology, Montreal.

1988  "Suicide, guns and gun control." Presented at the Annual Meetings of the

Popular Culture Association, New Orleans.

1988 (with Susan Sayles) "Rape and resistance."    Presented at the Annual Meetings of the American Society of Criminology, Chicago, Ill.

1989 (with Karen McElrath) "The impact of weaponry on human violence." Presented at the Annual Meetings of the American Sociological Association, San Francisco.

1989 (with Britt Patterson) "The impact of gun control and gun ownership levels on city violence rates." Presented at the Annual Meetings of the American Society of Criminology, Reno.

1990 "Guns and violence: a summary of the field." Presented at the Annual Meetings of the American Political Science Association, Washington, D.C.

1991 "Interrupted time series designs: time for a re-evaluation." Presented at the Annual Meetings of the American Society of Criminology, New Orleans.

1993 (with Chester Britt III and David J. Bordua) "The emperor has no clothes: Using interrupted time series designs to evaluate social policy impact." Presented at the Annual Meetings of the American Society of Criminology, Phoenix.

1992 "Crime, culture conflict and support for gun laws: a multi-level application of the General Social Surveys." Presented at the Annual Meetings of the American Society of Criminology, Phoenix.

1994 (with Marc Gertz) "Armed resistance to crime: the prevalence and nature of self-defense with a gun."    Presented at the Annual Meetings of the American Society of Criminology, Miami.

1995 (with Tom Jordan) "The impact of drug enforcement and penalty levels on urban drug use levels and crime rates." Presented at the Annual Meetings of the American Society of Criminology, Boston.

1996 (with Michael Hogan) "A national case-control study of homicide offending and gun ownership." Presented at the Annual Meetings of the American Society of Criminology, Chicago.

1997 "Evaluating the Brady Act and increasing the utility of BATF tracing data." Presented at the annual meetings of the Homicide Research Working Group, Shepherdstown, West Virginia.

1997 "Crime, collective security, and gun ownership: a multi-level application of the General Social Surveys." Presented at the Annual Meetings of the American Society of Criminology, San Diego.

1998  (with Brion Sever and Marc Gertz) "Testing a fundamental assumption of deterrence-based crime control policy." Presented at the Annual Meetings of the American Society of Criminology, Washington, D.C.

1998  "Measuring macro-level gun ownership levels." Presented at the Annual Meetings of the American Society of Criminology, Washington, D.C.

1999  "Can owning a gun really triple the owner's chances of being murdered?" Presented at the Annual Meetings of the American Society of Criminology, Toronto.

2000  "Absolutist politics in a moderate package: prohibitionist intentions of the gun control movement." Presented at the Annual Meetings of the American Society of Criminology, San Francisco.

2001  (with Tomislav V. Kovandzic) "The impact of gun laws and gun levels on crime rates." Presented at the Annual Meetings of the American Society of Criminology, Atlanta.

2001  "Measures of gun ownership levels for macro-level violence research." Presented at the Annual Meetings of the American Society of Criminology, Atlanta.

2001  "The effects of gun ownership levels and gun control laws on urban crime rates." Presented at the Annual Meetings of the American Society of Criminology, Chicago.

2003  (with Tomislav V. Kovandzic) "The effect of gun levels on violence rates depends on who has them." Presented at the Annual Meetings of the American Society of Criminology, Denver.

2003  (with KyuBeom Choi) "Filling in the gap in the causal link of deterrence." Presented at the Annual Meetings of the American Society of Criminology, Denver.

2004  (with Tomislav Kovandzic) "Do violent crime rates and police strength levels in the community influence whether individuals own guns?" Presented at the Annual Meetings of the American Society of Criminology, Nashville.

2004  (with Jongyeon Tark) "Resisting crime: the effects of victim action on the outcomes of crime." Presented at the Annual Meetings of the American Society of Criminology, Nashville.

2004  (with Jongyeon Tark) "The impact of self-protection on rape completion and injury." Presented at the Annual Meetings of the American Society of Criminology, Nashville.

2004  (with Kyubeom Choi) "The perceptual gap phenomenon and deterrence as psychological coercion." Presented at the Annual Meetings of the American Society of Criminology, Nashville.

2005  (with Jongyeon Tark) "Who resists crime?" Presented at the Annual Meetings of the American Society of Criminology, Toronto.

2005  (with Jongyeon Tark and Laura Bedard) "Crime and marriage." Presented at the Annual Meetings of the American Society of Criminology, Toronto.

2006  (with Shun-Yang Kevin Wang)"Organized gun trafficking, 'crime guns,' and crime rates." Presented at the Annual Meetings of the American Society of Criminology, Los Angeles.

2006  "Are police officers more likely to kill black suspects?" Presented at the Annual Meetings of the American Society of Criminology, Los Angeles.

2007  (with Shun-Yang Kevin Wang) "The myth of big-time gun trafficking. "Presented at the Annual Meetings of the American Society of Criminology, Atlanta.

2007  (with Marc Gertz and Jason Bratton) "Why do people support gun control?" Presented at the Annual Meetings of the American Society of Criminology, Atlanta.

2008  (with J.C. Barnes) "Deterrence and macro-level perceptions of punishment risks: Is there a "collective wisdom?" Presented at the Annual Meetings of the American Society of Criminology, St. Louis.

2009  "The myth of big-time gun trafficking." Presented at UCLA Law Review Symposium, "The Second Amendment and the Right to Bear Arms After DC v. Heller." January 23, 2009, Los Angeles.

2009  (with Shun-Yung Wang) "Employment and crime and delinquency of working youth: A longitudinal study of youth employment." Presented at the Annual Meetings of the American Society of Criminology, November 6, 2009, Philadelphia, PA.

2009  (with J. C. Barnes) "Do more police generate more deterrence?" Presented at the Annual Meetings of the American Society of Criminology, November 4, 2009, Philadelphia, PA.

2010  (with J. C. Barnes) "Article productivity among the faculty of criminology and criminal justice doctoral programs, 2005-2009." Presented at the annual Meetings of the American Society of Criminology, November 18, 2010, San Francisco, CA.

2010   (with Will Hauser) "Fear of crime and gun ownership." Presented at the annual Meetings of the American Society of Criminology, November 18, 2010, San Francisco, CA.

2010   "Errors in survey estimates of defensive gun use frequency: results from national Internet survey experiments." Presented at the annual Meetings of the American Society of Criminology, November 19, 2010, San Francisco, CA.

2010   (with Mark Faber and Tomislav Kovandzic) "Perceived risk, criminal victimization, and prospective gun ownership." Presented at the annual Meetings of the American Society of Criminology, November 19, 2010, San Francisco, CA.

2011   (with Shun-young Wang) "The impact of job quality and career commitment on delinquency: conditional or universal?" Presented at the annual Meetings of the American Society of Criminology, November 17, 2011.

2011   (with Moonki Hong) "The short-term deterrent effect of executions on homicides in the United States, 1984-1998." Presented at the annual Meetings of the American Society of Criminology, November 16, 2011.

2011   (with Kelly Roberts) "Which survey modes are most effective in getting people to admit illegal behaviors?" Presented at the annual Meetings of the American Society of Criminology, November 17, 2011.

2011   (with Will Hauser) "Pick on someone your own size: do health, fitness, and size influence victim selection?" Presented at the annual Meetings of the American Society of Criminology, November 18, 2011.

2011   (with Tomislav Kovandzic) "Is the macro-level crime/punishment association spurious?" Presented at the annual Meetings of the American Society of Criminology, November 18, 2011.

2012   (with Dylan Jackson) "Adult unemployment and serious property crime: a national case-control study." Presented at the annual Meetings of the American Society of Criminology, November 15, 2012.

CHAIR

1983   Chair, session on Race and Crime. Annual meetings of the American Society of Criminology, Denver.

1989   Co-chair (with Merry Morash), roundtable session on problems in analyzing the National Crime Surveys. Annual meetings of the American Society of Criminology, Reno.

1993   Chair, session on Interrupted Time Series Designs. Annual meetings of

the American Society of Criminology, New Orleans.

1993   Chair, session on Guns, Gun Control, and Violence. Annual meetings of the American Society of Criminology, Phoenix.

1994   Chair, session on International Drug Enforcement. Annual meetings of the American Society of Criminology, Boston.

1999   Chair, Author-Meets-Critics session, More Guns, Less Crime. Annual meetings of the American Society of Criminology, Toronto.

2000   Chair, session on Defensive Weapon and Gun Use.  Annual Meetings of the American Society of Criminology, San Francisco.

2002   Chair, session on the Causes of Gun Crime. Annual meetings of the American Society of Criminology, Chicago.

2004   Chair, session on Protecting the Victim. Annual meetings of the American Society of Criminology, Nashville.

DISCUSSANT

1981   Session on Gun Control Legislation, Annual Meetings of the American Society of Criminology, Washington, D.C.

1984   Session on Criminal Sentencing, Annual Meetings of the American Society of Criminology, Cincinnati.

1986   Session on Sentencing, Annual Meetings of the American Society of Criminology, Atlanta.

1988   Session on Gun Ownership and Self-protection, Annual Meetings of the Popular Culture Association, Montreal.

1991   Session on Gun Control, Annual Meetings of the American Statistical Association, Atlanta, Ga.

1995   Session on International Drug Enforcement, Annual Meetings of the American Society of Criminology, Boston.

2000   Session on Defensive Weapon and Gun Use, Annual Meetings of the American Society of Criminology, San Francisco.

2004   Author-Meets-Critic session on Guns, Violence, and Identity Among African-American and Latino Youth, by Deanna Wilkinson. Annual meetings of the American Society of Criminology, Nashville.

2007    Session on Deterrence and Perceptions, University of Maryland 2007
Crime & Population Dynamics Summer Workshop, Aspen Wye River
Center, Queenstown. MD, June 4, 2007.

2009    Session on Guns and Crime, at the DeVoe Moore Center Symposium On
The Economics of Crime, March 26-28, 2009.

2012    Panel discussion of news media coverage of high profile crimes. Held at
the Florida Supreme Court On September 24-25, 2012, sponsored by the
Florida Bar Association as part of their 2012 Reporters' Workshop.

PROFESSIONAL SERVICE
Editorial consultant -
> American Sociological Review
> American Journal of Sociology
> Social Forces
> Social Problems
> Law and Society Review
> Journal of Research in Crime and Delinquency
> Social Science Research
> Criminology
> Journal of Quantitative Criminology
> Justice Quarterly
> Journal of Criminal Justice
> Violence and Victims
> Violence Against Women
> Journal of the American Medical Association
> New England Journal of Medicine
> American Journal of Public Health
> Journal of Homicide Studies

Grants consultant, National Science Foundation, Sociology Program.
Member, Gene LeCarte Student Paper Committee, American Society of
Criminology, 1990.

Area Chair, Methods Area, American Society of Criminology, annual meetings
in Miami, November, 1994.

Division Chair, Guns Division, American Society of Criminology, annual
meetings in Washington, D.C., November, 1998.

Dissertation evaluator, University of Capetown, Union of South Africa, 1998.

Division Chair, Guns Division, American Society of Criminology, annual
meetings in Washington, D.C., November, 1999.

Member of Academy of Criminal Justice Sciences selection committee for Editor
of Justice Quarterly, 2007.

A. 252

UNIVERSITY SERVICE

Member, Master's Comprehensive Examination Committee, School of
Criminology, 1979-1982.

Faculty Advisor, Lambda Alpha Epsilon (FSU chapter of American Criminal
Justice Association), 1980-1988.

Faculty Senate Member, 1984-1992.

Carried out campus crime survey for President's Committee on Student Safety
and Welfare, 1986.

Member, Strategic Planning and Budgeting Review Committee for Institute for
Science and Public Affairs, and Departments of Physics and Economics,
1986.

Chair, Committee on Ph.D. Comprehensive Examination in Research Methods,
School of Criminology, Summer, 1986.

Member, Committee on Ph.D. Comprehensive Examination in Research
Methods, School of Criminology, Summer, 1986 to present.

Chair, Committee on Graduate Assistantships, School of Criminology, Spring,
1987.

Chair, Ad Hoc Committee on Computers, School of Criminology, Fall, 1987.

Member, Recruitment Committee, School of Criminology, Spring, 1988; Spring,
1989; and 1989-90 academic year.

Member, Faculty Senate Committee on Computer-Related Curriculum, Spring,
1988 to Fall, 1989.

Chair, Ad Hoc Committee on Merit Salary Distribution, School of Criminology,
Spring, 1988.

Chair, Ad Hoc Committee on Enrollment Strains, Spring, 1989.

Member, Graduate Handbook Committee, School of Criminology, Spring, 1990.

Member, Internal Advisement Committee, School of Criminology Spring, 1990.

University Commencement Marshall, 1990 to 1993.

Member, School of Criminology and Criminal Justice Teaching Incentive
Program award committee.

Chair, Faculty Recruitment Committee, School of Criminology and Criminal Justice, 1994-1995.

Chair, Committee on Ph.D. Comprehensive Examination in Research Methods, School of Criminology and Criminal Justice, 1994-1995.

Member, University Computer and Information Resources Committee, 1995-1998.

Member, University Fellowship Committee, 1995 to present.

Member, University Library Committee, 1996 to 1999.

Chair, Electronic Access Subcommittee, University Library Committee, 1998 to 1999.

Member, Ad Hoc Committee on Merit Salary Increase Allocation, School of Criminology and Criminal Justice, 1998-1999.

Member, Academic Committee, School of Criminology and Criminal Justice, 2000-present.

Member, Recruiting Committee, School of Criminology and Criminal Justice, 2000-2001.

Member, Promotion and Tenure Committee, School of Criminology and Criminal Justice, 2000-present.

Chair, Committee on Ph.D. Comprehensive Examination in Research Methods, School of Criminology and Criminal Justice, 2000-2002.

Chair, Promotion and Tenure Committee, School of Criminology and Criminal Justice, 2001-2002.

Faculty Adviser, School of Criminology and Criminal Justice Graduate Student Association, 2001-present.

Member, ad hoc committee on survey research, School of Criminology and Criminal Justice, 2002.

Coordinator of Parts 2 and 4 of the School of Criminology and Criminal Justice Unit Review, 2002.

Chair, Academic Committee, School of Criminology and Criminal Justice, 2002-2003.

Director, Honors Programs, School of Criminology and Criminal Justice, 2002-present.

Member, University Promotion and Tenure Committee, Fall, 2003 to present.

Member of University Graduate Policy Committee, Fall 2003 to present.

Chair, Promotion and Tenure Committee, College of Criminology and Criminal
    Justice, 2005-2006.

Director of Graduate Studies, School (later College) of Criminology and
    Criminal Justice, April 2004 to May 2011.


PUBLIC SERVICE

Television, radio, newspaper, magazine, and Internet interviews concerning
    gun control, racial bias in sentencing, crime statistics, and the death
    penalty. Interviews and other kinds of news media contacts include
    Newsweek, Time, U.S. News and World Report, New York Times,
    Washington Post, Chicago Tribune, Los Angeles Times, USA Today,
    Boston Globe, Wall Street Journal, Kansas City Star, Philadelphia
    Inquirer, Philadelphia News, Atlanta Constitution, Atlanta Journal,
    Arizona Republican, San Antonio Express-News, Dallas Morning News,
    Miami Herald, Tampa Tribune, Jacksonville Times-Union, Womens' Day,
        Harper's Bazaar, Playboy, CBS-TV (60 Minutes; Street Stories)
    ABC-TV (World News Tonight; Nightline), NBC-TV (Nightly News),
    Cable News Network, Canadian Broadcasting Company, National Public
    Radio,  Huffington Post, PolitiFact.com, and many others.

Resource person, Subcommittee on Crime and Justice, (Florida House)
    Speaker's Advisory Committee on the Future, February 6-7, 1986,
    Florida State Capitol.

Testimony before the U.S. Congress, House Select Committee on Children,
    Youth and Families, June 15, 1989.

Discussant, National Research Council/National Academy of Sciences
    Symposium on the Understanding and Control of Violent Behavior, April
    1-4, 1990, Destin, Florida.

Colloquium on manipulation of statistics relevant to public policy, Statistics
    Department, Florida State University, October, 1992.

Speech to faculty, students, and alumni at Silver Anniversary of Northeastern
    University College of Criminal Justice, May 15, 1993.

Speech to faculty and students at Department of Sociology, University of New
    Mexico, October, 1993.

Speech on the impact of gun control laws, annual meetings of the Justice
Research and Statistics Association, October, 1993, Albuquerque, New
Mexico.

Testimony before the Hawaii House Judiciary Committee, Honolulu, Hawaii,
March 12, 1994.

Briefing of the National Executive Institute, FBI Academy, Quantico, Virginia,
March 18, 1994.

Delivered the annual Nettler Lecture at the University of Alberta, Edmonton,
Canada, March 21, 1994.

Member, Drugs-Violence Task Force, U.S. Sentencing Commission, 1994-1996.

Testimony before the Pennsylvania Senate Select Committee to Investigate the
Use of Automatic and Semiautomatic Firearms, Pittsburgh,
Pennsylvania, August 16, 1994.

Delivered lectures in the annual Provost's Lecture Series, Bloomsburg
University, Bloomsburg, Pa., September 19, 1994.

Briefing of the National Executive Institute, FBI Academy, Quantico, Virginia,
June 29, 1995.

Speech to personnel in research branches of crime-related State of Florida
agencies, Research and Statistics Conference, sponsored by the Office of
the State Courts Administrator, October 19, 1995.

Speech to the Third Annual Legislative Workshop, sponsored by the James
Madison Institute and the Foundation for Florida's Future, February 5,
1998.

Speech at the Florida Department of Law Enforcement on the state's criminal
justice research agenda, December, 1998.

Briefing on news media coverage of guns and violence issues, to the Criminal
Justice Journalists organization, at the American Society of Criminology
annual meetings in Washington, D.C., November 12, 1998.

Briefing on gun control strategies to the Rand Corporation conference on
"Effective Strategies for Reducing Gun Violence," Santa Monica, Calif.,
January 21, 2000.

Speech on deterrence to the faculty of the Florida State University School of
Law, February 10, 2000.

A. 256

Invited address on links between guns and violence to the National Research Council Committee on Improving Research Information and Data on Firearms, November 15-16, 2001, Irvine, California.

Invited address on research on guns and self-defense to the National Research Council Committee on Improving Research Information and Data on Firearms, January 15-16, 2001, Washington, D.C.

Invited address on gun control, Northern Illinois University, April 19, 2002.

Invited address to the faculty of the School of Public Health, University of Alabama, Birmingham, 2004.

Invited address to the faculty of the School of Public Health, University of Pennsylvania, March 5, 2004.

Member of Justice Quarterly Editor Selection Committee, Academy of Criminal Justice Sciences, Spring 2007

Testified before the Gubernatorial Task Force for University Campus Safety, Tallahassee, Florida, May 3, 2007.

Gave public address, "Guns & Violence: Good Guys vs. Bad Guys," Western Carolina University, Cullowhee, North Carolina, March 5, 2012.

Invited panelist, Fordham Law School Symposium, "Gun Control and the Second Amendment," New York City, March 9, 2012.

Invited panelist, community forum on "Students, Safety & the Second Amendment," sponsored by the Tallahassee Democrat.

Invited address at University of West Florida, Department of Justice Studies, titled "Guns, Self-Defense, and the Public Interest," April 12, 2013.

Member of the Institute of Medicine/National Research Council Committee on Priorities for a Public Health Research Agenda to Reduce the Threat of Firearm-Related Violence, 2013.

OTHER ITEMS
Listed in:
    Marquis Who's Who, 2009
    Marquis Who's Who in the South and Southwest, 25th edition
    Who's Who of Emerging Leaders in America, 1st edition
    Contemporary Authors
    Directory of American Scholars, 10th edition, 2002
    Writer's Directory, 20th edition, 2004.

Participant in First National Workshop on the National Crime Survey, College
  Park, Maryland, July, 1987, co-sponsored by the Bureau of Justice
  Statistics and the American Statistical Association.

Participant in Second National Workshop on the National Crime Survey,
  Washington, D.C., July, 1988.

Participant, Seton Hall Law School Conference on Gun Control, March 3, 1989.

Debater in Intelligence Squared program, on the proposition "Guns Reduce
  Crime." Rockefeller University, New York City, October 28, 2008.
  Podcast distributed through National Public Radio. Further details are
  available at http://www.intelligencesquaredus.org/Event.aspx?Event=36.

Subject of cover story, "America Armed," in <u>Florida State University Research
  in Review</u>, Winter/Spring 2009.

Grants reviewer, Social Sciences and Humanities Research Council of Canada,
  2010.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ARIE S. FRIEDMAN, M.D. and | ) | |
| the Illinois State Rifle Association | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No: 13-cv-9073 |
| v. | ) | |
| | ) | Hon. John W. Darrah |
| | ) | |
| CITY OF HIGHLAND PARK, | ) | |
| | ) | |
| Defendant. | ) | |

## SUPPLEMENTAL AFFIDAVIT OF GARY KLECK

If sworn as a witness, I could competently testify to the following:

1.    Highland Park has asserted that "[a]ssault weapons are used in a disproportionately high number of shootings of law enforcement officers. For example, although assault weapons represented somewhere between 1 and 8% of guns used in crime in 1994, they accounted for 16% of gun murders of police officers."

2.    Highland Park relies on extremely unrepresentative statistics to support this point. It relies on a report by Roth and Koper (1997), which presented annual figures on officers killed for the period 1992-1996. It should first be noted that this period as a whole was unrepresentative of U.S. history, or recent U.S. history, in that killings of police officers were extraordinarily frequent, averaging 62.4 firearm killings of police officers per year (FBI 1997, p. 14), compared to an annual average for the most recent 10-year period for which data are available, 2003-2012, of 49.3 (FBI 2013).  Even within this period, Highland Park chose to cite data pertaining to the most extreme year for gun killings of police officers, 1994, in which an unprecedented 76 officers

1

were killed with guns (Roth and Koper 1997, p. 98). By comparison, in the most recent year for which data are available, 2012, there were just 44 gun killings of officers.

3.     More specifically relevant to Highland Park's claim, 1994 was also unrepresentative of the 1992-1996 period with regard to the share of gun murders involving so-called "assault weapons" (AWs). In 1994, 12% of killings of police officers were (according to Roth and Koper) known to have involved these weapons, compared to just 5.5% of those occurring in the rest of the period studied by Koper and Roth (1997, p. 95). By citing this data from this unique and unrepresentative year, Highland Park more than doubled the apparent AW share of police killings.

4.     The AW share that Highland Park cites, however, is not 12% but an even higher 16%. The 16% figure is based on a possibly unrepresentative subsample of just 58 police gun killings rather than the total of 76 such murders. Roth and Koper classified nine of these killings as AW killings, and nine out of 58 is indeed 16%. The problem with this computation is that it assumes that homicides in which the details of the firearms used by assailants were recorded by police are representative of all gun killings of officers. This only makes sense if one assumes that in 1994, a year of intense public attention to the use of AWs, police were no more likely to record details identifying a murder weapon as an AW than they were to record details about other types of firearms, types subject to much less public and media scrutiny. If, as is more plausible, police made sure to record details identifying a murder weapon as an AW in every, or nearly every incident in which one was used, it is quite possible that there were in fact only nine AW-involved killings of police officers, and that all of the remaining 67 gun killings of officers involved non-AW weapons. Under this assumption, the correct AW share, even for the unrepresentative year of

2

A. 260

1994, was 12%, i.e. nine out of 76 gun killings of officers, not 16% (nine of 58).  For the rest of the 1992-1996 period, this share was 5.5%.

5.      Alternatively, we could accept, for argument's sake, the dubious assumption underlying the Roth and Koper computations, and assume that incidents in which details of the homicide guns were sufficient to determine whether they were AWs were indeed representative of all incidents in which guns were used to kill police officers.  This assumption justifies computing the AW share based only on the incidents for which police recorded sufficient detail on the guns.  For the period 1993-1996, excluding the deviant year of 1994, there were 146 killings with such detail, of which 11 were classified by Roth and Koper as AW-involved, or 7.5% (computed from Koper and Roth 1997, p. 98).

6.      If 5.5% is the more meaningful and representative estimate of the AW share of firearm killings of law enforcement officers, this contradicts Highland Park's claim that "assault weapons are used in a disproportionately high number of shootings of law enforcement officers," since they claim that 1-8% of all gun crimes involve AWs.  Given that 5.5% falls squarely within this range, the data do not support the claim – the AW share of gun killings of police officers appears to be no greater than the AW share of gun crime in general.  Alternatively, even if we use the more dubious 7.5% figure, the still does not support its claim, since 7.5% also falls in the 1-8% range applying to gun crime in general.  In sum, the only reason the data appear to support Highland Park's claim is because it relied on data pertaining to the unique, and uniquely unrepresentative, year of 1994.  Without that one deviant year, its case collapses.

7.      It is worth noting what more recent data would imply regarding the risk of police officers being killed with an AW.  The most recent year for which the relevant data are available is 2012, a year in which a total of 44 law enforcement officers were killed with firearms in the

A. 261

U.S. (FBI 2013). Applying the 5.5% estimate of the AW share, we can estimate that in the entire U.S. there were probably about *two* felonious killings of law enforcement officers with AWs in 2012. While even a single murder of a police officer is one too many, it is scarcely credible to imply that AWs are a significant threat to the safety of American law enforcement personnel.

8.    Highland Park has asserted that "[i]n police involved shootings the number of shots fired is statistically very low - less than four rounds expended so the ammunition capacity of a standard revolver (6 cartridges) would satisfy one's self defense needs most of the time and a semi-automatic pistol with a 10 round capacity magazine even more so."

9.    It is commendable that Highland Park has conceded that incidents of gun violence rarely involve large numbers of rounds being fired, as this confirms the Plaintiffs' position that limits on magazine capacity are unlikely to prevent deaths or injuries because it is so unusual that large numbers of rounds are fired in shooting incidents. However, Highland Park's mistake in this connection is in limiting this claim to shootings by police officers. It is true about shooting incidents in general regardless of who is doing the shooting.

10.    Highland Park, however, draws a *non sequitur* conclusion from this fact. They describe only the *average* number of rounds, without acknowledging the occurrence of police shootings in which the number of rounds fired exceeds, sometimes by a considerable margin, this average. If a police officer, or civilian for that matter, found himself in a situation that required more than 10 rounds to be fired in order to preserve his bodily safety or that of others, it would scarcely be reassuring for him to be told that his situation was out of the statistical norm and thus of no consequence.

11.    It is clear that police shootings with large numbers of rounds fired, while fairly unusual, *have* occurred in the past – a fact that Highland Park does not deny. Of course, it is an

4

arithmetic axiom that if the average number of rounds fired in police shootings were four, some incidents involved more than four, just as others involved fewer than four. In any case, actual shootings have involved officers firing far more than ten rounds. For example, following a bank robbery in North Hollywood, CA on February 28, 1997, police officers fired 650 rounds at the heavily armed suspects, who themselves had fired 1,101 rounds (Clinton, 2011). Likewise, a stakeout of robbery suspects by FBI agents on April 11, 1986 in Miami resulted in seven agents firing approximately 96 rounds – an average of about 14 rounds per agent (Federal Bureau of Investigation 1986). Previously, a famous shooting involving members of the Symbionese Liberation Army in the Los Angeles area on May 16, 1974 resulted in "several thousand" rounds being fired by police (Wikipedia, "Symbionese Liberation Army" article, accessed July 8, 2014).

12.    These spectacular cases are admittedly extreme, but there is also evidence of more frequent shooting incidents in which more than 10 rounds were fired. Data on shootings by officers of the New York Police Department during 2012 (the most recent year available), indicate that 13% of shootings involved more than 10 rounds being fired per officer (New York City Police Department 2014). Thus, defensive uses of firearms by police officers quite commonly involve more rounds being fired than can be held by magazines permitted under the Highland Park ordinance.

13.    If the marksmanship of civilians who defend themselves with firearms is less than that of police officers, one would expect that civilians would, on average, need a larger number of rounds to effectively defend themselves than police officers. Consequently, one would expect that the share of incidents of civilian self-defense with a gun in which over 10 rounds were fired would be even higher than the share of police defensive uses that involved over 10 rounds being fired. That is, one would expect that *over* 13% of civilian defensive gun uses would involve that many

rounds fired, if the NYPD experience is typical with regard to the number of times police fire when they discharge their firearms.

I declare under the penalty of perjury that the foregoing is true and correct.

July _18___. 2014.

_Gary Kleck_
Gary Kleck

A. 264

## References

Clinton, Paul. 2011.  5 Gunfights That Changed Law Enforcement.  Police: The Law
     Enforcement Magazine, May 4, 2011.

Federal Bureau of Investigation. 1986.  Shooting Incident 4/11/86 Miami, FL.  Available
     online at http://www.webcitation.org/5gcuig4Jd.  Accessed July 8,  2014.

Federal Bureau of Investigation. 1997.  Law Enforcement Officers Killed and Assaulted 1996.
     Available online at http://www.fbi.gov/about-us/cjis/ucr/leoka/1996/leoka96.pdf.
     Accessed July 8, 2014.

Federal Bureau of Investigation. 2013.  Law Enforcement Officers Killed and Assaulted 2012.
     Available online at http://www.fbi.gov/about-us/cjis/ucr/leoka/2012.  Accessed July 8,
     2014.

New York City Police Department. 2014.  2012 Annual Firearms Discharge Report.
     Available online at
     http://www.nyc.gov/html/nypd/html/analysis_and_planning/reports.shtml, accessed July
     9, 2014.

Roth, Jeffrey A., and Christopher S. Koper. 1997. Impact Evaluation of the Public Safety and
     Recreational Firearms Use Protection Act of 1994: Final Report.  Washington, D.C.:
     Urban Institute.

A. 265