# Exhibit A

# DAVID A. LOMBARDO

1113 S. Raven Road; Shorewood, Illinois 60431-9165 U.S.A.
Tel: 815-741-3474; Fax: 815-741-3479; Email: dlombardo@saferusa.com

**EDUCATION**

University of Illinois; Urbana, IL

| | |
|---|---|
| Jan 77 – Jan 79 | Coursework completed for Ph.D. Department of Educational Psychology |
| Jan 74 – Jan 77 | M.Ed. Vocational/Technical Education. Emphasis on curriculum design/development |
| Jun 72 – Jan 74 | BS Industrial Education Emphasis on aviation flight & maintenance training |
| Jan 70 – Jun 72 | Institute of Aviation graduate Professional Pilot and Aircraft Maintenance Curricula |

**Additional Training**

| | |
|---|---|
| Apr 27, 2011 | The Bulletproof Mind (7 hrs) – LTC David Grossman. Tri-River Police Training Region. |
| Apr 10, 2011 | Armed Citizens' Rules of Engagement (20 hrs). Massad Ayoob |
| Feb 23, 2011 | Firearms Training Course: Revolver, Semi-automatic, rifle & shotgun. Illinois Dept of Financial & Professional Regulation. |
| Nov 19, 2010 | Law Enforcement Handgun Instructor School (48 hrs). NRA Law Enforcement Division. |
| Jul 20, 2006 | Underwater Egress Training (8 hrs). Stark Survival Training. |
| Jul 19, 2006 | Open Water Survival Training(12 hrs). Stark Survival Training. |
| Feb 14, 2001 | NBAA 10th Annual Corporate Aviation Leadership Conference. "Your Most Important Asset? People!" Embry-Riddle Aeronautical University Executive Management Institute. Anaheim, CA. |
| Jul 19, 2000 | Strategic Management for Aviation Services. Kellogg Graduate School of Management, Transportation Center, Northwestern University; Evanston, IL |
| Feb 29, 2000 | Glock Armorer's Course (8 hrs). Glock Firearms. |
| Jul 11, 1999 | Advanced Handgun Skills(24 hrs) Massad Ayoob Lethal Force Institute |
| May 15, 1999 | Hazardous Materials Awareness Course (8 hrs). Illinois Emergency Management Agency. |
| Mar 10, 1998 | Verbal Judo (8 hrs). Northeast Multi-Regional Law Enforcement Training. |
| Dec 16, 1997 | Edged Weapons Defense Training (8 hrs). Tri-River Police Training Region. |
| Nov 23, 1996 | Use of Force Protocol Training (24 hrs). Will County Sheriff's Department |
| Apr 13, 1996 | Part time/Reserve Basic Law Enforcement Training (250 hrs). Tri-River Police Training Region. |
| Jul 2, 1994 | Mandatory 40-hour Firearms Training. State of Illinois Law Enforcement Officers Training Board. |

**NRA COURSES I TEACH**

Basic Pistol
Basic Rifle
Basic Shotgun
Home Firearm Safety



EXHIBIT

*A*

A 38

Personal Protection in the Home
Personal Protection outside the Home
Chief Range Safety Officer
Range Safety Officer
Metallic Cartridge Reloading
Shotgun Shell Reloading
Refuse To Be A Victim
Basic Instructor Training
Instructor courses for all of the above

**OTHER COURSES I TEACH**

State of Illinois 40-hour Armed Security program
Home Protection & Concealed Carry Seminar
Winchester Marksmanship Qualification Program: Handgun
Winchester Marksmanship Qualification Program: Rifle
Chicago Firearm Certification
Utah Concealed Carry
Florida Concealed Carry
Concealed Carry (practical)
Long Range Rifle
Tactical Pistol
Basic Practical Ballistics

**FIREARMS INSTRUCTOR CERTIFICATION & QUALIFICATION**

U.S. Army Marksman (Rifle)
NRA Marksmanship Qualification: Distinguished Expert Handgun
Illinois Certified Firearms Instructor
NRA Law Enforcement Instructor (Handgun)
Utah Concealed Carry Instructor
NRA Training Counselor/Instructor
Chief Range Safety Officer
NRA Regional Counselor - Refuse To Be A Victim program
Chicago Firearm Certification Instructor
Tactical Pistol instructor
Illinois Hunter Safety Master Instructor (6/00 - 6/05)

Aurora Sportmen's Club (Waterman, IL); 1400 member, 255 acre shooting club

10/11 - present    President
9/11 - 10/11       Vice President
1/10 - 9/11        Board of Directors

National Rifle Association (Endowment Life member).
NRA Recruiter

Wood County, Ohio Sheriff's Auxiliary, Special Deputy (6/90 - 8/91)

1/22/91 - FBI Domestic Counter-Terrorism Briefing. (4 hrs)
4/13/91 - Ohio Peace Officer Asc Seminar: Control Non-Violent Crowds,
    Confronting Hostile Crowds & Riot Formations. (4 hrs)
6/3-8/91 USAF/USCG Inland Search & Rescue School. Madison, WI. (40 hrs)
6/25-27/91 - Review, briefing and evaluation of US Army ROTC Leadership
Assessment Program. Fort Knox, KY. (45 hrs)
7/13/91 - Hazardous Materials Awareness Level. Ohio Fire Academy & Haz Mat
Bureau. Bowling Green, OH. (6 hrs)

A. 39

Will County Sheriff's Department Auxiliary Deputy

**Leadership**
8/03-11/11  Sergeant & Executive Board member
5/97-11/11  Background investigations
4/93-11/11  Auxiliary Deputy

**Training**
12/10/05 – CDP/AED refresher training (4.0 hrs)
01/29/04 – Tactical training (simunition) (4.0 hrs)
01/27/04 – Use of deadly force and floor fighting (4.0 hrs)
04/15/03 – Hazmat refresher (1.0 hr)
03/22/03 – Tactical firearms – Use of shield and move-and-shoot (4.0 hrs)
03/22/03 – Active Shooter Immediate Action Rapid Deployment (4.0 hrs).
02/20/03 – CPR & AED recertification (8.0 hrs)
05/17/02 – Mgmt of Incidents Involving Subjects w/Mental Illness(2.0 hr).
05/14/02 – Hazardous Materials Awareness Refresher Training (4.0 hr).
05/14/02 – Clandestine Laboratory Awareness (3.0 hrs).
03/12/02 – Active Shooter Immediate Action Rapid Deployment (6.0 hrs).
01/17/02 – Building Searches (5.0 hrs).
01/15/02 – Building Searches (4.0 hrs).
11/17/01 – Use of force refresher & night shooting (8.0 hrs).
10/16/01 – Tactical Firearms Training: pistol & shotgun (2.0 hr).
09/20/01 – Strategies & Tactics of Patrol Stops (S.T.O.P.S.) (8.0 hr).
04/26/01 – Sexual, Ethnic, Racial or Religious Harassment (2.0 hr).
04/24/01 – Hazardous Materials Awareness Refresher Training (4.0 hr).
08/24/00 – Ethics and Policing (2.0 hr).
08/22/00 – Hazardous Materials Awareness Refresher Training (4.0 hr).
08/22/00 – Sexual, Ethnic, Racial or Religious Harassment (2.0 hr).
07/14/00 – Automated External Defibrillator certification (3.0 hrs)
04/18/00 – Gang Awareness Training (1.5 hrs)
02/21/00 – CPR Recertification (3.0 hrs)
01/18/00 – Managing Force Escalation (0.75 hr)
11/07/99 – Tactical Firearms (8.0 hr)
05/15/99 – Hazardous Materials Awareness Course (29CFR 1910.120) for
            Hazardous Waste Operations & Emergency Response Trng (8.0 hr).
05/01/99 – Sexual, Ethnic, Racial or Religious Harassment (2.0 hr).
05/01/99 – Blood-borne Pathogens (1.0 hr).
05/01/99 – Police Ethics (1.0 hr).
10/03/98 – Motor Vehicle Pursuit, Emergency/High Speed Response Driving, &
            Pursuit Termination Devices (3.0 hrs)
03/10/98 – Verbal Judo; North East Multi-Regional Training, Inc. (8.0 hrs)
12/16/97 – PPCT Edged Weapons Defense Training; Flores & Associates Law
            Enforcement & Security Training Consultants (8.0 hr)
05/20/97 – AIDS Awareness/Prevention for Emer Svc Personnel (0.5 hr)
04/15/97 – Severe Weather Spotter certification – Will County Emergency
            Management (1.0 hr)
02/18/97 – Use of Seat Belts and Crash Survival (0.5 hr)
02/18/97 – Protection: Filipino-style Knife Tactics (0.5 hrs)
01/21/97 – Disguised & Street Weapons (0.5 hrs)
11/23/96 – Use of Force Protocol Training (24 hrs)
05/04/96 – ASP Baton certification (8 hrs)
04/13/96 – Tri-River Police Training: 250 Hr Part-Time/Reserve Law
            Enforcement Training (Scholastic Standing – 3rd Place 95.5%)
06/20/95 – Oleoresin Capsicum certification (2 hrs)
02/21/95 – Gang Awareness training (1 hr)
08/14/94 – Building Search training exercise (16 hrs)

04/05/93 – Firearm Qualification Course (40 hrs)

**Howell Shooting Club**

| | | |
|---|---|---|
| 6/11 – | Exec Director 13th | Clyde Howell NRA Youth Shooting Sports Camp |
| 6/10 – | Director 12th | Clyde Howell NRA Youth Shooting Sports Camp |
| 6/09 – | Director 11th | Clyde Howell NRA Youth Shooting Sports Camp |
| 6/08 – | Director 10th | Clyde Howell NRA Youth Shooting Sports Camp |
| 6/07 – | Director 9th | Clyde Howell NRA Youth Shooting Sports Camp |
| 6/06 – | Director 8th | Clyde Howell NRA Youth Shooting Sports Camp |
| 6/05 – | Director 7th | Clyde Howell NRA Youth Shooting Sports Camp |
| 6/04 – | Director 6th | Clyde Howell NRA Youth Shooting Sports Camp |

01/14-18/04 Chicagoland Outdoor Show Air Rifle Range (772 shooters: 576 males, 196 females including 510 males under 18 and 127 females under 18)

11/03 –    President & member of the Board of Directors. Developed new Constitution, By-laws and Operating Rules for the organization.

5/03 – Ombudsman & Security 5th Clyde Howell NRA Youth Shooting Sports Camp (88 students).

11/02 – 11/03 Vice president & member of the Board of Directors, Membership Chairman, develop by-laws and organizational chart for Youth Shooting Camp. Organize and staff promotional booth at numerous trade shows.

8/02 – 11/02 Range Safety Office & member of the Board of Directors

5/02 – Security 4th Clyde Howell NRA Youth Shooting Sports Camp (75 students).

6/01 – Intern Coordinator 3rd Clyde Howell NRA Youth Shooting Sports Camp (74 students).

7/21-22/00 – Illinois Valley Woodland Expo, Oglesby, IL. Trained 17 adults and 33 youth using the FATS Hunter Interactive Training Simulator for 12-gauge shotgun.

6/00 – Pistol Instructor & Registrar 2nd Clyde Howell NRA Youth Shooting Sports Camp (58 students).

6/99 – Pistol Instructor 1st Annual Clyde Howell NRA Youth Shooting Sports Camp (50 students)

**EMPLOYMENT**

Sep 12 –    On Target Radio – AM560 WIND
**Executive Producer & Host.** A weekly (Sunday 9:00 – 10:00 p.m.) live radio talk show covering Second Amendment, firearms, hunting and personal protection issues with in-studio guests. Over 10,000 broadcast listeners and several thousand more Internet live stream listeners and podcast download listeners worldwide.

Oct 06 –    SAFER USA; Shorewood, IL

**Founder, President & NRA Training Counselor/Instructor:** Firearm safety education school. SAFER USA's ten NRA certified instructors offer over 35 different courses and has taught over 4500 students. SAFER USA has also provided consulting on various law enforcement and military contract research projects helping to design safety protocols and supplying firearms, ammunition, marksmanship and range safety services.

**Oct 09 -**          **SAFER USA Outreach Fund, NFP;** Shorewood, IL
**Founder, President.** An IRS 501C3 not for profit educational foundation with a three part mission. First: To provide firearm safety training and second amendment education to non-traditional shooters (women, youth, minorities and persons with disabilities). Our Clyde Howell NRA Youth Shooting Sports Camp, now in its 13th year, has trained over a thousand youth ages 10 to 16. Second: To offer post secondary school academic scholarships to individuals with a demonstrated history of support and involvement in the shooting sports. Third: To provide basic and tactical training to law enforcement agencies that lack the budget to provide their own training.

**Sep 00 – Present**          **Aviation International News;** Midland Park, NJ
**Senior Editor:** Features and news. AINtv: Producer/news anchor/reporter. Write features and news for monthly Aviation International News (cover Asian market and write columns: Hot Section News and Hot Section Profile); Write monthly industry blog; Business Jet Traveler (write column Safety Matters and occasionally Getaways column), Convention News issues, weekly online column AINmxReports, and produce/anchor AINtv news broadcasts from the world's major air shows: Paris, Farnborough, Dubai, Singapore, Geneva, etc. Over 1500 articles published. Over 1.5 million airline miles covering stories and six time runner-up for the International Aerospace Journalist of the Year award.

**May 93 – Sep 00    Self-employed Journalist, Writer, Actor, and Speaker**
**WRITER:** Midwest Correspondent – Aviation International News, Contributing editor – Aviation Maintenance Magazine and Rotor&Wing magazine, and frequent contributor to numerous international publications, newsletter articles, and research publications. Developed numerous grant proposals, speech writing and promotional materials. **AUTHOR:** Aircraft Systems - Understanding Your Airplane; Aircraft Systems (Spanish version); Aircraft Systems (Chinese version); Advanced Aircraft Systems; Aerospace Facts & Figures – 1999 – 2000; and Vertical Flight Training: Alternative Training Systems. **ACTOR:** Numerous independent films, television productions, commercials, and industrial films. Over 40 years acting experience in community and regional theaters. **SPEAKER:** Over 6,000 hours of motivational speaking and seminars. Established reputation for an informal, humorous style.  As a contract speaker I have traveled all over North America and spoken to groups ranging in size from a few, to as large as 20,000 (appx 120 seminars).

**Sep 81 – Sep 00    Lombardo & Associates**
International aviation consultant: Flight, maintenance and simulation training program development and prudent pilot expert witness.  Taught over 200 aviation safety seminars and flight instructor refresher clinics. Clients have included the Departments of Transportation for the states of Illinois, Louisiana, Ohio, Mississippi, Michigan, Wisconsin and Missouri; the Civil Air Patrol; EAA AirVenture '03 Oshkosh, The 99's; Federal Aviation Administration, NASA, numerous colleges, universities and aviation organizations, and domestic and international corporations.

**Jan 95 – Jun 95    "Five By Five" – WAUR AM 930**
Host and Programming Director of live, aviation call-in radio program.  Develop programming and conduct live interviews.  Broadcast coverage area included most of the Greater Chicago Metro area.

**Aug 91 – May 93    Lewis University; Romeoville, IL**
Associate Dean of Aviation and Associate Professor, Division of Aviation. Responsible for all aviation budgets, strategic planning, resource management, 540+ students, 25+ faculty/staff members, FAR 141 and 147 schools, and all programming for 11 academic majors in Aviation Maintenance Management, Aviation Administration and Aviation Flight Management.  Facility management of three academic buildings and coordination of $2.25 M new facility project planning.

**Aug 88 –    Aug 91    Bowling Green State Univ.; Bowling Green, OH**
Assistant Professor, Aerotechnology Program, Dept of Tech Systems. Promoted May 1991: Director, Division of Aviation Studies.  Teach primary and advanced lecture and flight courses. Coordinate all facets of Aerotechnology program: flight, maintenance and management.  Extensive curriculum, program and facility development.  Airport facility management including extensive space reclamation, development and reorganization. Advisor Alpha Eta Rho professional aviation fraternity- increased active membership 400+%. Seek and write grant proposals; received $30,000 research grant. Lay foundation for interdisciplinary human factor aviation research program. Member graduate faculty, advisor to 120 undergraduate and graduate students.  Administer $400,000+ budget and 20+ employees.  Major research interest: flight simulation.

**Mar 85 – Aug 88    Frasca International; Champaign, IL**
Director of Training: International consultant on effective use of simulators in flight training, research, pilot selection, and training program development. Conduct domestic and offshore training for numerous international organizations. Editor and feature writer Simulation Newsletter. Other responsibilities include: internal human factors design consultant, marketing, advertising, civilian and government proposal writing, and technical documentation.  Produce and direct promotional video programming.  Supervise 3 employees.  Work with numerous outside contractors, and high-ranking international government, corporate, airline and military personnel. Set up and staff numerous trade shows.

**Sep 82 – Mar 85    Louisiana Tech University; Ruston, LA**
Assistant Professor, Department of Professional Aviation – taught courses in aerodynamics, multiengine theory, Boeing 727 flight engineer theory, instrument flight instructor, and airline transport pilot. Maintenance supervisor of 13 aircraft. Developed and taught career development and job search seminars (appx 10 taught). Part 141 Phase check pilot. Faculty advisor Alpha Eta Rho professional aviation fraternity – increased membership 500+%. Advisor 2 other organizations. Supervise flight dispatch operation and 13 employees.  Conducted and published interdisciplinary research project in emergency aircraft lighting.

**Sep 81 – Jun 82    GAITS Teaching Seminars; Milwaukee, WI (Part time)**
Part time instructor teaching flight instructor refresher clinics.  Specialized in ed psych, safety and prudent pilot techniques, communication, and multiengine operations (appx 10 seminars taught).

**Jun 81 – Jun 82    Airmanship, Inc; Rockford, IL**
Director of Program Development: responsible for design and development of all written, audio, and visual aviation education programs and materials for a professional pilot refresher flight and simulation training programs.

Development of research/ reference library; working supervision of in-house
graphic arts, printing, photo lab, television studio and support staff.  Taught
appx 20 seminars.

**Mar 81 - May 81   U.S. Navy; Newport, RI**
Basic officer course

**Feb 80 - Mar 81   FlightSafety International, St. Louis, MO**
King Air Learning Center
King Air 200 and Beech C-12 simulator instructor for U.S. and international
flight crews. Design, develop, instruct classroom courses in FAA regulations,
air traffic control procedures, and flight safety. Developed research/reference
library.  Taught appx 125 seminars.

**Jun 79 - Feb 80   Mason Oil Company; Champaign, IL (Part time)**
Chief pilot and mechanic - Cessna 421.  Develop flight department & hire full
time crew.

**May 77 - Feb 80   Accelerated Ground Schools; Atlanta, GA (Part time)**
Chief instructor, CFI Refresher Clinic teaching team - responsible for
conducting and organizing clinics. Teaching specialty: regulations, educational
psychology, stress and physiology. Ground school instructor - private and
instrument courses. Taught appx 150 seminars.

**May 77 - Dec 79   McCollum Aviation; Danville, IL (Part time)**
Aircraft ferrying, demonstrations, delivery and checkouts.

**Apr 77 - Aug 79   University of Illinois; Urbana, IL (half-time)**
Career Development and Placement Office Assistant Director - Career Information.
Professional career counselor. Instructor - career education seminars (taught
appx 10 seminars). Developed computerized career/job search programs.

**Mar 76 - Apr 77   US Army Corps of Engineers; Champaign, IL (Half-time)**
Graduate research assistant - the effect of living, working and training
environment on job performance. Designed computer-assisted instructional
courseware.

**Sep 74 - Jun 75   York Community High School; Elmhurst, IL**
Teacher - Science Department. Taught aerospace education, private pilot,
meteorology, & introductory physical science.

**May 74 - Aug 79   University of Illinois; Urbana, IL  (Part time)**
Author PLATO computer-assisted instructional courseware.  Subject areas:
aviation weather, introduction to aerodynamics, and career information.

**Jun 73 - Aug 74   Consolidated Camera Centre; Champaign, IL (Part time)**
Chief pilot and store manager.  Supervised 5 employees.

**Sep 71 - Aug 74   Univ. of IL; Savoy, IL - Institute of Aviation (Half-time)**
Graduate research assistant and flight instructor - private and commercial.
Project:  Effects of simulation on transfer of learning to aircraft. Curriculum
design/evaluation specialist and research flight instructor.

**Sep 69 - Jan 70   United Air Lines; Chicago, IL**
Passenger Service Agent - O'Hare Airport.

**May 66 - May 69   U.S. Army Medical Corps**

Medical administration and medical year duty Vietnam. Instructor for two
rotations of basic training (Ft. Benning, GA).

**RESEARCH GRANTS**
Mar 89 - Aug 90   Ohio Board of Regents Research Challenge
Effectiveness of Computer-Based Flight Simulation.  $30,875 grant to study
transfer of training from personal computer-based flight simulation software to
a flight training device.

**OTHER GRANTS WRITTEN**
Dec 03      Howell Shooting Club 6th Annual Clyde Howell NRA Youth Shooting
Sports Camp. $10,500 programming grant from Friends of the NRA for equipment to
support the camp and a non-traditional shooter outreach program.

Apr 07      Howell Shooting Club 9th Annual Clyde Howell NRA Youth Shooting
Sports Camp. $3.100 Portable Air Rifle Range grant from Friends of the NRA for
equipment to support the camp and a non-traditional shooter outreach program.

Apr 07 Howell Shooting Club 9th Annual Clyde Howell NRA Youth Shooting Sports
Camp. $3,200 Advanced Handgun Training program grant from Friends of the NRA for
equipment to support the camp and a non-traditional shooter outreach program.

**PROFESSIONAL ACTIVITIES**
Apr 05      Professional Aviation Maintenance Association (PAMA) Board of
Directors

Jul 98      U.S. Government Accounting Office - Presentation on Personal
Computer-Aviation Training Devices (PCATD)

Nov 97      U.S. House of Representatives Subcommittee on Aviation - Testify on
PCATD flight hour credit for Instrument Rating - Airplane

May 94 -    May 95      University Aviation Association - Member: Technical
Evaluation Committee

Sep 92 -    Sep 93      University Aviation Association - National Organization
Treasurer & Chair, Finance Committee.

May 92 -    May 93      Aviation Aerospace Teacher Education Committee -
Illinois Department of Transportation.

Jan 92 -    May 93      Society of Automotive Engineers - Member: Simulation
Committee

Nov 91 -    May 93      Illinois Transportation Research Center. - Illinois
Department of Transportation - Executive Board & Research Committee

Nov 91 -                Public Works Committee, Shorewood, IL.

Sep 91 -    Sep 96      University Aviation Association - Member, Ab Initio
Pilot Training Committee

Apr 90 -    Sep 95      UAA/FAA Flight Training Device Task Force - Chair a 5-
year task force to formulate certification requirements & training allowances
and conduct supporting research for Level 1-3 Flight Training Devices.

A 45

Jan 90      Federal Aviation Administration Atlanta, GA - FAA's Industry Working
Committee on the Revision of AC 120-45A Airplane Flight Training Devices (FTD).
This on-going committee defined and classified FTDs. I was involved in the
relationship of generic FTDs to the goals of the document.

Mar 89      Federal Aviation Administration - Booz Allen Hamilton Study,
Washington, DC.  "Futures" Discussion Panel - To assist the FAA in a regulatory
review of Parts 61, 141, and 143 of the Federal Aviation Regulations.  Review of
issues related to technologies that will affect the pilot and flight instructor
in the future. Panel will provide data to assist FAA in re-writing the
regulations with emphasis on the use of emerging aviation technologies.

Feb 89      Federal Aviation Administration - Booz Allen Hamilton Study, Daytona
Beach, FL.  Multiengine flight instructor task analysis study to provide data to
assist the FAA in re-writing certification requirements for multiengine pilots
and flight instructors.

Oct 86 -   Oct 93      UAA Simulation Committee Chairman - Provide a presence,
resource, and source of advice and counsel for flight and ATC simulation within
the collegiate aviation community. Maintain a database of the extent of
simulation use.  Disseminate information on the use of simulation.  Provide a
forum for collegiate users, researchers, and suppliers to consider mutual
interests, needs, and capabilities in simulation.  Encourage and support
collegiate research and the effectiveness of simulation in the educational
process.  Represent collegiate aviation interests to industry, FAA and NASA.

Aug 85 - Sep 87   UAA Publications Committee - Provide medium for review &
publication of professional aviation research.  Foster research in aviation
education.

Dec 79 - present  Federal Aviation Administration - Aviation Safety Counselor:
Flight and Maintenance.  Assist in the initial development of the FAA
Airworthiness Accident Prevention Program.  Perform flight safety checks,
conduct safety clinics, attempt to correct and/or report safety hazards on or
about airports, serve as safety resource counselor to all interested pilots and
non-pilots.  Associated with FAA General Aviation District Offices in St. Louis,
MO; Decatur, IL; Chicago, IL; and Shreveport, LA.

## Organizational Affiliations - Present
**Organizational Affiliation - Past**
Association of Aviation Psychologists
Civil Air Patrol, Illinois Wing (rank of Captain) Wing Staff Ops Officer (1 yr);
        Commander: Group V (2 yrs); Ops & Safety Officer: Group IX (2 yrs)
Flying Illini, Inc (100 member non-profit flying club). President (7 years)
        increased membership 300%; Chief Flight Instructor (4 years); Mechanic (4
        years)
Greater St. Louis Flight Instructor Association.
        Board of Directors (1 year); Chief Instructor 1981
Human Factors Society
Illinois Pilot's Association. Charter member (5 yrs); Board of Directors (2 yrs)
City of Ruston, LA (Mayor Elton Pody)
        Economic Development Committee (2 yrs); Downtown Renovation Committee (1
        yr); Old Ford Complex Arts Center Renovation Comm (2 yrs); Hill Country
        Arts Council - Founding Director (1 yr)
Ruston Community Theater; Ruston, LA
        Board of Directors (1 yr); Resident Technical Director (2 yrs); Creative
        Director (1 yr)

HONORS

2010
Plaque of Appreciation – Director 2010 NRA Shooting Sports Camp Program

2009
**Finalist – Aerospace Journalist of the Year Award – Best Breaking News Submission. "As wolves circle."**
**Finalist – Aerospace journalist of the Year Award – Best Safety Submission. "Sleep apnea."**
Plaque of Appreciation – Director 2009 NRA Shooting Sports Camp Program

2008
Plaque of Appreciation – Director 2008 NRA Shooting Sports Camp Program

2007
**Finalist – Aerospace Journalist of the Year Award – Best General Aviation Submission. "Focus on fuel: From oilfield to airport."**
**Finalist – Aerospace Journalist of the Year Award – Best Business Aircraft Submission. "China leads Asia's Bizav Market."**
Plaque of Appreciation – Director 2007 NRA Shooting Sports Camp Program

2006
**Finalist – Aerospace Journalist of the Year Award – The Northrop Grumman Award for Best Breaking News Submission 2005.** "Katrina recovery efforts get a lift from business aviation"
**Finalist – Aerospace Journalist of the Year Award – The Airbus Award for Best Safety submission 2005.** "Fuel quality evaluation requires pilot vigilance."
Certificate of Appreciation – 2006 NRA Shooting Sports Camp Program
Plaque of Appreciation – Director 2006 NRA Shooting Sports Camp Program

2005
Plaque of Appreciation – Director 2005 NRA Shooting Sports Camp Program

2004
Plaque of Appreciation – Director 2004 NRA Shooting Sports Camp Program

2003
Cert of Appreciation for speaking at 2003 EAA AirVenture, Oshkosh, WI presented by the FAA Regional Administrator, Great Lakes Region.

2002
Certificate of Appreciation (shotgun instructor) – Women in the Outdoors Event.
NBAA Journalism Award for Oct '01 Aviation International News
Northrop Grumman Int'l Journalist of the Year – Breaking News (finalist)
Howell Shooting Club, Inc. Certificate of Appreciation – "For valuable contributions of time for the year 2001."
Cert of Apprec – Leadership & invaluable service – NRA Shooting Sports Camp
Cert of Apprec – sponsorship 4th annual Howell NRA Youth Shooting Sports Camp

2001
Will County Sheriff's Police Letter of appreciation for incident intervention.
Certificate of appreciation – 2001 NRA Youth Shooting Sports Camp.
City of Joliet Police Department – "Letter of appreciation for assistance as a Will County Deputy."
Howell Shooting Club, Inc. Certificate of Appreciation – "For valuable contributions of time for the year 2000."

**2000**
Certificate of Appreciation of Leadership – NRA Shooting Sports Camp Program

**1995**
Will County Sheriff's Police Appreciation Service Award

**1994**
Official Letter of Appreciation, Mgr, Flight Standards Div (AGL-200),FAA. Re:
Charles Taylor Master Mechanic Award Program.
Univ. of Illinois – Institute of Aviation Certificate of Appreciation. Re: 4th
Annual Alumni/Student Career Night.

**1993**
Accident Prevention Counselor's Premier Group 1992 - FAA DuPage Flight Standards
District Office

**1992**
Recognition of Appreciation, In School Explorer Career Awareness program,
Chicago Area Council BSA
Cert of Award, for the Advancement of Aviation Education Excellence.  Aviation
Management Society, Lewis Univ.

**1991**
Plaque of Appreciation, In School Explorer Career Awareness program, Chicago
Area Council BSA
Cert of Appreciation, Greater St. Louis CFI Association

**1990**
Nominee – Bowling Green State University/Undergraduate Alumni Assc Master
Teacher Award
Cert of Appreciation, Aerotechnology Program
Epsilon Pi Tau – Int'l Honorary Professional Frat for Education in Technology

**1989**
Aviation/Space Writers Assc 1989 Midwest Region Journalism Award of Excellence:
    Aircraft Systems: Understanding Your Airplane,
Bowling Green State University Aerotech Program – Instructor of the Year

**1988**
Bowling Green State University Authors & Artists Honoree
Who's Who in America – 45th Edition
St. Louis & Southern Illinois' 13th Annual Super Safety Seminar Lecturers Plaque
of Appreciation
Certificate of Appreciation Greater St. Louis CFI Association

**1987**
Illinois Dept Transportation Plaque of Appreciation – Outstanding Contribution
To Aviation Safety
Illinois Dept Transportation Certificate of Appreciation –FAA/State of Illinois
Super Safety Clinic

**1986**
Illinois Pilot's Association – Gateway Chapter Appreciation Award
Certificate of Appreciation, Greater St. Louis CFI Association

**1984**

Teaching Excellence Award – Department of Professional Aviation, Louisiana Tech University

**1981**
FAA Pilot Proficiency Award Phase IV
Plaque of Appreciation, Greater St. Louis CFI Association

**1980**
FAA Pilot Proficiency Award Phase III

**1979**
Arkansas Traveler Award – contributions to Ark aviation community

**1978**
Delta Flying Colonel Plaque

**1976**
Phi Delta Kappa – Honorary Professional Education Fraternity Certificate of Recognition.

**1975**
Chi Gamma Iota (Military Scholastic Achievement Fraternity) Certificate of Appreciation.

**1974**
Service Award – Flying Illini
Certificate of Appreciation – Flying Illini

**1972**
Certificate of Achievement – National Headquarters, Civil Air Patrol

**1968**
Certificate of Recognition – Society of First Infantry Div

**AVIATION EXPERIENCE & CERTIFICATION**

**Certificates and Ratings**
Airline Transport Pilot – multiengine land
Commercial Pilot – single engine land
Flight Instructor – single & multiengine land and instrument
Ground Instructor – Advanced & instrument
Airframe & Powerplant Mechanic
FAA Accident Prevention Counselor: Operations & Airworthiness

# Exhibit B



Smith & Wesson®

2014 PRODUCT CATALOG

EXHIBIT
B
tabbies



## M&P10

**NEW**

**MODEL: M&P10**
**OPTIC READY**
Product: 811306
18" Lightweight Barrel
.308 Win / 7.62x51
20 Rounds
Black Finish

- Ambidextrous Magazine Catch,
  Bolt Catch and Reversible.
- Ambidextrous Safety Selector
- Patented S&W Enhanced Flash Hider
- Gas Block with Integral
  Picatinny-Style Rail
- QD Sling Swivel Attachment
  Point (bottom of gas block)
- 5R Rifling
- MCR™ - Maximum Corrosion
  Resistant Barrel Finish
- 9310 Steel Bolt
- Chromed Firing Pin

**MODEL: M&P10**
**OPTIC READY COMPLIANT***
Product: 811312
18" Barrel
.308 Win / 7.62x51
5 Rounds
Camo Finish
*Compliant For Sale in MA, MD, NJ

- Ambidextrous Magazine Catch,
  Bolt Catch and Reversible.
- Ambidextrous Safety Selector
- Patented S&W Enhanced Flash Hider
- Gas Block with Integral
  Picatinny-Style Rail
- Magpul® MOE Rifle Stock
- QD Sling Swivel Attachment Point
  (bottom of gas block)
- 5R Rifling
- MCR™ - Maximum Corrosion
  Resistant Barrel Finish
- 9310 Steel Bolt
- Chromed Firing Pin

**MODEL: M&P10**
**OPTIC READY COMPLIANT***
Product: 811311
18" Lightweight Barrel
.308 Win / 7.62x51
10 Rounds
Black Finish
*Compliant For Sale in MD

- Ambidextrous Magazine Catch,
  Bolt Catch and Reversible.
- Ambidextrous Safety Selector
- Patented S&W Enhanced Flash Hider
- Gas Block with Integral
  Picatinny-Style Rail
- QD Sling Swivel Attachment
  Point (bottom of gas block)
- 5R Rifling
- MCR™ - Maximum Corrosion
  Resistant Barrel Finish
- 9310 Steel Bolt
- Chromed Firing Pin

**MODEL: M&P10**
**OPTIC READY COMPLIANT***
Product: 811310
18" Barrel
.308 Win / 7.62x51
10 Rounds
Black Finish
*Compliant For Sale in MA, MD, NJ

- Fixed Stock
- Ambidextrous Magazine Catch,
  Bolt Catch and Reversible.
- Ambidextrous Safety Selector
- Gas Block with Integral
  Picatinny-Style Rail
- QD Sling Swivel Attachment
  Point (bottom of gas block)
- 5R Rifling
- MCR™ - Maximum Corrosion
  Resistant Barrel Finish
- 9310 Steel Bolt
- Chromed Firing Pin

**MODEL: M&P10**
**OPTIC READY COMPLIANT***
Product: 811309
18" Lightweight Barrel
.308 Win / 7.62x51
10 Rounds
Black Finish
* Compliant For Sale in CA

- Fixed Magazine
- Bullet-Button®
- Ambidextrous Magazine Catch,
  Bolt Catch and Reversible
- Ambidextrous Safety Selector
- Patented, S&W Enhanced Flash
- Gas Block with Integral
  Picatinny-Style Rail
- QD Sling Swivel Attachment Point
  (bottom of gas block)
- 5R Rifling
- MCR™ - Maximum Corrosion
  Resistant Barrel Finish
- 9310 Steel Bolt
- Chromed Firing Pin

S&W Enhanced Flash Hider - Patent #6,418,803.  S&W Ambidextrous Bolt Catch - Patent #8,261,662

*Compliance subject to change.  Please check with your local dealer.

| | Model #<br>Prod/SKU | Caliber | Action | Capacity | Overall<br>Length | Stock | Sight Radius<br>Barrel Length | Barrel<br>Twist | Weight<br>Req Mag | Trigger<br>Pull | Upper &<br>Lower Material | Barrel<br>Material | Chrome-Lined<br>Components | Front Sight/<br>Rear Sight |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | M&P10<br>811306 | .308 Win<br>7.62x51 mm | Gas Operated<br>Semi Auto | 20 Rds | 40.9" Extd<br>37.6" Clipsed | 6 Position<br>CAR | –<br>18" | 1 in 10" | 7.71 lbs. | 6.15 lbs | 7075-T6<br>Aluminum | 4140<br>Steel | Gas Key, Bolt Carrier | – |
| B | M&P10<br>811312 | .308 Win<br>7.62x51 mm | Gas Operated<br>Semi Auto | 5 Rds | 37.5" Fixed | Magpul®<br>MOE Fixed | –<br>18" | 1 in 10" | 8.11 lbs. | 6.15 lbs | 7075-T6<br>Aluminum | 4140<br>Steel | Gas Key, Bolt Carrier | – |
| C | M&P10<br>811311 | .308 Win<br>7.62x51 mm | Gas Operated<br>Semi Auto | 10 Rds | 40.9" Extd<br>37.6" Clipsed | 6 Position<br>CAR | –<br>18" | 1 in 10" | 7.71 lbs. | 6.15 lbs | 7075-T6<br>Aluminum | 4140<br>Steel | Gas Key, Bolt Carrier | – |
| D | M&P10<br>811310 | .308 Win<br>7.62x51 mm | Gas Operated<br>Semi Auto | 10 Rds | 36.9" Fixed | Fixed | –<br>18" | 1 in 10" | 7.71 lbs. | 6.15 lbs | 7075-T6<br>Aluminum | 4140<br>Steel | Gas Key, Bolt Carrier | – |
| E | M&P10<br>811309 | .308 Win<br>7.62x51 mm | Gas Operated<br>Semi Auto | 10 Rds | 40.9" Extd<br>37.6" Clipsed | 6 Position<br>CAR | –<br>18" | 1 in 10" | 7.71 lbs. | 6.15 lbs | 7075-T6<br>Aluminum | 4140<br>Steel | Gas Key, Bolt Carrier | – |

16

# Exhibit C



2014 SHOT SHOW
FEATURED PRODUCTS

EXHIBIT
C



| MODEL R-15™

CENTERFIRE |

MODEL R-15 VTR PREDATOR
MAGPUL® MOE
COLLAPSIBLE STOCK

Available in .223 Remington (Order No. 60918, 16" barrel)
(Order No. 60019, 18" barrel)

## NOT YOUR GRANDAD'S HUNTING RIFLE.

The hair-splitting accuracy, blazing-fast followups and a hunt-specific features for securing your place at the top of the food chain. The **Model R-15™ VTR Predator Magpul® MOE (Collapsible Stock)** upgrades our apex predator platform with advanced Magpul technology. Like the Magpul Grip for max comfort and control, the "V"-shaped polymer Magpul trigger guard for use with gloves, and the 51 tooth AAC® Blackout Flash hider to reduce recoil. The **Model R-15 VTR Predator Rifle** has a 22" barrel, fixed stock and weighs a stabilizing 7 ¾ lbs. The **Model R-15 VTR Stainless Steel** uses our triangular fluted barrel in a 24" configuration that optimizes repeat-shot accuracy with less weight than traditional varmint-style designs. And the lightweight, hard-hitting **Model R-15** is an ever-reliable choice for piling up predators, packing the big-game dropping power of 450 Bushmaster chambering and decked in Mossy Oak® New Break-Up camo.

### MODEL R-15 VTR PREDATOR MAGPUL® MOE FEATURES

- AAC® 51 TOOTH BRAKEOUT MACHINED FROM HIGH STRENGTH AEROSPACE 17-4 STAINLESS STEEL ALLOY AND COATED IN A HARD, DURABLE, CORROSION-RESISTANT SCARMOR FINISH

- MAGPUL GRIP FEATURES REINFORCED POLYMER BODY CONSTRUCTION WITH COMFORTABLE, WRAP-AROUND RUBBER OVERMOLDING

- MAGPUL TRIGGER GUARD — ENHANCED POLYMER DROP IN REPLACEMENT, WITH SHALLOW "V" SHAPE

- DECKED IN FULL MOSSY OAK® BRUSH™ CAMO

- COMPETITION TWO STAGE TRIGGER

MODEL R-15 VTR PREDATOR
FIXED STOCK

Available in .223 Remington (Order No. 60001)

MODEL R-15 VTR
SS VARMINT

Available in .223 Remington (Order No. 60007)

MODEL R-15

(Scope and mount not included)
Available in 450 Bushmaster (Order No. 60102)

MORE MODELS AVAILABLE. See page 44 for model specifications.

17

# RIFLE SPECIFICATIONS

## MODEL SEVEN™ SYNTHETIC BOLT-ACTION

| ORDER NO. | CALIBER | MAG. CAPACITY | BARREL LENGTH | TWIST-R-H 1 TURN IN | OVERALL LENGTH | LENGTH OF PULL | DROP (COMB) | DROP (HEEL) | BARREL MATERIAL | BARREL FINISH | STOCK MATERIAL | STOCK FINISH | AVG. WT. (LBS.) | MSRP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 85910 | 223 Remington | 5 | 20" | 12" | 39 ¼" | 13 ⅜" | 1 ⅜" | 1 ⅜" | Carbon Steel | Matte Blue | Synthetic | Matte Black | 6 ½ | $731 |
| 85911 | 243 Win | 4 | 20" | 9 ⅛" | 39 ¼" | 13 ⅜" | 1 ⅜" | 1 ⅜" | Carbon Steel | Matte Blue | Synthetic | Matte Black | 6 ½ | $731 |
| 85912 | 260 Remington | 4 | 20" | 8" | 39 ¼" | 13 ⅜" | 1 ⅜" | 1 ⅜" | Carbon Steel | Matte Blue | Synthetic | Matte Black | 6 ½ | $731 |
| 85913 | 7mm-08 Remington | 4 | 20" | 9 ⅜" | 39 ¼" | 13 ⅜" | 1 ⅜" | 1 ⅜" | Carbon Steel | Matte Blue | Synthetic | Matte Black | 6 ½ | $731 |
| 85914 | 308 Win | 4 | 20" | 10" | 39 ¼" | 13 ⅜" | 1 ⅜" | 1 ⅜" | Carbon Steel | Matte Blue | Synthetic | Matte Black | 6 ½ | $731 |
| 85915 (Compact) | 243 Win | 4 | 18 ½" | 9 ⅜" | 36 ¼" | 12 ⅜" | 1 ⅜" | 1 ⅜" | Carbon Steel | Matte Blue | Synthetic | Matte Black | 6 ⅛ | $731 |
| 85916 (Compact) | 7mm-08 Remington | 4 | 18 ½" | 9 ⅜" | 36 ¼" | 12 ⅜" | 1 ⅜" | 1 ⅜" | Carbon Steel | Matte Blue | Synthetic | Matte Black | 6 ⅛ | $731 |

## MODEL 770™ BOLT-ACTION

| ORDER NO. | CALIBER | MAG. CAPACITY | BARREL LENGTH | TWIST-R-H 1 TURN IN | OVERALL LENGTH | LENGTH OF PULL | DROP (COMB) | DROP (HEEL) | BARREL MATERIAL | BARREL FINISH | STOCK MATERIAL | STOCK FINISH | AVG. WT. (LBS.) | MSRP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 85630 | 243 Win | 4 | 22" | 9 ⅛" | 41 ⅝" | 13 ⅜" | 1 ⅛" | 1 ⅝" | Carbon Steel | Matte Blue | Synthetic | Matte Black | 8 ⅛ | $383 |
| 85637 (Compact) | 243 Win | 4 | 20" | 9 ⅛" | 39 ⅝" | 12 ⅝" | | 1 ⅝" | Carbon Steel | Matte Blue | Synthetic | Matte Black | 8 ½ | $383 |
| 85632 | 270 Win | 4 | 22" | 10" | 42 ½" | 13 ⅜" | | 1 ⅝" | Carbon Steel | Matte Blue | Synthetic | Matte Black | 8 ½ | $383 |
| 85631 | 7mm-08 Remington | 4 | 22" | 9 ⅜" | 41 ⅝" | 13 ⅜" | | ⅝" | Carbon Steel | Matte Blue | Synthetic | Matte Black | 8 ½ | $383 |
| 85635 | 7mm Remington Mag | 3 | 24" | 9 ⅜" | 44 ½" | 13 ⅜" | | ⅝" | Carbon Steel | Matte Blue | Synthetic | Matte Black | 8 ½ | $383 |
| 85633 | 30-06 SPRG | 4 | 22" | 10" | 42 ½" | 13 ⅜" | | 1 ⅝" | Carbon Steel | Matte Blue | Synthetic | Matte Black | 8 ½ | $383 |
| 85636 | 300 Win Mag | 3 | 24" | 10" | 44 ½" | 13 ⅜" | | 1 ⅝" | Carbon Steel | Matte Blue | Synthetic | Matte Black | 8 ⅛ | $383 |
| 85634 | 308 Win | 4 | 22" | 10" | 41 ⅝" | 13 ⅜" | | 1 ⅝" | Carbon Steel | Matte Blue | Synthetic | Matte Black | 8 ½ | $383 |

1 Average weight includes scope

## MODEL 770™ STAINLESS BOLT-ACTION

| ORDER NO. | CALIBER | MAG. CAPACITY | BARREL LENGTH | TWIST-R-H 1 TURN IN | OVERALL LENGTH | LENGTH OF PULL | DROP (COMB) | DROP (HEEL) | BARREL MATERIAL | BARREL FINISH | STOCK MATERIAL | STOCK FINISH | AVG. WT. (LBS.) | MSRP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 85655 | 270 Win | 4 | 22" | 10" | 42 ½" | 13 ⅜" | 1 ⅛" | 1 ⅝" | 416 Stainless Steel | Matte Blue | Synthetic | Realtree® AP™ | 8 ½ | $467 |
| 85654 | 7mm Remington Mag | 3 | 24" | 9 ⅜" | 44 ½" | 13 ⅜" | 1 ⅛" | 1 ⅝" | 416 Stainless Steel | Matte Blue | Synthetic | Realtree® AP™ | 8 ½ | $467 |
| 85656 | 30-06 SFRG | 4 | 22" | 10" | 42 ⅛" | 13 ⅜" | 1 ⅛" | 1 ⅝" | 416 Stainless Steel | Matte Blue | Synthetic | Realtree® AP™ | 8 ½ | $467 |
| 85658 | 300 Win Mag | 3 | 24" | 10" | 44 ½" | 13 ⅜" | 1 ½" | 1 ⅝" | 416 Stainless Steel | Matte Blue | Synthetic | Realtree® AP™ | 8 ½ | $467 |

1 Average weight includes scope

## MODEL 7600™ PUMP-ACTION

| MODEL | ORDER NO. | CALIBER | MAG. CAPACITY | BARREL LENGTH | TWIST-R-H 1 TURN IN | OVERALL LENGTH | LENGTH OF PULL | DROP (COMB) | DROP (HEEL) | BARREL MATERIAL | BARREL FINISH | STOCK MATERIAL | STOCK FINISH | AVG. WT. (LBS.) | MSRP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7600™ | 24653 | 243 Win | 4 | 22" | 9 ⅛" | 42 ⅝" | 13 ⅜" | 1 ⁵⁄₁₆" | 2 ¾" | Carbon Steel | Polished Blue | American Walnut | Satin | 7 ½ | $918 |
| 7600™ | 24655 | 270 Win | 4 | 22" | 10" | 42 ⅝" | 13 ⅜" | 1 ⅞" | 2 ¼" | Carbon Steel | Polished Blue | American Walnut | Satin | 7 ½ | $918 |
| 7600™ | 24667 | 270 Win | 4 | 22" | 10" | 42 ⅝" | 13 ⅜" | 1 ⁷⁄₁₆" | 2 ¾" | Carbon Steel | Polished Blue | American Walnut | Satin | 7 ½ | $918 |
| 7600™ Carbine | 24661 | 30-06 SPRG | 4 | 18 ½" | 10" | 39 ⅜" | 13 ⅜" | 1 ⅞" | 2 ½" | Carbon Steel | Polished Blue | American Walnut | Satin | 7 ½ | $918 |
| 7600™ | 24657 | 30-06 SFRG | 4 | 22" | 10" | 42 ⅝" | 13 ⅜" | 1 ⁷⁄₁₆" | 2 ½" | Carbon Steel | Polished Blue | American Walnut | Satin | 7 ½ | $918 |
| 7600™ | 24671 | 30-06 SPRG | 4 | 22" | 10" | 42 ⅜" | 13 ⅜" | 1 ⁹⁄₁₆" | 2 ⅜" | Carbon Steel | Polished Blue | American Walnut | High Gloss | 7 ½ | $918 |
| 7600™ | 24659 | 308 Win | 4 | 22" | 10" | 42 ⅞" | 13 ⅜" | 1 ⁹⁄₁₆" | 2 ⅛" | Carbon Steel | Polished Blue | American Walnut | Satin | 7 ½ | $918 |
| 7600™ Synthetic | 25143 | 243 Win | 4 | 22" | 9 ⅛" | 42 ½" | 13 ⅜" | 1 ⅞" | 2 ¾" | Carbon Steel | Matte Blue | Synthetic | Matte Black | 7 ½ | $771 |
| 7600™ Synthetic | 25145 | 270 Win | 4 | 22" | 10" | 42 ⅝" | 13 ⅜" | 1 ⅞" | 2 ¼" | Carbon Steel | Matte Blue | Synthetic | Matte Black | 7 ½ | $771 |
| 7600™ Synthetic | 25149 | 30-06 SPRG | 4 | 22" | 10" | 42 ⅞" | 13 ⅜" | 1 ⅞" | 2 ½" | Carbon Steel | Matte Blue | Synthetic | Matte Black | 7 ½ | $771 |
| 7600™ Synthetic | 25151 | 308 Win | 4 | 22" | 10" | 42 ⅝" | 13 ⅜" | 1 ¾" | 2 ¾" | Carbon Steel | Matte Blue | Synthetic | Matte Black | 7 ½ | $771 |
| 7600™ Synthetic Carbine | 25153 | 30-06 SPRG | 4 | 18 ½" | 10" | 39 ⅜" | 13 ⅜" | 1 ⅝" | 2 ½" | Carbon Steel | Matte Blue | Synthetic | Matte Black | 7 ½ | $771 |

Equipped with iron sights.

## MODEL R-15 VTR PREDATOR WITH MAGPUL® MOE STOCK & FORE-END MODULAR REPEATING

| MODEL | ORDER NO. | CALIBER | MAG. CAPACITY | BARREL LENGTH | TWIST-R-H 1 TURN IN | OVERALL LENGTH | LENGTH OF PULL | DROP (COMB) | DROP (HEEL) | BARREL MATERIAL | BARREL FINISH | STOCK MATERIAL | STOCK FINISH | AVG. WT. (LBS.) | MSRP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| R-15 VTR Predator Carbine Magpul® Collapsible Stock | 60018 | 223 Remington | 5 | 16 ½" | 9" | 40 ¾" | 13 ⁵⁄₈" | 1 ¼" | 1 ⅞" | Carbon Steel | Matte | Synthetic | Mossy Oak Brush™ | 7 ¼ | $1,537 |
| R-15 VTR Predator Carbine Magpul® Collapsible Stock | 60019 | 223 Remington | 5 | 18" | 9" | 36 ¼" | 13 ½" | 1 ¼" | 1 ⅞" | Carbon Steel | Matte | Synthetic | Mossy Oak Brush™ | 6 ¼ | $1,537 |
| R-15 VTR Predator Carbine Magpul® Fixed Stock | 60010 | 223 Remington | 5 | 18" | 9" | 36 ¼" | 13 ½" | 1 ¼" | 1 ⅞" | Carbon Steel | Matte | Synthetic | Mossy Oak Brush™ | 6 ¼ | $1,537 |
| R-15 VTR Predator Carbine Magpul® Fixed Stock | 60011 | 223 Remington | 5 | 22" | 9" | 36 ¼" | 13 ½" | 1 ¼" | 1 ⅞" | Carbon Steel | Matte | Synthetic | Mossy Oak® Brush™ | 6 ¼ | $1,537 |

## MODEL R-15 MODULAR REPEATING

| MODEL | ORDER NO. | CALIBER | MAG. CAPACITY | BARREL LENGTH | TWIST-R-H 1 TURN IN | OVERALL LENGTH | LENGTH OF PULL | DROP (COMB) | DROP (HEEL) | BARREL MATERIAL | BARREL FINISH | STOCK MATERIAL | STOCK FINISH | AVG. WT. (LBS.) | MSRP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| R-15 VTR Predator | 60001 | 223 Remington | 5 | 22" | 9" | 40 ½" | 13 ¾" | 1 ⅜" | 1 ⅝" | Carbon Steel | Matte | Synthetic | Advantage® MAX-1 HD™ | 7 ¼ | $1,327 |
| R-15 VTR SS Varmint | 60007 | 223 Remington | 5 | 24" | 9 | 42 ¾" | 13 ¾" | 1 ⅜" | 1 ⅝" | 416 Stainless | Matte | Synthetic | Advantage® MAX-1 HD™ | 7 ¼ | $1,529 |
| R-15 FS (Fixed Stock) | 60102 | 450 Bushmaster | 4 | 18" | 10" | 36 ¾" | 13 ⅞" | 1 ⅜" | 1 ⅝" | Carbon Steel | Matte | Synthetic | Mossy Oak® Break-Up™ | 7 ¼ | $1,631 |

## MODEL R-25 MODULAR REPEATING

| MODEL | ORDER NO. | CALIBER | MAG. CAPACITY | BARREL LENGTH | TWIST-R-H 1 TURN IN | OVERALL LENGTH | LENGTH OF PULL | DROP (COMB) | DROP (HEEL) | BARREL MATERIAL | BARREL FINISH | STOCK MATERIAL | STOCK FINISH | AVG. WT. (LBS.) | MSRP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| R-25 | 60030 | 243 Win | 4 | 20" | 10" | 38 ¼" | 12 ⅝" | 1 ⅛" | 1 ¾" | Carbon Steel | Matte | Synthetic | Mossy Oak® Treestand™ | 7 ¾ | $1,697 |
| R-25 | 60031 | 7mm-08 Remington | 4 | 20" | 9 ⅜" | 38 ¼" | 13 ⅛" | 1 ⅛" | 1 ¾" | Carbon Steel | Matte | Synthetic | Mossy Oak® Treestand™ | 7 ¾ | $1,697 |
| R-25 | 60032 | 308 Win | 4 | 20" | 10" | 38 ¼" | 13 ⅞" | 1 ⅛" | 1 ¾" | Carbon Steel | Matte | Synthetic | Mossy Oak® Treestand™ | 7 ¾ | $1,697 |

A. 56

# Exhibit D







2014 **HUNTING** 29 **BUSHMASTER.COM**

## XM-10 308 HUNTER
BL · C⁷ · SC

- 20" fluted 4150 chrome-moly-vanadium barrel has crowned muzzle
- Mid-length gas system for smoother recoil
- Free-floating, vented aluminum fore-end
- Hogue® rubberized pistol grip
- Two ¼4" mini-risers for mounting optics
- Ships with one 5-round magazine
- One year Bushmaster warranty

## PREDATOR
SC
SC

- Fluted 20" extra-heavy Bushmaster predator barrel (1" dia. out to gas block) with 11° competition muzzle crown in 8" twist inch-chrome-lined) for the heavier bullets, free-floated with a vented aluminum fore-end and bipod stud
- Two ¼4" mini-risers for optics mounting
- Hogue® rubberized pistol grip (black)
- Ships with a chamber flag and 5-round magazine

## VARMINTER
MP (ANT) SC
(ANT) SC

- Fluted 24" extra-heavy Bushmaster Varmint barrel (1" dia. out to gas block) with 11° competition muzzle crown in 9" twist (inch-chrome-lined) free-floated with a vented aluminum fore-end and bipod stud
- Two ¼4" mini-risers for optics mounting
- Hogue® rubberized pistol grip (black)
- Ships with a chamber flag and 5-round magazine
- A-TACS® model is coated in A-TACS® digital camouflage for superior concealment

## .308 ORC (308/7.62 NATO)
BL · C⁷

- 6" heavy profile with mid-length gas system
- A2 birdcage flash hider
- Receiver length Picatinny optics rail with two 1 ¼4" optics risers
- Milled gas block
- Six position telescoping stock (when collapsed, conveniently reduces overall length by 4")

THROUGH THICK AND THIN, OUR HUNTING SERIES
PRODUCES GOOD RESULTS. AND STORIES.
HUNTING



### 450 BUSHMASTER
BLACK SPORTER
CARBINE .45ACP

The .450 cartridge allows AR-15 owners the
flexibility to upgrade their familiar lightweight
package to real big bore stopping power.
• 20" barrel rifle or 16" barrel carbine with
  1 in 24" twist
• Upper and lower receivers machined from a
  Mil-Spec aluminum forging
• Free floating, vented aluminum fore-end
• Ships with a chamber flag and 5-round
  magazine



# Exhibit E

# David Lombardo
# Video Demonstration

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ARIE S. FRIEDMAN, M.D. and | ) | |
| the Illinois State Rifle Association | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No:    13-cv-9073 |
| v. | ) | |
| | ) | |
| CITY OF HIGHLAND PARK, | ) | |
| | ) | |
| Defendant. | ) | |

### AFFIDAVIT OF JAMES CURCURUTO

If sworn as a witness, I could competently testify to the following:

1.    I am the Director, Industry Research and Analysis, at the National Shooting Sports Foundation (NSSF). The NSSF is the trade association for the firearms industry. Its mission is to promote, protect and preserve hunting and the shooting sports. The NSSF has a membership of more than 10,000 manufacturers, distributors, firearm retailers, shooting ranges, sportsmen's organizations and publishers.

2.    In my position as Director, Industry Research and Analysis, I am responsible for most of the research activities at NSSF, and I direct the activities of an internal research coordinator and outside companies retained to conduct research and gather market and consumer information useful to NSSF members.

3.    Many NSSF members manufacture, distribute and/or sell firearms, and as is usual and customary for trade associations, the NSSF collects and disseminates industry-specific, non-sensitive data reflecting consumer preferences, market trends and other information for use in

1

their business decisions. Among the firearm products sold by NSSF members are modern sporting rifles, a category of firearms comprised primarily of semiautomatic rifles built on the AR- and AK-platforms.[1]   A "semiautomatic," or self-loading, rifle is a firearm which fires, extracts, ejects and reloads a cartridge once for each pull and release of the trigger.[2]  These rifles have the capacity to accept a detachable box magazine.  Additionally, they come in a range of calibers, including 22 rimfire, 223 Remington, and larger calibers used for hunting big game (e.g., white-tailed deer).  Research conducted by the NSSF and under my direction demonstrates that modern sporting rifles are very popular and are commonly owned by millions of persons in the United States for a variety of lawful purposes, including, but not limited to, recreational and competitive target shooting, home defense, collecting and hunting.

4.      Between 1990 and 2012, United States manufacturers produced approximately 5,128,000 AR-type rifles for sale in the United States commercial marketplace. Approximately fifty different manufacturers produced these rifles, including Smith & Wesson, Colt, Remington, Sig Sauer and Sturm, Ruger.  During those same years, approximately 3,415,000 AR-type and AK-type rifles were imported into the United States for sale in the commercial marketplace.  In 2012 alone, more than 1.5 million of these rifles were manufactured and imported for sale.  By way of comparison, in 2012, the number of modern sporting rifles manufactured in or imported to the U.S. was more than double the number of the most commonly sold vehicle in the United States, the Ford F-150. See www.edmunds.com/car-reviews/top-10-top-10-bestsellin-vehicles-

---

[1] The AR in "AR-platform" rifle stands for ArmaLite, the company that in the 1950s developed this style of rifle, which eventually became both the military's M16 rifle and the civilian semi-automatic sporting rifle known as the AR-15, or modern sporting rifle. "AR" does not stand for "assault rifle" or "automatic rifle." http://www.nssfblog.com/%E2%80%98ar%E2%80%99-stands-for-armalite/.

[2] "Semiautomatic" rifles should not be confused with "automatic" rifles, which fire when the trigger is pulled and continue to fire until the trigger is released or ammunition is exhausted. Sporting Arms and Ammunition ("SAAMI") Glossary of Industry Terms, http://www.saami.org/Glossary/display.cfm?letter=S

2

for-2012.  (434,585 sold).  Modern sporting rifles have been available to civilians since at least the late 1950s.[3]  Thus, many more AR- and AK-platform rifles were either manufactured in the U.S. or imported to the U.S. for sale in the commercial marketplace prior to 1990.  A true and correct copy of the NSSF Report - 1990 - 2012 Data for US Firearm Production is attached as Exhibit B.  More than 5 million people in the United States own AR-type or AK-type rifles.

5.    According to Bureau of Alcohol. Tobacco, Firearms & Explosives Annual Firearms Manufacturing and Export Reports (AFMER), 30,433,751 firearms of all types were manufactured in the United States for domestic sale from 2008 to 2012. (2008 -2012 AMFER reports are attached as Exhibit C). During that same five year period, approximately 3,457,230 AR-type modern sporting rifles were manufactured in the United States for domestic sale. (Exhibit B). Thus, during the years 2008 to 2012, 11.4% of all firearms produced in the United States for domestic sale were AR-type modern sporting rifles. During the same years more AR-type modern sporting rifles were manufactured in the United States for domestic sale (3,457,230) than the number of revolvers produced for domestic sale (2,778,089). (Exhibit C). The number of AR-type modern sporting rifles manufactured in the United States for domestic sale from 2008 to 2012 (3,457,230), nearly equals the number of shotguns produced in the United States for domestic sale (3,938,198) during the same period.

6.    In 2013, the NSSF published its Modern Sporting Rifle (MSR) Comprehensive Consumer Report 2013. The purpose of the report was to gather information for the NSSF's members from persons who own modern sporting rifles, including demographic information, purchasing decisions, product use and other subject matters. The findings in the report were based on on-line responses from 21,942 owners of modern sporting rifles, whose participation in

---

[3] http://world.guns.ru/civil/usa/ar-15-e.html. The original AR-15 Sporter rifles were manufactured for the civilian market by Colt's Firearms since 1963. *See* advertisement Attached as Exhibit A.

3

the survey was solicited on 13 firearm-related websites and electronic publications. Included among the findings were that the typical survey respondent was male, over 35 years old, married with a household income above $75,000 and has some college education. Approximately 35 percent of the survey respondents were current or former members of the military or law enforcement. The survey found that three out of every four recently purchased modern sporting rifles were chambered for 223 Remington ammunition. Standard capacity magazines capable of holding 30 rounds of ammunition were determined to be the most popular magazines used in modern sporting rifles among the 21,942 survey respondents, with 83% reporting use of a magazine holding in excess of ten rounds. Collapsible or folding stocks were present on 66% of the most recently purchased modern sporting rifle, and muzzle brakes were present on 23% of those rifles. Applicable true and correct excerpts from the Modern Sporting Rifle Comprehensive Consumer Report 2103 are attached as Exhibit D.

7.    Seventy-eight percent (78%) of those responding to the survey reported using their modern sporting rifle more than 4 times in the preceding 12 months, with 38% reporting using their rifle more than 12 twelve times. Survey respondents considered accuracy and reliability to be the most important attributes of a modern sporting rifle. Other reasons cited by survey respondents for their purchase of modern sporting rifles include ergonomics, low recoil, ease with which they can be shot and their light weight. Recreational target shooting was ranked as the number one reason why owners purchased a modern sporting rifle, followed closely by home defense. Other reasons for owning a modern sporting rifle included varmint hunting, big game hunting, competitive target shooting and collecting. The average price paid for a modern sporting rifle by survey respondents was $1,058.00. Applicable true and correct excerpts from the Modern Sporting Rifle Comprehensive Consumer Report 2103 are attached as Exhibit D.

4

8.    In 2013, the NSSF published its Firearms Retailer Survey Report. The report set forth findings based on an on-line survey of 752 firearm retailers located in all 50 states. Among the findings were that 92.5% of those responding to the survey currently sell new modern sporting rifles compared to 91.5% who sell new traditionally-styled rifles. Of the modern sporting rifles sold, those chambered for 223 Remington ammunition were by far the most commonly purchased. Respondents reported that 20.3% of the firearms they sold in 2012 were a modern sporting rifle. In contrast, 14% of the firearms sold were traditionally styled rifles. Applicable true and correct excerpts from the Firearms Retailer Survey Report, 2013 Edition, are attached as Exhibit E.

9.    In 2013, the NSSF published its Sports Shooting Participation in the United States in 2012 report. The purpose of the survey was to determine national and regional participation rates in the shooting sports. The survey, based on telephone interviews of 8,335 randomly selected U.S. residents age 18 or older, indicates that participation in any target shooting or sport shooting increased 18.6 percent from 34.4 million participants in 2009 to 40.8 million participants in 2012, an increase of 6.4 million participants. The survey also showed that participation in target shooting with a modern sporting rifle increased 35.0 percent from approximately 8.9 million participants in 2009 to nearly 12.0 million participants in 2012. Applicable true and correct excerpts from the Sports Shooting Participation in the United States report, are attached as Exhibit F.

10.    In 2013, NSSF compiled and released a report estimating 158 million pistol and rifle magazines were in U.S. consumer possession between 1990 and 2012. The supporting data shows that magazines capable of holding more than 10 rounds of ammunition accounted for approximately 75 million or 46 percent of all magazines owned.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

June _17_, 2014.


_James Curcuruto_
James Curcuruto

# Exhibit A

EXHIBIT

A
_____



# superb hunting partner... Colt's new AR-15 Sporter

With Colt's new AR-15 Sporter you're ready for a new hunting adventure.

The AR-15 Sporter weighs only six pounds. Its .223 cal., 55-grain bullet has a muzzle velocity of 3,100 fps. Every AR-15 Sporter is factory targeted at 100 yards.

If you're a hunter, camper or collector, you'll want the AR-15 Sporter. At any Registered Colt Dealer.     $189.50

Colt's Firearms                    Hartford, Connecticut



Colt Industries Inc
Colt Firearms Division

# Exhibit B

| YEAR | US Production less exports of MSR/AR platform | US Import less exports of MSR/AR, AK platform | ANNUAL TOTAL |
|---|---|---|---|
| 1990 | 43,000 | 24,000 | 67,000 |
| 1991 | 45,800 | 62,000 | 107,800 |
| 1992 | 33,100 | 68,000 | 101,100 |
| 1993 | 61,700 | 236,000 | 297,700 |
| 1994 | 102,600 | 172,000 | 274,600 |
| 1995 | 54,500 | 76,000 | 130,500 |
| 1996 | 27,000 | 41,000 | 68,000 |
| 1997 | 44,300 | 80,000 | 124,300 |
| 1998 | 69,800 | 74,000 | 143,800 |
| 1999 | 113,000 | 123,000 | 236,000 |
| 2000 | 86,300 | 135,000 | 221,300 |
| 2001 | 60,500 | 122,000 | 182,500 |
| 2002 | 97,200 | 149,000 | 246,200 |
| 2003 | 117,900 | 273,000 | 390,900 |
| 2004 | 107,300 | 215,000 | 322,300 |
| 2005 | 141,400 | 166,000 | 307,400 |
| 2006 | 195,900 | 203,000 | 398,900 |
| 2007 | 269,470 | 228,000 | 497,470 |
| 2008 | 443,960 | 183,000 | 626,960 |
| 2009 | 692,440 | 321,000 | 1,013,440 |
| 2010 | 420,630 | 135,000 | 555,630 |
| 2011 | 632,400 | 80,000 | 712,400 |
| 2012 | 1,267,800 | 249,000 | 1,516,800 |
| TOTALS | 5,128,000 | 3,415,000 | 8,543,000 |

Sources: ATF AFMER, US ITC, Industry contacts
4/21/2014

NSSF® Report. 1990 - 2012 estimated US firearm production - export + imports of MSR/AR, AK Platform Semi-automatic Rifles

Top 50 US Manufacturers of MSR's

1 Adams Arms, Inc
2 Adcor Defense Inc
3 Aero Precision
4 American Tactical Imports
5 Armalite
6 Barnes Precision Machine Inc
7 Black Rain Ordnance
8 Bravo Company Mfg Inc
9 Bushmaster
10 Colt
11 CMMG
12 Daniel Defense
13 Diamondback Firearms LLC
14 Double Star
15 Del-ton
16 DPMS
17 DS Arms Inc.
18 FMK Firearms Inc
19 FN Manufacturing LLC
20 Good Times Outdoors, Inc
21 Heckler & Koch Inc
22 High Standard Firearms ltd
23 Hogan Manufacturing
24 I.O. Inc
25 JP Enterprises, Inc
26 Just Right Carbines
27 Kel-Tec CNC Industries
28 Knights Manufacturing
29 Lewis Machine & Tool Co
30 LRB of Long Island Inc
31 LWRC
32 Maverick
33 O F Mossberg & Sons
34 Mega Arms LLC - lowers
35 Noveske
36 Olympic Arms
37 Patriot Ordn.
38 PTR Industries
39 Remington
40 Rock River
41 Sig Sauer Inc / SIGARMS
42 Smith & Wesson
43 Stag Arms
44 Sturm, Ruger & Co., Inc.
45 TNW Firearms inc.
46 Tactical Weapons Solutions (TWS)
47 Troy Industries Inc
48 Wilsons Gun Shop (Wilson Combat)
49 Windham Weaponry Inc
50 WM C Anderson Inc

A. 73

# Exhibit C

# ANNUAL FIREARMS MANUFACTURING AND EXPORT REPORT

### YEAR 2008 **

### MANUFACTURED

| PISTOLS | | REVOLVERS | |
|---|---|---|---|
| TO .22 | 195,633 | TO .22 | 115,511 |
| TO .25 | 14,586 # | TO .32 | 6,681 |
| TO .32 | 40,485 | TO .357 MAG | 105,944 |
| TO .380 | 278,945 | TO .38 SPEC | 133,621 |
| TO 9MM | 421,746 | TO .44 MAG | 31,135 |
| TO .50 | 435,876 # | TO .50 | 38,861 |
| **TOTAL** | **1,387,271** # | **TOTAL** | **431,753** |

| | |
|---|---|
| RIFLES | 1,746,139 # |
| SHOTGUNS | 630,710 # |
| MISC. FIREARMS | 102,324 # |

### EXPORTED

| | |
|---|---|
| PISTOLS | 54,030 |
| REVOLVERS | 28,205 |
| RIFLES | 104,544 |
| SHOTGUNS | 41,186 |
| MISC. FIREARMS | 523 |

PREPARED BY TBD 03/08/2011
REVISED 1/14/10 REPORT

** FOR PURPOSES OF THIS REPORT ONLY, "PRODUCTION" IS DEFINED AS: FIREARMS, INCLUDING SEPARATE FRAMES OR RECEIVERS, ACTIONS OR BARRELED ACTIONS, MANUFACTURED AND DISPOSED OF IN COMMERCE DURING THE CALENDAR YEAR.

# REVISIONS WERE MADE TO FIREARMS TOTAL PRODUCTION

## ANNUAL FIREARMS MANUFACTURING AND EXPORT REPORT

### YEAR     2009 **

### MANUFACTURED

| PISTOLS | | REVOLVERS | |
|---|---|---|---|
| TO .22 | 320,697 | TO .22 | 141,840 |
| TO .25 | 15,053 | TO .32 | 7,590 |
| TO .32 | 47,396 | TO .357 MAG | 107,834 |
| TO .380 | 390,897 | TO .38 SPEC | 232,339 |
| TO 9MM | 586,364 | TO .44 MAG | 29,967 |
| TO .50 | 507,851 | TO .50 | 27,625 |
| TOTAL | 1,868,258 | TOTAL | 547,195 |

| | |
|---|---|
| RIFLES | 2,248,851 |
| SHOTGUNS | 752,699 |
| MISC. FIREARMS | 138,815 |

### EXPORTED

| | |
|---|---|
| PISTOLS | 56,402 |
| REVOLVERS | 32,377 |
| RIFLES | 61,072 |
| SHOTGUNS | 36,455 |
| MISC. FIREARMS | 8,438 |

PREPARED BY EYR 1/20/2011

** FOR PURPOSES OF THIS REPORT ONLY, "PRODUCTION" IS DEFINED AS: FIREARMS, INCLUDING SEPARATE FRAMES OR RECEIVERS, ACTIONS OR BARRELED ACTIONS, MANUFACTURED AND DISPOSED OF IN COMMERCE DURING THE CALENDAR YEAR.

A. 76

# ANNUAL FIREARMS MANUFACTURING AND EXPORT REPORT

## YEAR 2010 *

### MANUFACTURED

| PISTOLS | | REVOLVERS | |
|---|---|---|---|
| TO .22 | 374,505 | TO .22 | 131,543 |
| TO .25 | 21,722 | TO .32 | 8,605 |
| TO .32 | 39,792 | TO .357 MAG | 126,525 |
| TO .380 | 665,512 | TO .38 SPEC | 210,762 |
| TO 9MM | 630,217 | TO .44 MAG | 45,361 |
| TO .50 | 526,702 | TO .50 | 36,131 |
| TOTAL | 2,258,450 | TOTAL | 558,927 |

RIFLES          1,830,556 #

SHOTGUNS        743,378

MISC. FIREARMS  67,929

### EXPORTED

PISTOLS         80,041

REVOLVERS       25,286

RIFLES          76,518

SHOTGUNS        43,361

MISC. FIREARMS  16,771

PREPARED BY TBD 1/30/2012
REPORT DATA AS OF 1/30/2012

* FOR PURPOSES OF THIS REPORT ONLY, "PRODUCTION" IS DEFINED AS: FIREARMS, INCLUDING SEPARATE FRAMES OR RECEIVERS, ACTIONS OR BARRELED ACTIONS, MANUFACTURED AND DISPOSED OF IN COMMERCE DURING THE CALENDAR YEAR.
# REVISIONS WERE MADE TO FIREARMS TOTAL

## ANNUAL FIREARMS MANUFACTURING AND EXPORT REPORT

### YEAR 2011 *

### MANUFACTURED

| PISTOLS | | REVOLVERS | |
|---------|----------|-----------|----------|
| TO .22 | 427,448 | TO .22 | 153,749 |
| TO .25 | 19,182 | TO .32 | 5,182 |
| TO .32 | 13,890 | TO .357 MAG | 125,237 |
| TO .380 | 537,063 | TO .38 SPEC | 206,191 |
| TO 9MM | 888,379 | TO .44 MAG | 35,791 |
| TO .50 | 712,171 | TO .50 | 46,707 |
| TOTAL | 2,598,133 | TOTAL | 572,857 |

| | |
|---|---|
| RIFLES | 2,318,088 |
| SHOTGUNS | 862,401 |
| MISC. FIREARMS | 190,407 |

### EXPORTED

| | |
|---|---|
| PISTOLS | 121,035 |
| REVOLVERS | 23,221 |
| RIFLES | 79,256 |
| SHOTGUNS | 54,878 |
| MISC. FIREARMS | 18,498 |

PREPARED BY TBD 1/7/2013
REPORT DATA AS OF 1/7/2013

* FOR PURPOSES OF THIS REPORT ONLY, "PRODUCTION" IS DEFINED AS: FIREARMS, INCLUDING SEPARATE FRAMES OR RECEIVERS, ACTIONS OR BARRELED ACTIONS, MANUFACTURED AND DISPOSED OF IN COMMERCE DURING THE CALENDAR YEAR.

# ANNUAL FIREARMS MANUFACTURING AND EXPORT REPORT

### YEAR 2012 *

### MANUFACTURED

| PISTOLS | | REVOLVERS | |
|---|---|---|---|
| TO .22 | 675,737 | TO .22 | 234,164 |
| TO .25 | 9,853 | TO .32 | 1,717 |
| TO .32 | 11,248 | TO .357 MAG | 126,594 |
| TO .380 | 582,645 | TO .38 SPEC | 203,005 |
| TO 9MM | 1,226,756 | TO .44 MAG | 36,116 |
| TO .50 | 981,644 | TO .50 | 65,761 |
| **TOTAL** | **3,487,883** | **TOTAL** | **667,357** |

| | |
|---|---|
| RIFLES | 3,168,206 |
| SHOTGUNS | 949,010 |
| MISC. FIREARMS | 306,154 |

### EXPORTED

| | |
|---|---|
| PISTOLS | 128,313 |
| REVOLVERS | 19,643 |
| RIFLES | 81,355 |
| SHOTGUNS | 42,858 |
| MISC. FIREARMS | 15,385 |

PREPARED BY TBD 1/17/2014
REPORT DATA AS OF 1/17/2014

* FOR PURPOSES OF THIS REPORT ONLY, "PRODUCTION" IS DEFINED AS:
FIREARMS, INCLUDING SEPARATE FRAMES OR RECEIVERS, ACTIONS OR
BARRELED ACTIONS, MANUFACTURED AND DISPOSED OF IN COMMERCE
DURING THE CALENDAR YEAR.

# Exhibit D



EXHIBIT
D

# NSSF® REPORT

## MODERN SPORTING RIFLE (MSR)
## COMPREHENSIVE CONSUMER REPORT 2013

Ownership, Usage and Attitudes
Toward AR- and AK-Platform
Modern Sporting Rifles





Conducted for National Shooting Sports Foundation
by Sports Marketing Surveys



**SPORTS MARKETING SURVEYS USA.**

NSSF.ORG



# 1   METHODOLOGY

The MSR Consumer Study employed an online survey methodology. With no database available of known MSR owners, NSSF promoted participation in this study via online banner ads on various websites, blogs and e-newsletters geared toward firearms ownership and hunting such as:

- AR-15.com e-newsletter
- Bushmaster Website and Facebook page
- DPMS Website and Facebook page
- Field & Stream blog
- Gun Digest website
- Guns and Ammo website
- NSSF Facebook page & Twitter post
- NSSF/GunBroker *Pull the Trigger* e-newsletter
- Remington Facebook page
- Smith & Wesson Facebook page & Twitter post
- 3-Gun Nation website and Facebook page
- Tapco website and Facebook page
- Winchester ammunition e-newsletter

A contest to win one of three $500 Cabela's gift cards was included as an incentive to complete the survey in full.  The term "Modern Sporting Rifle" was clearly defined as AR- or AK-platform rifles such as an AR-15, AR-10, AK-47 or other semi-automatic rifles with detachable magazines.  Photographs of both AR- and AK-platform MSR's were shown on the survey landing page.  To further pair down response to those that would correctly complete the survey, the survey's initial question asked "Do you own at least one Modern Sporting Rifle? (If you do not own a MSR but would still like to be entered in the contest, select "No".)  These safeguards narrowed the usable responses from 26,719 to 21,942.

This gives a very high confidence level. The Confidence Interval for the full "MSR Owner" sample ranges from +/- 0.29 percentage points to +/- 0.68 percentage points at the 95% confidence level. So, for example, if the survey shows 50% of MSR owners shoot at ranges, we can be confident 95 times out of 100 that the real value lies within +/- 0.68 percentage points so between 49.32% and 50.68%. Or to put it another way: Less than 5 times out of 100 would we expect to find a difference of more than 0.68 percentage points due to sampling.

Survey was live April and May 2013.

## 2   EXECUTIVE SUMMARY

In the spring of 2013, The National Shooting Sports Foundation (NSSF) contracted with Sports Marketing Surveys (SMS) of Jupiter, Florida to conduct a large consumer study to learn more about the growing category of MSR Modern Sporting Rifle (MSR) ownership. This survey was formatted to follow the 2010 MSR Consumer Report from NSSF and SMS first collaboration in 2010. In the 2013 survey, MSRs were specified as either an AR platform, AK platform or other semi-automatic rifle with a detachable magazine. Prior to the start of the survey, the NSSF gathered together a panel of industry leaders and experts from the manufacturing, retailing and law enforcement/military backgrounds to ensure that right questions were asked to provide the most amount of information possible.

The survey was conducted using an Internet based methodology. Links were posted on many of the popular consumer oriented web sites in the industry in order to solicit responses. An incentive was used in order to facilitate this process. At the end of the fielding period, well over 26,000 total responses were received of which over 21,942 came from MSR owners. This response was a significant increase from the 2010 study of 11,400 respondents. This large sample meant that we were able to perform a number of very specific survey cross tabs to look at some differences among MSR owners.

MSRs owners are predominantly male (99%). Over 75% of male MSR owners are married, of those married, more than half indicated their wife went target shooting with them and 14% own her own MSR. Even though only 1% of respondents were female, there appeared to be a large interest in MSRs and MSR related recreational shooting activities within the female population.

Most owners are older, with 61% over the age of 45 and most don't have children living in the home (58%). The more MSR's owned, the more likely they are to lock up their weapons.

35% reported having either military or law enforcement background. This is down from the 44% reported in 2010. Although the veteran status has increased slightly, the 2013 survey seemed to tap more into the civilian MSR population.

Although Range membership is down from 51% in 2010 to 48% in 2013, members have increased the usage of their MSRs compared to 2010. Range members tend to be older and have an income greater than $75,000. In regards to weapon and accessory purchase, the Range and Non-Range member have relatively the same habits with the exception of price. Over 60% are recent MSR buyers and plan on purchasing accessories in the next 12 months.

The rate of ownership has increased dramatically since 2010.  Those who only own one MSR, 49% purchased their first in 2012 and 2013. Overall, 2012 was the highest (17%) for new ownership since prior to 1994. 91% of all MSR owners own at least one AR Platform weapon. Just over a quarter of owners report having 4 or more MSR's, with 14% being only AR Platforms. Most own only one AK Platform (67%). Those who one multiple MSR's (2 or more) tend to be more active with almost half of them hunting, 92% target shooting and 19% shoot in competitions with an MSR.

MSR ownership is not limited to one category of guns. Many MSR owners own at least one other non-MSR weapon. Handguns are the most popular at 90%, followed by the traditional rifle and shotgun (82%). Muzzleloaders (28%) and Paintball guns (15%) are less favorable. Those under the age of 35 are more likely to own a paintball gun and less likely to own a muzzleloader. Only 1% of MSR owners, whether a single or multiple owner, own only MSRs.

Over a third of MSR owners first gain interest in MSRs through a friend and a quarter through the military. Most MSR owners target shoot with at least one other person (84%) which mimics the 2010 report. MSRs are mostly used for rifle target shooting (89%), either at a public range (52%) or private range (51%). Almost half of all MSR owners target shoot on family land, which could indicate target shooting as a family activity. 94% of MSR owners used at least one MSR in the past 12 months. Most (40%) used their MSR on average once a month. Frequency of use increases with number of MSR owned.

Most MSRs were bought from an independent retail store. The average cost of a MSR was $1,058, $25 less than the average spent in 2010. .223/5.56mm was the prefer caliber for the AR Platform, where the AK platform was usual 7.62mm x 39mm caliber. Almost two thirds of MSR owners have at least a few accessories, added within 12 months of purchase, on their most recent MSR with an average of $400 dollars spent.

| | 2010 | 2013 |
|---|---|---|
| Average # MSRs Owned | | |
| Average $ Spent on MSRs | $1,083 | $1,058 |
| Average $ Spent on MSRs Accessories | | |

*NOTE: 2013 NSSF Survey identified AR and AK platforms separately. 2010 NSSF Survey included AK but was tailored more toward the AR platform owner.

© 2013 NSSF

A. 84

## 4  SAMPLE PROFILE

### 4.1  Overall profile of MSR owners

- N= 21,942



A. 85

5.7    Price paid
- N= 21,942

### What was the initial price of your most recent MSR (new out of the box cost)?



- 55% of MSR owners paid under $1,000 for their most recent MSR.
- The more MSR's owned, the more likely the owner would pay more for another gun.

A. 86

### 5.9    Reasons for purchase

How important were each of the following reasons for buying your most recent MSR?
- On a scale of 1=Not at all important to 10=Very important

| Top 5 Reason for buying their most recent MSR | Total | Military/L.E. | Non-Military/L.E. |
|---|---|---|---|
| Reliable | 9.01 | 9.10 | 8.96 |
| Accuracy | 8.77 | 8.88 | 8.72 |
| Reputation of Manufacturer | 8.27 | 8.32 | 8.24 |
| Fits Body Type/Good Ergonomics | 8.23 | 8.32 | 8.18 |
| Easy to Shoot | 8.11 | 8.13 | 8.09 |



A. 87

## 6    MSR AND ACCESSORY SPECIFICATION

### 6.1    MSR Caliber

- N= 21,942

**What caliber is your most recent MSR?**



- Over half of recent MSR purchases were chambered in .223 / 5.56mm.



## What type of scope do you have on your most recent MSR purchase?



Legend:
- 1 - 4x power scope
- 2 -7x power scope
- 3 - 9x power scope
- 4 - 14x power scope
- 6 - 20x + power scope
- Don't know
- Other

**AR Platform:** 25%, 8%, 33%, 16%, 11%, 6%, 1%

**AK Platform:** 35%, 11%, 34%, 8%, 6%, 2%, 4%

### 6.7    Magazine capacity

Which magazine capacity do you use the most in your most recent MSR?

- 2013 N= 21,942



- Other 2%
- 5 round capacity 3%
- 10 round capacity 12%
- 15 round capacity 2%
- 20 round capacity 21%
- 25 round capacity 4%
- 30+ round capacity 56%

- 56% of all MSR owners use 30+ round capacity magazines in their most recent MSR purchase.
- The next most popular magazine capacity is 20 round.

A. 89

## 8   MSR USAGE

### 8.1   Reasons for owning a MSR

- 2013 N= 21,942



**Please rank the following reasons for owning a MSR.**
**(1=Not Important to 10=Very Important)**

Recreational Target Shooting: 8.99, 8.88, 9.01, 8.98, 9.11

Home Defense: 8.15, 7.95, 8.13, 8.18, 8.43

Collecting: 7.05, 6.37, 6.96, 7.27, 7.88

Varmint Hunting: 6.52, 6.33, 6.55, 6.63, 6.67

Competition Shooting: 5.13, 4.60, 5.09, 5.33, 5.76

Big Game Hunting: 4.75, 4.38, 4.74, 4.88, 5.18

Professional Use/Job Related: 2.90, 2.59, 2.82, 3.00, 3.31

MSR's Owned: Total, 1, 2, 3, 4+

Multiple (4+) MSR owners gave higher importance ratings for:
- Recreational Target Shooting
- Home Defense
- Collecting
- Varmint Hunting



A. 90

# Exhibit E



EXHIBIT
E

# NSSF®
# FIREARMS RETAILER SURVEY REPORT
## 2013 EDITION ‧ TREND DATA 2008-2012

NATIONAL SHOOTING
SPORTS FOUNDATION





SOUTHWICK
ASSOCIATES

Prepared by: Southwick Associates, P.O. Box 6435, Fernandina Beach, FL 32035
Phone: (904) 277-9765, Fax: (904) 261-1145

WWW.NSSF.ORG



## OVERVIEW

This report is the result of an in-depth analysis of the U.S. firearms retail industry sponsored by the National Shooting Sports Foundation. The information for the report was collected through an online survey of retailers that was conducted in April, 2013. The survey respondents included 752 retail establishments located in all 50 states. They range in size from single proprietors to large outdoor specialty retailers.

Figure 1. Locations of retailers who responded to the survey.



1

A. 93

**Which type(s) of NEW rifles do you currently sell (check all that apply)?**



| Item | 2008 Percent | 2009 Percent | 2010 Percent | 2011 Percent | 2012 Percent | # of 2012 Responses |
|---|---|---|---|---|---|---|
| AR-style / modern sporting rifles | 88.1% | 87.8% | 85.6% | 91.4% | 92.5% | 596 |
| Traditional rifles | 90.3% | 93.7% | 88.5% | 89.2% | 89.2% | 589 |

Total 2012 responses to this question: N=644

5

**Please check the top three calibers sold for NEW modern sporting rifles (AR platforms).**



■2009 ■2010 ■2011 ■2012

| Item | 2009 Percent | 2010 Percent | 2011 Percent | 2012 Percent | # of 2012 Responses |
|---|---|---|---|---|---|
| 223 cal | 92.7% | 94.9% | 96.8% | 96.8% | 451 |
| 308 cal | 60.4% | 69.0% | 66.5% | 66.5% | 310 |
| 22 cal | 43.8% | 39.7% | 43.1% | 43.1% | 201 |
| 7.62x39 Soviet | 18.5% | 16.8% | 17.2% | 17.2% | 80 |
| 30-06 Springfield | 10.0% | 9.8% | 9.2% | 9.2% | 43 |
| 243 cal | 3.8% | 7.4% | 6.4% | 6.4% | 30 |
| 300 Win Mag | n/a | 1.7% | 3.9% | 3.9% | 18 |
| 270 Remington | n/a | 3.0% | 3.4% | 3.4% | 16 |
| 17 cal | 3.8% | 3.4% | 2.8% | 2.8% | 13 |
| 204 Ruger | 6.9% | 7.4% | 2.6% | 2.6% | 12 |
| 22-250 cal | 3.8% | 2.7% | 2.1% | 2.1% | 10 |
| 30-30 cal | 0.8% | 1.3% | 2.1% | 2.1% | 10 |
| 7mm Remington Mag | 1.5% | 1.7% | 1.7% | 1.7% | 8 |
| 300 WSM | n/a | n/a | 1.3% | 1.3% | 6 |
| 270 Winchester | n/a | n/a | n/a | 1.3% | 6 |
| 7 mm-08 | n/a | 1.3% | 1.3% | 1.3% | 6 |
| 270 WSM | 0.8% | 1.3% | 0.6% | 0.6% | 3 |
| 44 Rem | n/a | n/a | 0.6% | 0.6% | 3 |
| 300 Rem. Magnum | n/a | 1.3% | 0.4% | 0.4% | 3 |
| 300 Savage | n/a | n/a | n/a | 0.4% | 2 |
| 30 Carbine | n/a | n/a | n/a | 0.2% | 2 |
| 300 Weatherby Magnum | n/a | n/a | n/a | 0.2% | 1 |
| 375 H&H Magnum | n/a | n/a | n/a | 0.2% | 1 |
| 7 mm Mauser | n/a | n/a | n/a | 0.2% | 1 |
| Other | 10.4% | 7.1% | 12.0% | 12.0% | 56 |

Total 2012 responses to this question: N=596

6

**Out of every 100 firearms you sold, approximately how many were new vs. used?**



|  | 2011 Avg. Response | 2012 Avg. Response | # of 2012 Responses |
|---|---|---|---|
| New | 77.7 | 78.2 | 591 |
| Used | 22.3 | 21.0 | 591 |

**Out of every 100 firearms you sold, approximately how many were:**



■ Semi-auto pistol   ■ AR/ modern sporting rifle   ■ Traditional rifle
■ Shotgun   ■ Revolver   ■ Muzzleloader
■ Other

|  | 2011 Avg. Response | 2012 Avg. Response | # of 2012 Responses |
|---|---|---|---|
| Semi-auto pistol | 40.0 | 39.0 | 585 |
| AR/ modern sporting rifle | 18.9 | 20.3 | 585 |
| Traditional rifle | 15.0 | 14.0 | 585 |
| Shotgun | 12.4 | 13.0 | 585 |
| Revolver | 11.4 | 11.4 | 585 |
| Muzzleloader | 1.3 | 1.5 | 585 |
| Other | 0.9 | 0.8 | 585 |

11

A. 96

# Exhibit F



EXHIBIT
F

# NSSF® REPORT
# SPORT SHOOTING PARTICIPATION IN THE UNITED STATES IN 2012

NATIONAL SHOOTING SPORTS FOUNDATION

Conducted for the National Shooting Sports Foundation by Responsive Management

Responsive Management



## WWW.NSSF.ORG



*Sport Shooting Participation in the United States in 2012*                                                                 *1*

# INTRODUCTION AND METHODOLOGY

This study was conducted for the National Shooting Sports Foundation (NSSF) to determine the national participation rates in target shooting and sport shooting. The study entailed a telephone survey of 8,335 U.S. residents ages 18 years old and older. Specific aspects of the research methodology are discussed below.

For the survey, telephones were selected as the preferred sampling medium because of the almost universal ownership of telephones among U.S. residents (both landlines and cell phones were called in their proper proportions relative to all telephones owned in the general population). Additionally, telephone surveys, relative to mail or Internet surveys, allow for more scientific sampling and data collection, provide higher quality data, obtain higher response rates, are more timely, and are more cost-effective. Telephone surveys also have fewer negative effects on the environment than do mail surveys because of reduced use of paper and reduced energy consumption for delivering and returning the questionnaires.

A central polling site at the Responsive Management office allowed for rigorous quality control over the interviews and data collection. Responsive Management maintains its own in-house telephone interviewing facilities. These facilities are staffed by interviewers with experience conducting computer-assisted telephone interviews on the subjects of natural resources and outdoor recreation.

The telephone survey questionnaire was developed cooperatively by Responsive Management and the NSSF. Responsive Management conducted a pre-test of the questionnaire to ensure proper wording, flow, and logic in the survey.

Because the main objective of the survey was to determine regional and national participation rates in the shooting sports, a strategy was devised in the survey questioning to avoid bias that would arise from the tendency for those who do *not* shoot to refuse to participate in a survey about shooting. Therefore, the survey starts by asking about some general activities, mixing shooting and hunting participation in with participation in other non-shooting activities. In this way, the respondent would not know that the survey was about shooting. Some of the activities were those that large majorities were expected to have done (e.g., watching television with a friend, eating a meal in a sit-down restaurant) and some were those that hardly anybody at all was expected to have done (e.g., play lacrosse, play racquetball) as a way to calibrate the results. Starting with an activity (the first in the survey was "watching TV with a friend") that almost all would have done helps ensure that non-shooters continue with the survey. Shooting participation was gleaned from that first question in which shooting and hunting were mixed with those other non-shooting activities.

To ensure the integrity of the telephone survey data, Responsive Management has interviewers who have been trained according to the standards established by the Council of American Survey Research Organizations. Methods of instruction included lecture and role-playing. The Survey Center Managers and other professional staff conducted project briefings with the interviewers prior to the administration of this survey. Interviewers were instructed on type of study, study goals and objectives, handling of survey questions, interview length, termination points and qualifiers for participation, interviewer instructions within the survey instrument, reading of the survey instrument, skip patterns, and probing and clarifying techniques necessary for specific

questions on the survey instrument. The Survey Center Managers and statisticians monitored the data collection, including monitoring of the actual telephone interviews without the interviewers' knowledge, to evaluate the performance of each interviewer and ensure the integrity of the data. After the surveys were obtained by the interviewers, the Survey Center Managers and/or statisticians checked each completed survey to ensure clarity and completeness.

The sampling methodology entailed random digit dialing, which ensures that all telephone numbers have an equal chance of being called, and the sample included both landlines and cell phones. The sample was obtained from Survey Sampling International and DatabaseUSA, companies specializing in providing scientific telephone samples. Calling times were Monday through Friday from 9:00 a.m. to 9:00 p.m., Saturday from noon to 5:00 p.m., and Sunday from 5:00 p.m. to 9:00 p.m., local time. A five-callback design was used to maintain the representativeness of the sample, to avoid bias toward people easy to reach by telephone, and to provide an equal opportunity for all to participate. When a respondent could not be reached on the first call, subsequent calls were placed on different days of the week and at different times of the day. The survey was conducted in January and February 2013. Responsive Management obtained a total of 8,335 completed interviews.

The software used for data collection was Questionnaire Programming Language (QPL). The survey data were entered into the computer as each interview was being conducted, eliminating manual data entry after the completion of the survey and the concomitant data entry errors that may occur with manual data entry. The survey instrument was programmed so that QPL branched, coded, and substituted phrases in the survey based on previous responses to ensure the integrity and consistency of the data collection. The analysis of data was performed using Statistical Package for the Social Sciences as well as proprietary software developed by Responsive Management. The results were weighted slightly by age and gender to be exactly proportional to the total population of each region and of the United States as a whole. Note that each state was sampled proportionately to preserve proper distribution within each region and in the U.S. as a whole, and each respondent was then assigned a region based on the state; the analysis was conducted on a regional basis and on the U.S. as a whole, but not at the state level. The number of completed interviews from each state is shown in the tabulation below:

| State of Residence | Completed Interviews | State of Residence | Completed Interviews | State of Residence | Completed Interviews |
|---|---|---|---|---|---|
| Alabama | 127 | Louisiana | 118 | Ohio | 301 |
| Alaska | 18 | Maine | 43 | Oklahoma | 101 |
| Arizona | 162 | Maryland | 159 | Oregon | 110 |
| Arkansas | 75 | Massachusetts | 175 | Pennsylvania | 346 |
| California | 972 | Michigan | 265 | Rhode Island | 28 |
| Colorado | 139 | Minnesota | 139 | South Carolina | 121 |
| Connecticut | 95 | Mississippi | 76 | South Dakota | 21 |
| Delaware | 22 | Missouri | 165 | Tennessee | 171 |
| Florida | 514 | Montana | 28 | Texas | 625 |
| Georgia | 249 | Nebraska | 55 | Utah | 66 |
| Hawaii | 42 | Nevada | 70 | Vermont | 17 |
| Idaho | 42 | New Hampshire | 38 | Virginia | 226 |
| Illinois | 393 | New Jersey | 237 | Washington | 244 |
| Indiana | 166 | New Mexico | 54 | West Virginia | 49 |
| Iowa | 93 | New York | 521 | Wisconsin | 151 |
| Kansas | 79 | North Carolina | 253 | Wyoming | 14 |
| Kentucky | 118 | North Dakota | 20 | Washington D.C. | 22 |
|  |  |  |  | TOTAL | 8,335 |

*Sport Shooting Participation in the United States in 2012*          *3*

As mentioned, the states were also grouped into regions to aid in comparison and analysis. The four main U.S. Census Bureau regions were used. The following map from the U.S. Census Bureau website shows each region:



The sampling error on the entire sample is 1.07 percentage points at the 95% confidence interval.

A. 101

*Sport Shooting Participation in the United States in 2012*          *13*

## TRENDS IN PARTICIPATION IN TARGET AND SPORT SHOOTING

The current survey is similar to a survey conducted regarding Americans' target shooting activities in 2009, to which the current survey's results are compared. The current survey found a 17.4% participation rate in any type of target or sport shooting, which is a slight increase over the 15.1% rate among Americans in 2009. Additionally, as shown in the trends graph below, the participation rate in each shooting activity increased, with the exception of shooting sporting clays (its participation rate stayed essentially the same). The tabulation compares estimated numbers of participants; the estimated number of target/sport shooters in 2012 increased 18.61% over the 2009 number.



**Comparison of Participation Rates in Shooting Activities 2009 to 2012.**

| Activity | Estimated Total Participants (ages 18 years and older) in 2009 | Estimated Total Participants (ages 18 years and older) in 2012 | Percent Increase Over 2009 Number |
|---|---|---|---|
| **National** | | | |
| Any target shooting or sport shooting | 34,382,566 | 40,779,651 | 18.61% |
| Target shooting with a handgun | 22,169,700 | 28,209,283 | 27.24% |
| Target shooting with a rifle | 24,045,795 | 26,822,425 | 11.55% |
| Skeet shooting | 6,979,680 | 12,090,346 | 73.22% |
| Target shooting with a modern sporting rifle | 8,868,085 | 11,976,702 | 35.05% |
| Trap shooting | 7,582,479 | 10,116,684 | 33.42% |
| Sporting clays | 8,399,989 | 8,789,340 | 4.64% |

A. 102

**Exhibit G**



## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| ARIE S. FRIEDMAN, M.D. and | ) | | |
| the Illinois State Rifle     Association | | ) | |
| | ) | | |
| Plaintiffs, | ) | | |
| | ) | No:     13-cv-9073 | |
| v. | ) | | |
| | ) | | |
| CITY OF HIGHLAND PARK, | ) | | |
| | ) | | |
| Defendant. | ) | | |

## AFFIDAVIT OF DR. GARY ROBERTS

If sworn as a witness, I could competently testify to the following:

1.     I studied wound and terminal ballistics at the Army Wound Ballistics Research Laboratory at the Letterman Army Institute of Research while on active military duty. I thereafter became one of the first members of the International Wound Ballistics Association.  Since that time, I have performed military, law enforcement and privately funded wound ballistic testing and analysis. As a U.S. Navy Reserve Officer from 1986 to 2008, I served on the Joint Service Wound Ballistic IPT and served as a consultant to the Joint FBI-USMC munitions testing program. Over the years, I have been a technical advisor to the Association of Firearms and Toolmark Examiners and to a variety of Federal, State and municipal law enforcement agencies. I also served as a Reserve Police Officer in the San Francisco Bay area and I currently serve in a law enforcement training role. I am

currently on staff at Stanford University Medical Center, a large teaching hospital and Level I Trauma Center, where I perform hospital dentistry and surgery. A full description of my qualifications is set forth on my *Curriculum Vitae*, a true and correct copy of which is attached to this Affidavit as Exhibit A.

2.      Terminal ballistics is the study of projectile behavior from the time the first target, intermediate barrier, or other object is hit, until the projectile stops moving. Wound ballistics is the branch of terminal ballistics that addresses the interaction between penetrating projectiles and tissue; essentially the pathophysiology of gunshot wounds. Terminal ballistics and wound ballistics are of interest to military and law enforcement personnel as well as private citizens, who depend on firearms to protect themselves and their families.

3.      All projectiles discharged by firearms have the capacity to kill. None are more "lethal" than others.  When law enforcement agencies select munitions for potential lethal force use, the primary requirement is to choose ammunition that can reliably and rapidly incapacitate and stop hostile persons who pose an immediate life threatening danger to public safety and prevent them from continuing their actions.  In addition, munitions are carefully selected to minimize danger to innocent bystanders.  The correct choice of ammunition by a civilian for use in a potential self-defense encounter should be based on the same objectives: reliable incapacitation while minimizing danger to innocent bystanders.

4.      The degree to which ammunition will penetrate walls and other structures is strongly dependent on projectile construction, as well as a function of

momentum, not just velocity. Heavier ammunition, such as common 9mm pistol ammunition and other service caliber rounds typically used in duty revolvers and pistols (including .40, .45 and .357 calibers) retain greater momentum despite having slower velocities than most rifle ammunition. When this heavier handgun ammunition strikes interior walls and other objects it can penetrate those walls and objects to a greater extent than higher velocity but lower weight rifle ammunition – like the .223/5.56 round.   Thus lower velocity handgun ammunition can create greater risks to innocent bystanders than much higher velocity rifle ammunition. Twelve gauge 00 Buckshot can penetrate an interior wall and put innocent bystanders at risk to virtually the same extent as service caliber handgun ammunition. After first penetrating a typical interior wall, both service caliber handgun bullets and 12 gauge 00 Buckshot or slugs can result in terminal penetration depths more than twice as deep as many .223/5.56 mm bullets.

5.    Attached as Exhibit B is an ATF presentation, "Data Analysis of .223 Ammunition," which was presented to members of the law enforcement community to "[a]llow informed decisions of ammunition choice" and "[d]ispel myths about ammunition."    ATF gathered data from various sources, including the FBI's "Weapons Selection Test", the San Diego County Sheriff's Department "Structural Penetration Testing" and The DEA's "Construction Material Test."  The results of each of these demonstrated, as have all similar, properly performed tests, that service caliber handgun ammunition will penetrate walls and other structures to a

greater degree than the ammunition most typically used in .223/5.56 AR15-type rifles.

6.    The performance attributes of AR15-type rifles and .223/5.56 ammunition are the reason that the U.S. Department of Homeland Security issued contract specifications for purchase of 7,000 personal defense weapons (PDW) "suitable for personal defense use in close quarters" built on the AR15 platform and chambered in 5.56 mm. See Exhibit C – HSCEMS-12-R-00011 – Description/Specification/Statement of Work. Those same attributes are the reason that virtually all law enforcement agencies, including the Chicago Police Department have acquired AR15-type rifles chambered in 5.56 mm "to enhance officer safety in high threat situations" and adopted policies that they are to be used when an officer "reasonably believes that he or she is confronting or may soon confront a threat that may require use of deadly force." See Exhibit D – Chicago Police Department, Police Carbine Operator Program.  The performance attributes of .223/5.56 ammunition, specifically the relative safety it provides to innocent bystanders, is likely a reason the City of Highland Park has budgeted funds to replace pistol caliber carbines with rifle caliber carbines in 2104. See Exhibit E – Proposed Annual Budget, Calendar Fiscal Year 2014.

7.    In my opinion and as stated by the FBI and virtually all others with expertise in wound and terminal ballistics, well designed .223/5.56 mm ammunition offers ideal penetration characteristics with less risk of over penetration than with the typical handgun bullets and shotgun projectiles that are commonly

recommended for self-defense by individuals lacking competence in wound and terminal ballistics.  In general, .223/5.56 mm bullets demonstrate less penetration after passing through building structural materials, including material commonly used in household walls, than other common ammunition, including common handgun bullets, traditional hunting rifle ammunition and shotgun projectiles (buckshot and slugs).

8.    The .223/5.56 mm round is most commonly used in rifles built on an AR-15 platform. The AR-15 rifle is extremely common in America. It is a highly versatile design that can be adapted for a variety of uses, including self-defense, hunting, target shooting and other sporting purposes. In my opinion, the AR-15 chambered for .223/5.56 ammunition is the most ergonomic, safe and effective firearm for law enforcement general purpose use and for civilian self-defense.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 6th, 2014.

.

_____

Dr. Gary Roberts

5

# Exhibit A



EXHIBIT

A

# CURRICULUM VITAE

## Gary K. Roberts, D.D.S.

March 2013

*BIOGRAPHIC INFORMATION*

### CONTACT INFORMATION
| | |
|---|---|
| Address: | 750 Welch Road, Suite 118 Palo Alto, CA 94304 |
| Telephone: | (650) 328-6684 |
| FAX | (650) 328-6685 |
| E-Mail | GKRDDS@hotmail.com |

### EDUCATION
| | |
|---|---|
| 1989 | United States Navy Hospital Oakland, General Practice Residency |
| 1988 | University of the Pacific, School of Dentistry, D.D.S. |
| 1984 | University of the Pacific, College of the Pacific, B.A. |

### LICENSURE
| | |
|---|---|
| 1993 | California Conscious Sedation Permit (*CS257*) |
| 1990 | DEA Controlled Substance Registration Certificate (*BR2268705*) |
| 1989 | California State Dental License (*37762*) |
| 1988 | National Dental Board |

### EMPLOYMENT
| | |
|---|---|
| 1989-Present | Private Practice: Palo Alto, CA (*General and Hospital Dentistry*) |
| 1986-2008 | United States Navy Reserve (*2205 General Dentistry/1705S Oral Surgery*) |

### HOSPITAL and CLINIC APPOINTMENTS
| | |
|---|---|
| 1997-Present | Stanford University Hospital, Palo Alto, CA |
| 1997-Present | Lucille Salter Packard Children's Hospital, Palo Alto, CA |
| 1992-2001 | Sequoia Hospital, Redwood City, CA |
| 1990-1997 | Naval Dental Center, San Francisco, CA |
| 1989-1996 | Naval Hospital Oakland, CA |
| 1989-1990 | Naval Hospital Roosevelt Roads, Puerto Rico |
| 1989-1990 | Naval Dental Clinic, Long Beach, CA |

### HONORS and AWARDS
| | |
|---|---|
| 1992 | Federal Employee of the Year for Scientific Research |
| 1992 | American Society for Public Administration, San Francisco Bay Area Chapter: William J. Sheppard Award for exemplary public service |
| 1980 | Eagle Scout Award |

### PROFESSIONAL ORGANIZATIONS
| | |
|---|---|
| 1993-Present | Dental Board of California (*Anesthesia Evaluator*) |
| 1992-Present | Mid-Peninsula Dental Society (*Peer Review Committee--2005 to present; Ethics Committee—2012 to present*) |
| 1992-Present | American Dental Society of Anesthesiology/California Dental Society of Anesthesiology |
| 1989-2001 | Association of Firearms and Toolmark Examiners (*Technical Advisor*) |
| 1989-1999 | International Wound Ballistics Association |
| 1988-2008 | Association of Military Surgeons of the United States |
| 1988-2005 | Academy of Osseointegration |
| 1988-Present | California Dental Association (*Council on Peer Review—2012 to present*) |
| 1988-Present | American Dental Association |

A. 111

## SCHOLARLY AND TEACHING ACTIVITIES

OPEN SOURCE PUBLICATIONS

1. Lau G, Kulkarni V, Roberts GK, Brock-Utne, J: *"Where Are My Teeth?  A Case of Unnoticed Ingestion of a Dislodged Fixed Partial Denture"*. **Anesthesia & Analgesia**. 109(3):836-838, 2009.
2. Roberts GK: "Time for a Change -- U.S. Military Small Arms Ammunition Failures and Solutions". NDIA. May 2008; http://www.dtic.mil/ndia/2008Intl/Roberts.pdfRoberts
3. Roberts G, Lazzarini D, Pomerleau P. *"Wounding Effects of Choke™ 12 Gauge 00 Buckshot Loads Intended for Law Enforcement Duty Using 10% Ordnance Gelatin"*. AFTE Journal. 34(3):287-288, Summer 2002.
4. Roberts GK & Lazzarini D: "*Preliminary Evaluation of .357 Sig Jacketed Hollow Point Bullets Intended for Law Enforcement Duty Using 10% Ordnance Gelatin as a Tissue Simulant*." **Wound Ballistic Review**. 4(4):32-33, Fall 2000.
5. Roberts GK: *"Terminal Performance of .38 Special and .380 ACP Hollow Point Bullets Intended for Law Enforcement Back-up and Off Duty Self-Defense Using 10% Ordnance Gelatin as a Tissue Simulant"*. **Wound Ballistic Review**. 4(3):35-38, Spring 2000.
6. Roberts GK: *"Law Enforcement General Purpose Shoulder Fired Weapons--The Wounding Effects of 5.56mm/.223 Carbines Compared With 12 ga. Shotguns and Pistol Caliber Weapons using 10% Ordnance Gelatin as a Tissue Simulant"*. **Wound Ballistics Review**. 3(4):16-27, 1998.
7. Roberts GK: *"Terminal Performance of 9mm 147 gr Jacketed Hollow Point Bullets fired from the HK MP-5, using 10% Ordnance Gelatin as a Tissue Simulant"*. **AFTE Journal**. 30(2):330-333, Spring 1998.
8. Roberts GK: *"Preliminary Evaluation of the Terminal Performance of the 5.7 x 28 mm 23 Grain FMJ Bullet Fired by the New FN P-90 Using 10% Ordnance Gelatin as a Tissue Simulant"*. **AFTE Journal**. 30(2):326-329, Spring 1998.
9. Roberts GK: *"Comparison of the Terminal Performance of 9mm Parabellum, .40 S&W, and .45 ACP Jacketed Hollow Point Bullets Intended for Law Enforcement and Military Special Operations Applications, Using 10% Ordnance Gelatin as a Tissue Simulant"*. **Wound Ballistics Review**. 1 (4):32-37, 1994.
10. Roberts GK and Bullian ME: *"Protective Ability of the Standard U.S. Military Personal Armor System for Ground Troops (PASGT) Fragmentation Vest Against Common Small Arms Projectiles"*. **Military Medicine**. 158:560-563, August 1993.
11. Roberts GK and Bullian ME: *"Comparison of the Wound Ballistic Potential of 9mm vs. 5.56mm (.223) Cartridges for Law Enforcement Entry Applications"*. **AFTE Journal**. 25(2):142-148, April, 1993.
12. Roberts GK: *"Preliminary Report on the Performance of the New Winchester .45 ACP 230 Grain Jacketed Hollow Point Bullets in 10% Ordnance Gelatin"*. **Wound Ballistics Review**. 1(2):21-23, Winter 1992.
13. Roberts GK and Wolberg EJ: *"Book Review—Handgun Stopping Power: The Definitive Study by Marshall EP and Sanow EJ. Boulder, Paladin Press, 1992"*. **AFTE Journal**. 24(3):383-387, October 1992.
14. Corzine AJ and Roberts GK: "*Correlation of Ordnance Gelatin Penetration Results Between 20% Gelatin at 10ºC and 10% Gelatin at 4ºC*". **AFTE Journal**. 25(1):2-5, January 1993.
15. Fackler ML and Roberts GK: *"Failure to Expand:  Federal 7.62x39mm Soft Point Bullets"*. **Wound Ballistics Review**. 1(2):18-20, Winter 1992.

RESTRICTED ACCESS PUBLICATIONS AND SEMINARS
List available to authorized entities on request.

RECENT LECTURES AND SEMINARS PRESENTED
2/26/13     "Introduction to Oral Pathology" -- Stanford University Medical Center (1 hour)
1/15/13     "Dental Concerns in the Geriatric Patient" -- Stanford University Medical Center (1 hour)
1/14/13     "Introduction to Wound Ballistics; Pathophysiology of Penetrating Trauma" -- Stanford University Medical Center (1 hour)

2

| 10/11/12 | "Oral Pathology Review" – Vaden Health Center, Stanford University (1 hour) |
| 9/5/12 | "Introduction to Dentistry"-- Stanford University Medical Center (1 hour) |
| 8/20/12 | "TMJ Disorders, Mandibular Dislocations, Maxillofacial Fractures"-- Stanford University Medical Center (1 hour) |
| 4/13/12 | "LE Wound Ballistics"—Morgan Hill and Gilroy Police Departments (3 hours) |
| 3/16/12 | "Oral Health Concerns Following Oropharyngeal Cancer Therapy" -- Stanford University OHNS (1 hour) |
| 3/1/12 | "Introduction to Oral Pathology" -- Stanford University Medical Center (1 hour) |
| 1/18/12 | "Dental Concerns in the Geriatric Patient" -- Stanford University Medical Center (1 hour) |

RECENT CONTINUING EDUCATION COURSES ATTENDED

| 3/14/13 | "Always Being Prepared for the Unexpected; Cognitive and Procedural Errors in Office-Based Anesthesia" — Robert Campbell, Joel Weaver, & CDSA (7 hours) |
| 2/21/13 | "Anesthesia Evaluator" – CA State Dental Board (2 hours) |
| 10/19/12 | "Mastering Adhesive & Restorative Dentistry" – Jeff Brucia/ADA (2.5 hours) |
| 10/19/12 | "Root Canals Gone Wild" – David Beach/ADA (2.5 hours) |
| 10/18/12 | "Adhesive Material Update" – Jeff Brucia/ADA (2.5 hours) |
| 10/18/12 | "Pulp Therapy for Young Permanent Teeth" – Joe Camp/ADA (2.5 hours) |
| 6/29/12 | "Basic Bone Grafting for the Dentist" – Mike Chen (7 hours) |
| 6/8/12 | "Dental Trauma" -- Paul Suber & Stanford University Medical Center (1 hour) |
| 5/7/12 | "Anesthesia Evaluator" – CA State Dental Board (2 hours) |
| 4/20/12 | "Global Diagnosis" -- William Robbins & MPDS (7 hours) |
| 4/4/12 | "OSHA Blood Borne Pathogen Training" – Carolyn Mortensen (2 hours) |
| 3/23/12 | "Recent Advances in Implant Treatment" -- Dennis Tarnow & MPDS (7 hours) |
| 3/9/12 | "Metabolic Concerns and Oral Health" – Nasser Said-Al-Naieff & Stanford University Medical Center (1 hour) |
| 3/8/12 | "Patient Evaluation for Office Based Sedation & GA:  Patient Safety for All Ages" – Steven Ganzburg & CDSA (7 hours) |
| 3/2/12 | "Peer Review Calibration" -- CDA (7 hours) |

A. 113