# Exhibit B









A. 118







# Exhibit 8

# (Part 2 of 4)







