







# Exhibit 8

# (Part 3 of 4)















# Exhibit 8

# (Part 4 of 4)







BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
Wall Penetration
Test Continued
Wall 1
Wall 2
Wall 3
Wall 4
Wall 5
Wall 6
Wall 7
Wall 8
Wall 9
9 mm 147gr. HS
.40cal. 165gr. HS
HK53-55gr.
HK53- 62gr.
G36-9- 55gr.
G36-9- 62gr.

BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
Results of Data
for
ATF's Mission
Weapon of choice
Colt M4