## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## INSTANTER ORDER

November 14, 2014

*Before*

ILANA DIAMOND ROVNER, *Circuit Judge*

| | |
|---|---|
| No.: 14-3091 | ARIE S. FRIEDMAN, et al., Plaintiffs - Appellants <br><br> v. <br><br> CITY OF HIGHLAND PARK, Defendant - Appellee |
| **Originating Case Information:** ||
| District Court No: 1:13-cv-09073 <br> Northern District of Illinois, Eastern Division <br> District Judge John W. Darrah ||

Upon consideration of the **MOTION FOR LEAVE TO FILE BRIEF ON BEHALF OF ARMALITE, INC., COLT MANUFACTURING COMPANY LLC, REMINGTON ARMS COMPANY, LLC, SIG SAUER, INC., SMITH & WESSON CORP., STAG ARMS, STURM, RUGER & CO., INC., AND THE NATIONAL SHOOTING SPORTS FOUNDATION, INC. AS AMICI CURIAE IN SUPPORT OF PLAINTIFFS-APPELLANTS**, filed on November 10, 2014, by counsel for the amici curiae,

**IT IS ORDERED** that the motion is **GRANTED**. The clerk of this court shall file **INSTANTER** the tendered amicus brief.