# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## INSTANTER ORDER

December 8, 2014

*By the Court:*

| No.: 14-3091 | ARIE S. FRIEDMAN, et al., Plaintiffs - Appellants  v.  CITY OF HIGHLAND PARK, Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:13-cv-09073  Northern District of Illinois, Eastern Division  District Judge John W. Darrah ||

Upon consideration of the **MOTION TO FILE APPENDIX** filed on December 4, 2014, by counsel for the appellee,

**IT IS ORDERED** that the motion is **GRANTED.** The clerk of this court is directed to file **INSTANTER** the appellee's electronically submitted separate appendix in two volumes.