**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 29, 2015

Clerk
United States Court of Appeals for the Seventh Circuit
219 S. Dearborn Street, Room 2722
Chicago, IL 60604

    Re:  Arie S. Friedman, et al.
          v. City of Highland Park, Illinois
          No. 15-133
          (Your No. 14-3091)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on July 27, 2015 and placed on the docket July 29, 2015 as No. 15-133.

Sincerely,

**Scott S. Harris**, Clerk

by

Clayton Higgins
Case Analyst