# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

December 7, 2015

Clerk
United States Court of Appeals for the Seventh
Circuit
219 S. Dearborn Street, Room 2722
Chicago, IL 60604

    Re: Arie S. Friedman, et al.
        v. City of Highland Park, Illinois
        No. 15-133
        (Your No. 14-3091)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied. Justice Thomas, with whom Justice Scalia joins, dissenting from the denial of certiorari. See Detached Opinion on the Court's website at www.supremecourt.gov

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk